# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 OCT 31 A 9:37

Charles Moore 56820 )
_____ )
Full name and prison number of )
plaintiff(s) )
 )
 )
 v. )   CIVIL ACTION NO. 1:05CV1043-F
 )   (To be supplied by the Clerk of the
Sheriff Lamar Glover )    U.S. District Court)
Commander William McCarthy )
Head Nurse Spiegner )
Officer Baxter )
_____ )
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

I. PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) _____N/A_____
      Defendant(s) _____N/A_____

   2. Court (if federal court, name the district; if state court, name the county)
      _____N/A_____

   3. Docket No. _____N/A_____

   4. Name of Judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Houston County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Same as above

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Sheriff Lamar Glover   P.O. Box 6406 Dothan, AL 36301
2. Commander William McCarthy   901 E. Main St Dothan, AL 36301
3. 
4. Head Nurse Spiegner   901 E. Main St Dothan, AL 36301
5. 
6. Officer Baxter   901 E. Main St Dothan, AL 36301

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED on or about the 12th of Oct

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Equal Protection of the Law

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
On the 12th of Oct I was asualted by an inmate that is on protective custody with a sock with batteries in it. This inmate is not suppose to be able to get around other inmates because he is on P.C. This is a gross negligance and no protection of the law which is a constitutional rights

GROUND TWO: *Refuseual of adequate medical treatment*

SUPPORTING FACTS: *In the incident of oct 12th I was hit in the head with a lock in sock of batteries. My head was swollen up and have been having headaches and loss of memory and all I can get is Tylenol which isn't helping at all*

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
*I would like to be either released or I would like for a settlement to be arranged*

*Charles Moore*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  10/27/05 .
(date)

*Charles C Moore*
Signature of plaintiff(s)

(1)

## Inmates in Protective Custody

In order to be placed in protective custody (P.C.) and inmate has to think that his life is in danger from some other inmate. The inmate going on P.C. must make his concerns known to administration about why he feels that he is in danger and by whom. Then administration will do an investigation and determine whether that inmate warrants P.C., when the decision is made to place an inmate on P.C. the full protection of that inmate become the responsibility of administration. Every staff member that works segregation knows or is suppose to know the status of each inmate and make sure by taking extra precautions that inmate doesn't come in contact with any other inmates. Anytime that you place an inmate on P.C. the welfare of that inmate becomes your top priority. You have taken the responsibility for that inmate's life in your hands and if anything happens to him you who have him in your custody will be held accountable. By the same token if you allow the inmate ("in P.C. that is not suppose to come in contact with any inmates") in P.C. to hurt another inmate on P.C. you are liable for that inmate. Inmate Hogan is an inmate on P.C. on or about Oct 12th inmate Hogan asualted inmate Moore by hitting him the head with batteries in a sock.. Inmate Moore and inmate Hogan had had some words about something that is irrelevent to these facts.

Officer Baxter was present at the time of the asualt and saw everything. Inmate ~~Moore~~ and inmate Bryan Smith were out for their daily hour when the food cart came and they began feeding the inmates. Because inmate Hogan is on P.C. his tray is suppose to be taken to his cell because other inmates are out. This precautions was over-looked and Ms Baxter not thinking or or what ever allowed inmate Hogan to be released from his cell while other inmates were out. unbeknown to inmate ~~Moore~~ inmate Hogan came from behind him and began hitting him with what was determined to be batteries in a sock. This was gross negilance in the protection of inmate Mitchell and the rest of the inmates in segregation

<u>Sworn Affidavit</u>

I <u>Charles E. Moore</u> hereby swear under the penalty of Perjury that the foregoing information is true and correct to the best of my knowledge and that any false statemant could subject me to prosecution under the penalty of Perjury.

<u>10/27/05</u>         <u>Charles Moore</u>  56820
Date                  Signature  #