IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES MOORE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 1:05-cv-1043-F |
| LAMAR GLOVER, et al., | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendants, Sheriff Lamar Glover, Commander William McCarty, Nurse Practitioner Darla Speigner and Officer Baxter.

Dated this 6th day of December, 2005.

    Respectfully submitted,

    **s/Gary C. Sherrer**
    GARY C. SHERRER (SHE016)
    Attorney for Above-Referenced Defendants
    SHERRER, JONES & TERRY, P.C.
    335 West Main Street
    Dothan, Alabama 36301
    Telephone: (334) 678-0100
    Fax: (334) 678-0900
    E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon, Charles Moore, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 6th day of December, 2005.

                                          **s/Gary C. Sherrer**
                                          OF COUNSEL