**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CHARLES MOORE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO.: 1:05-cv-1043-F** |
| | ) |
| **LAMAR GLOVER, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**MOTION FOR EXTENSION OF TIME**

    COMES NOW, Defendants in the above styled cause, and respectfully request a thirty (30) day extension through and until January 19, 2006, in which to file their Special Report and Answer filed with this court, and as grounds therefore state as follows:

    1.    That Defendants Special Report and Answer is currently due in this case on December 20, 2005.

    2.    That due to holiday and vacation schedules, the undersigned has not been able to meet with and review all necessary documentation with defendants in order to prepare their affidavits.

    WHEREFORE, Defendants respectfully request a thirty (30) day extension through and until January 19, 2006, in which to file their Special Report and Answer in this case.

    Dated this 16th day of December, 2005.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER
Bar Number: SHE016
Attorney for Defendants
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## **CERTIFICATE OF SERVICE**

I, Gary C. Sherrer, hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all listed parties, and I further certify that a copy of the foregoing has been served upon, Charles Moore, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 16th day of December, 2005.

**s/Gary C. Sherrer**
OF COUNSEL

F:\GCS\A-PLEADI\MOTIONS\EXTENSIO.N\MOORE1.WPD