IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES MOORE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:05-cv-1043-F |
| | ) |
| **LAMAR GLOVER, et al.,** | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **William B. McCarty** of the Houston County Sheriff's Department, who is the Commander-Jail Operations for the Houston County Sheriff, Houston County, Alabama, who being by me first duly sworn, deposes and says as follows:

I am William B. McCarty and I am the Commander-Jail Operations of the Houston County Jail, Houston County, Alabama and have been employed by the Houston County Sheriff since June of 2004. My principal duties involve the administration of the Houston County Jail. Unless otherwise indicated herein, I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the plaintiff's jail inmate file and the subject matter of plaintiff's

WILLIAM B. McCARTY AFFIDAVIT                                   PAGE 1

**EXHIBIT 2**

Complaint in an attempt to address plaintiff's claims in this case.

The Houston County Jail has procedures and forms for the filing and hearing of inmate grievances. I am one of the custodians of the records maintained by the Houston County Jail. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of an Inmate Grievance Form available to and as provided to inmates is attached hereto as **Exhibit A**, and is incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-401 of the Houston County Jail Policy and Procedure Directive relating to Inmate Grievances is attached hereto as **Exhibit B** and is incorporated herein by reference as if fully set forth.

A true and correct copy of the plaintiff's jail inmate file as maintained by the officers of the Houston County Jail in the ordinary course of the Jail's day to day business is attached hereto as **Exhibit C**, and is incorporated herein by reference as if fully set forth.

Even though I am actively involved in the daily administration of the jail, I was not actively, directly or personally involved in the allegations made by the plaintiff relative to the events of October 12, 2005.

According to the records within the jail, the plaintiff filed a total of five (5) grievances which are included in plaintiff's jail inmate file. None of the five (5) grievances relate to the plaintiff's claim that he was not properly protected from assault by another inmate or that he was not being provided necessary medical treatment.

I am not personally or directly involved in the provision of medical treatment to inmates in the Houston County Jail. With regard to Plaintiff's claims related to medical testing and medical

treatment, the policy of the Houston County Jail is that all requests for medical treatment are forwarded to one of the nurses on duty with the expectation that appropriate and necessary medical treatment will be provided to or obtained for the inmate. I was not personally and directly involved in the provision of medical care to the Plaintiff.

In addition to the foregoing, while he was in the jail, the plaintiff was seen almost every day by one of the nurses when they would give out medications. The nurses on duty in the jail would go onto the jail floors every day for the dispensing of medications. That was also a time when inmates had an opportunity to personally tell one of the nurses if they have a medical problem and want to be placed on the jail medical clinic list.

Upon information and belief, the plaintiff was, during the period of time made the basis of Plaintiff's complaint, provided necessary medical testing, treatment and care while in the Houston County Jail.

Sheriff Lamar Glover is not actively involved in the day to day operations of the jail and was not directly or personally involved in the events allegedly giving rise to the plaintiff's claims in this case.

_____
WILLIAM B. McCARTY

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared **William B. McCarty**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 18th day of January, 2006.

_Deborah J. Ennis_
NOTARY PUBLIC
My Commission Expires:   12-9-08