# INMATE GRIEVANCE FORM

DATE:_____   INSTITUTION:_____

NAME:_____   INMATE NUMBER:_____

NATURE OF GRIEVANCE OR INFORMATION:
_____
_____
_____
_____
_____
_____

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?  _____
_____
_____
_____
_____
_____

DATE HEARING:_____

COMMITTEE FINDING OR RESPONSE: _____
_____
_____
_____

REFERRED TO:_____   POSITION:_____

CHAIRMAN:_____   MEMBER:_____

MEMBER: _____   WARDEN:_____

AGREE_____   DISAGREE:_____   (WITH COMMITTEE FINDINGS)

CHIEF WARDEN RESPONSE: _____
_____
_____
_____

DATE GRIEVANCE FILED:_____   TIME FILED:_____

SHIFT COMMANDER

**EXHIBIT A**