# REQUEST FORMS

D-9

## INMATE REQUEST FORM

Date: June-22-05

INMATES #: 56820

To: C/O

C/O SIGNATURE: _____

From: Charles Moore

SR C/O SIGNATURE: _____

**NATURE OF REQUEST** Attention, today @ second shift moved a I/m in D pod, that @ got in to a ~~fight~~ a fight with @ that's the reason they moved me from F pod, because me and him get in to it, now he's @ tellin folks he gonna stab me, he has pens and pencils wrap together, please get him out of this pod. His name is farall. He has a grey spot in his head!!!

**ACTION TAKEN** 06/23/05 Spoke w/ C/O Reeves, She will find out who the I/m is.
I/m identified as Ferris Falmore & was moved back to F-Pod.

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

## INMATE REQUEST FORM

D

Date: 04/19/05

INMATES #: 56820

To: C/O First Shift

C/O SIGNATURE: _____

From: Charles Moore

SR C/O SIGNATURE: Jones

**NATURE OF REQUEST** I need to mail C/O, Jones please Thank you

**ACTION TAKEN** Done 7/19/05

X Charles Moore

## INMATE REQUEST FORM

F-Floor

Date: 3-12-05

INMATES # 56820

To: ~~Warden~~ O Mrs. Brett

C/O SIGNATURE _____

SR C/O SIGNATURE _____

From: Charles Moore

**NATURE OF REQUEST** They took ten dollars off my book, for ~~seen~~ seen Dr. Banner, but I did not fell out a request to see him/her, the nurse told me she was gonna ~~put~~ put me on the list, I did not sign nothing about seeing a doctor, they just made me go and I still didn't get any treatment/Meds I just want to ne how can I get my money back. Thank you!

**ACTION TAKEN**

I'm Moore on the last page of yous rules and reg. there is a list on What Medical will charge you will not receive a refund. Medical Treatment is not FREE you can Refuse

X Charles Moore          Brett 3-18-05

---

## INMATE REQUEST FORM

F

Date: 3-25-05

INMATES # 56820

To: Commander

C/O SIGNATURE _____

From: Charles Moore

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Commander I'm from Opelika Ala, and I was just wondering can my folks bring me my boxers and T-shirts exc. I've been here since Jan 19, 2005. but my Mama havent had a way so I was just wondering if my folks can bring me some shoes and stuff in here or got somebody around Dothan area to bring me something, I had shoes but the detetives have them. so please do this 4 me!

**ACTION TAKEN**

04-14-04 M. Moore, they can send you a money order to purchase what you need from Commissary. (No)

Charles PMoore

# GRIEVANCES

## INMATE GRIEVANCE FORM

DATE: August 15, 2005, _____, 2005    POD/CELL LOCATION: D-9

INMATE NAME: Charles Moore    INMATE NUMBER: 56820

NATURE OF GRIEVANCE OR INFORMATION: Commander, I have talked to Sgt's about my shoes, they tell me one thing but they do another, Commander I have proof that my shoes that Stanley underwood has is truly mine. I have no reason to lie to you sir! I know this might not sound or help any but I have, I'm who can tell you that Stanley under wood has my shoes! Matter fact C/o Gracey knows that Stanley has them, Jonny Bradley is a pod Rep, he been here a long time; but sir please do something about this siuation before Stanley Underwood goes home which will be pretty soon! Thanks you

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I would like for my shoes to be returned to me, Thanks you!

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: We do not get into these situations.

8-18-05 Sgt Juan

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: August 18, 2005

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: Charles Moore

## INMATE GRIEVANCE FORM

DATE: July 31, 2005 , 2005    POD/CELL LOCATION: D-pod 9

INMATE NAME: Charles Moore    INMATE NUMBER: 56820

NATURE OF GRIEVANCE OR INFORMATION: Sgt. Buchman this is my second grievance form I haven't got a response back yet about the problem about my shoes that Stanley underwood has, All I want is my shoes back he got them threw laundry, and I seen him with them on, So i'm just writen to tell you I haven't got a response yet, and please let me know something about my all white Air max before I go to court August 2, 2005 Thank you Man

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? All I want is my shoes back from I/m Stanley underwood which is on trustee.

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE: 07-31-05 What were your shoes doing in the laundry? Do you suppose you have the only pair of all white air max in this jail? We don't get into claims of "stolen property". Sgt Buchman

\* \* \* \* \* \* \* \* \* \* DO NOT SIGN UNTIL YOU HAVE READ RESPONSE \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: Charles Moore

# INMATE GRIEVANCE FORM

DATE: 7/25/05 , 2005    POD/CELL LOCATION: D-9

INMATE NAME: Charles Moore    INMATE NUMBER: #56820

NATURE OF GRIEVANCE OR INFORMATION: c/o Shelton Sgt Backman last Thursday I sent my tennis shoes in my laundry bag to be washed, but my shoes didn't come back with the whites. I mention it to the C.O. on duty that night on D to see what happen to them, so laundry was called & told about my problem with my shoes. I/m Ben responded to the call came & talk to me about it. I told him what my shoes looked like, then he said I probaly didn't tie my bag tight enough & the shoes may some where in laundry, I told him I did tie my bag tight & it looked like one of them untied it & tried to tie it back up then he took my shoe out so they probaly are in the laundry room. Well a couple days later I seen Stanley Underwood with my shoes on I called I/m Stanley Underwood to D-pod door & told him that they were my shoes. He said oh well you want get them back now. I told him I was going to write a grievance on him about my shoes, he said as thier not going to do anything about it at all no way b/c you can't prove there yours. also a I/m that was my roommate in D-pod wrote me & said that

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I/m Stanley has my shoes underneath his bed. There some white Air Max size 10. WHAT DO I WANT to HAPPEN TO SOLVE IT? I would like for my shoes to be returned to me & maybe press charges against I/m Stanley Underwood or some kind of justice done on my behalf please THANK YOU!

Also I have witness... E. O. S——

OFFICER RESPONSE OR FINDING? I/m moore I will check with this Inmate and see if he has your shoes however unless that inmate will admit that he has your shoes and wishes to return them, how would I know except by your claim that they Belong to you and not him that is the reason We dont ever wash Shoes with the white clothing they get missing or stolen if your shoes are found and returned I donot send shoes to be washed it tears up the Washers & dryers Banging around  c/o Shelton 7/26/-05

SGT. ON DUTY RESPONSE: Commander McCaty 8/8/05

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 09 August 2005

CORRECTIONS OFFICER SIGNATURE: c/o Small

INMATE SIGNATURE: Charles Moore

# INMATE GRIEVANCE FORM

DATE: 05-06-_____, 2005    POD/CELL LOCATION: F-Pod-All cell's

INMATE NAME: F-POD    INMATE NUMBER: All inmate's

NATURE OF GRIEVANCE OR INFORMATION: C/o Kersey has refused to do his job by disregarding to pick our mail up - our mail was placed in the pick-up area. After questioning him why our mail was not picked up, He said our mail was not there when He came by. Our mail is very important to us and is always there for pick-up each morning. He then told us not once but twice that the mail had been taken to the post office, and we would have to wait until Monday for our mail to go out. Had Sgt Reynolds not come by doing her morning check our mail would have been delayed for no reason except incompetence. Sgt Reynolds asked C/o Kersey about the mail and He told Her the mail was already gone & Sgt Reynolds called up front and was told that the mail had not gone out. Thank's to her being a professional our mail made it out as scheduled. Thank you Sgt Reynolds - the mail is at least 50% of our communication's about

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? C/o Kersey shows a callous disregard for the truth and the few rights we have as inmates. Why He or anyone would deliberately try and cause our mail not to go out will everyone else's only He can try to answer that. He has lied to the staff of this jail as well as all of us in F-Pod. To all of us this is a very severe offense especially if you had some legal mail that had to be in the Clerk's office on Monday or Tuesday to be filed on time in court. He has shown by his actions that He does not respect us (F Pod) or our Right's. This man has no credibility. It is up to his Peten's and Leader's as to what should be done about his callous actions to those who cannot mail there own correspondence to family and the courts.

OFFICER RESPONSE OR FINDING? Point Blank they are lying I do not care if the mail is from F, A, B 2 or y pod I pick it all up. This is not the first time F-pod has had late mail picked up. I pick up all mail early during beginning counts some other inmate is either hiding there mail or they are placing it up there late It is mighty strange there's was the only one not picked up I/m's need to take responsibility as adults and place there mail out on time. Thanks!

SGT. ON DUTY RESPONSE: C/o Kersey stated he had already picked up one stack of mail from the pod. He said he picks up all the mail that is out when he goes into the pod to make his counts. Sgt Reynolds 05-11-05

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 5-12-05

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: Charles Moore

ON BACK

F pod

# INMATE GRIEVANCE FORM

DATE 2-5-05 , 2005      INSTITUTION: HOUSTON COUNTY JAIL

INMATE NAME: F-POD Floor      INMATE NUMBER: 56820

NATURE OF GRIEVANCE OR INFORMATION:
WE the OVERFLOW Inmates on F-Floor are being wrote up for having on our blankets. It gets cold in the day from from the air blowing" It's cold when they TAKE up Joranges some folks don't have underwear so they Need to wrape up with the Blanket.
It was Sgt Turner who want is wrote up by 2nd shifts Officer Hoges.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT ? WE are sure that we can't walk around with no underclothes on. So with that have been said " we will be okay for you to come up with something for Day when they take up oranges. And dismise All write up for F-Floor wearing blankets.

2/6/05 Sgt Turner

OFFICER RESPONSE OR FINDING: These inmates who were Written up had not even turned in their uniforms and the ones that had turned in their uniforms DID have on underwear. If not they would have been allowed to trade out their uniforms. The inmates who were written up were in violation BEFORE they turned in their uniform.

AGREE    DISAGREE    JAIL COMMANDER SIGNATURE: _____

JAIL COMMANDER RESPONSE: I/M's May use their blankets To wrap around them, their mats must be Made up- Commander McCarty 2-7-05

*********************DO NOT SIGN UNTIL YOU HAVE READ RESPONSE*********************

DATE GRIEVANCE RETURNED: 02-07-05

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

These are

Charles Moore
Emanuel Bryant
Richard Beardsley
DARNEll JACKSON
Clifford Daniels
ADAm BRown
Charlos Dunlap

# COURT INFO

# COURT INFORMATION

C/O Johnson

**Name** Moore, Charles Edward          **Inmate No.** 56820

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 8·3 | Robbery 1st | 1005-778.00 | Aug 31 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Remarks and Atty's Name** Atty: ~~Hughes~~ Moore, Charles

JUDGE: Hollaway

SHELLEY'S/793-1005          FORM #5136

56820

```
CRO372            ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2005 000207.00
PER: AMI                     CASE ACTION SUMMARY
AGE:  1                       DISTRICT  CRIMINAL              RUN DATE: 01/19/2005
===============================================================================
N THE DISTRICT COURT OF  HOUSTON                                        JUDGE: SEJ

TATE  OF  ALABAMA                     VS      MOORE CHARLES EDWARD
                                              151 LEE ROAD
ASE: DC 2005 000207.00
                                       OPELIKA, AL   00000 0000

OB: 01/06/1986        SEX: M  RACE: B  HT: 5 09  WT: 156    HR: BLK EYES: BRO
ON: 411268237  ALIAS NAMES:
==============================================================================
CHARGE01: ROBBERY 1ST        CODE01: ROB1  LIT: ROBBERY 1ST  TYP: F $: 001
OFFENSE DATE: 01/18/2005              AGENCY/OFFICER: 0380000 JAMES B

ATE WAR/CAP ISS:                      DATE ARRESTED: 01/18/2005
ATE     INDICTED:                     DATE     FILED: 01/19/2005
ATE    RELEASED:                      DATE   HEARING:
OND      AMOUNT:     $100,000.00      SURETIES:

ATE 1: 01/19/2005  DESC: APPD         TIME: 0200 P
ATE 2:             DESC:              TIME: 0000

TRACKING NOS: WR 2005 013311 00  /                          /

  DEF/ATY:                      TYPE: (C)                        TYPE:

                                  00000                            00000

ROSECUTOR:
==============================================================================
TH CSE: WR2005013311.00 CHK/TICKET NO: WR2005013311    GRAND JURY: 193-03
OURT REPORTER: _____  SID NO:     000000000
EF STATUS: JAIL              DEMAND:                               OPER: AMI
==============================================================================
ATE        ACTIONS,  JUDGEMENTS;  AND  NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 1/19/2005 SD 01-1905 | Defendant before the Court and advised of his/her rights, Hon. _Joe Herring_ is appointed counsel for the Defendant _Shirley D. Hazel Magistrate_  DISTRICT JUDGE |
| 1/20/2005 | COPY OF CAS-6 warrant put in Atty box |
| 2-10-2005 | EX Parte MOTION |
| 2-10-2005 | MOTION FOR DISCOVERY |
| 2-18-05 | Ex Parte Motion is hereby denied. Clerk to notify |
| 2-10-2005 | Request for Preliminary Hearing    JUDGE |
| 2-23-2005 | COPY CAS TO ATTY |
| 2-23-2005 | PRELIMINARY HEARING IS SET FOR 10th DAY OF APRIL 2005 AT 8:30 A.M. |
| 2-23-2005 | COPY CAS to atty |
| 3-23-2005 | Motion to continue |
| 3-29-2005 | Motion to Continue granted. Case continued to May 4, 2005 |

# COURT INFORMATION

C/O _____

Name _Moore   Charles_                                      Inmate No. _56820_

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 5-4-05 | Rob 1 | DC05-207 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _Atty: Helling  Joe_

JUDGE: _Mersheim_

SHELLEYS/793-1005                                                            FORM #5136

---

# COURT INFORMATION

C/O _____

Name _Moore   Charles   Edward_                            Inmate No. _56820_

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 6-15-05 | Robbery 1st | CC05-778 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _Waiver_

JUDGE: _Holloway_

# COURT INFORMATION

Name Moore, Charles                                    Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 1-19-05 | Robb. 1st | No wa |  |  |  | $100,000.00 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Remarks and Atty's Name  72 hr. hrg - 1 before the court & advised
of charge & bond status.

atty. Joe Herring appointed today         Judge Mendheim

# COURT INFORMATION    C/O _____

Name Moore Charles Edward              Inmate No. 56820

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 4-6-05 | Rob 1 | DC05-207 |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Remarks and Atty's Name  Cont. until 5-4-05

JUDGE: Steensland

SHELLEYS/793-1005                                                    FORM #5136

56820

ACR0373                  ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2005 000287.00
OPER: AMI                     CASE ACTION SUMMARY
PAGE: 1                        DISTRICT   CRIMINAL                 RUN DATE: 01/19/2005
IN THE DISTRICT COURT OF  HOUSTON                                        JUDGE: SEJ

STATE  OF  ALABAMA                    VS      MOORE CHARLES EDWARD
                                              181 LEE ROAD
CASE: DC 2005 000287.00
                                              OPELIKA, AL  00000 0000

DOB: 01/06/1986        SEX: M  RACE: B  HT: 5 09  WT: 186   HR: BLK EYES: BRO
SSN: 416282257  ALIAS NAMES:
==========================================================================
CHARGE01: ROBBERY 1ST         CODE01: ROB1   LIT: ROBBERY 1ST     TYP: F #: 001
OFFENSE DATE: 01/18/2005                     AGENCY/OFFICER: 0380000 JAMES B

DATE WAR/CAP ISS:                       DATE ARRESTED: 01/18/2005
DATE     INDICTED:                      DATE    FILED: 01/19/2005
DATE    RELEASED:                       DATE  HEARING:
BOND    AMOUNT:      $100,000.00        SURETIES:

DATE 1: 01/19/2005   DESC: APPD            TIME: 0300 P
DATE 2:              DESC:                 TIME: 0000

TRACKING NOS: WR 2005 013311 00 /                              /

    DEF/ATY: Hon Joe Herring TYPE: (C)                          TYPE:
                              00000                               00000

PROSECUTOR:

==========================================================================
WITH CSE: WR2005013311 00 CHK/TICKET NO: WR2005013311       GRAND JURY: 193-03
COURT REPORTER:                    SID NO:      000000000
DEF STATUS: JAIL                   DEMAND:                        OPER: AMI
==========================================================================
DATE          ACTIONS,  JUDGEMENTS,  AND  NOTES
==========================================================================
1/19/2005     Defendant before the Court and advised of
------------  his/her rights. Hon. Joe Herring
------------  is appointed counsel for the Defendant.
------------        Shirley L. Hazel  Magistrate
------------              DISTRICT JUDGE
------------
------------
------------
------------
------------
------------
------------
------------
------------
------------
------------
------------
------------

**SANCTIONS**

#2

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: _MOORE, CHARLES_     DATE: _10-4-05_     JAIL NUMBER: _56820_

CURRENT CELL: _D.9_     CELL I/M MOVED TO (IF APPLICABLE)

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|

_____ WKS ⬭ SUSPENSION OF TELEPHONE PRIVILEGES_____ /____

_____ WKS ⬭ SUSPENSION OF COMMISSARY PRIVILEGES_____ /____

_1X_ WKS ⊗ LOSS OF VISITATION PRIVILEGES _10-22+23-05_____

⬭ MINIMUM 72 HOURS CELL RESTRICTION_____ /____

⬭ OTHER_____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?     YES_____     NO

| OFFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION |
|---|---|
| | OCT 05 2005 |

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

While conducting the morning floor check, the above named inmate was found to not be in compliance with the Living Area Requirement section of the Inmate Rules and Regulations. Bunks will be in compliance during the following hours of 8:00 A.M. to 9:00 P.M. See example below:

EXAMPLE LIVING AREA REQUIREMENTS

_CHECK DONE AT 0847 HRS_

TOWEL-WASH CLOTH CENTERED AT FOOT OF BED

NON-COMPLIANCE OF RULES LISTED
BELOW MAY RESULT IN SANCTION/DISCIPLINARY ACTION

BUNKS WILL BE IN COMPLIANCE WITH (ABOVE) EXAMPLE DURING THE FOLLOWING HOURS:
8:00 A.M. TO 9:00 P.M. MONDAY THROUGH FRIDAY
7:30 A.M. TO 9:00 P.M. SATURDAY AND SUNDAY
***NOTE: THE OFFICER WILL CHECK YOUR CELL BEFORE THE INMATE IS ALLOWED TO "ROLL-OUT" OF THE CELL. IF THE INMATE'S CELL IS NOT IN AN ORDERLY MANNER, THE INMATE WILL REMAIN ON LOCKDOWN AND RECEIVE A SANCTION/RESTRICTION.
EACH INMATE WILL KEEP HIS/HER AREA CLEAN AND CLEAR OF LITTER.
NO ITEMS UNDER BUNKS EXCEPT SHOES, AND SHOES MUST BE ALIGNED AT THE END OF THE BUNK.

_B.R_

SIGNATURE OF SGT. OR ASC/O     REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

# INMATE SANCTION/RESTRICTION DOCUMENTATION

| NAME OF INMATE: | DATE: | JAIL NUMBER: |
|---|---|---|
| Moore, Charles | 8/9/05 | 54820 |

| CURRENT CELL: D-9 | CELL I/M MOVED TO (IF APPLICABLE) |
|---|---|

### TYPE OF SANCTION OR RESTRICTION                 DATES START/END

_____WKS ⊂⊃ SUSPENSION OF TELEPHONE PRIVILEGES_____/_____

___2___WKS ⊗ SUSPENSION OF COMMISSARY PRIVILEGES_____/_____

___~~2~~___WKS ⊗ LOSS OF VISITATION PRIVILEGES  8-13-05   / 8-14-05

⊗ MINIMUM 72 HOURS CELL RESTRICTION_____/_____

⊂⊃ OTHER_____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED
TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?   YES_____   NO_____

| OFFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION |
|---|---|
| S. Paterson | Writt  8-9-05 |

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

While doing my watch tour, I seen I/m Moore with a
Head Rag on. This Violates Inmate Rules & Regulations #18

#18 Inmates Are Not Allowed To Make or Wear A "Head Rag"
or Anything Covering Their Head / Hair

_Sgt. ML_
GNATURE OF SGT. OR ASC/O

REVISED 07/2004 PER  W.B. MCCARTY, JAIL COMMANDER

# NMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: Charles Moore    DATE: 7/19    JAIL NUMBER: 56820

CURRENT CELL: D9-Bottom    CELL I/M MOVED TO (IF APPLICABLE)

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|

_____ WKS    ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_____ WKS    ⬭ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

___1___ WKS    ⬭ LOSS OF VISITATION PRIVILEGES  7-23-05  / 7-24-05

⬭ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

⬭ OTHER _____

OTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED
TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION  7-19-05

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

'hile conducting the morning floor check, the above named inmate was found to not be in compliance
ith the Living Area Requirement section of the Inmate Rules and Regulations. Bunks will be in compliance
iring the following hours of 8:00 A.M. to 9:00 P.M. See example below:

EXAMPLE LIVING AREA REQUIREMENTS



TOWEL WASH CLOTH
CENTERED AT FOOT
OF BED

NON-COMPLIANCE OF RULES LISTED
BELOW MAY RESULT IN SANCTION/DISCIPLINARY ACTION

1.   BUNKS WILL BE IN COMPLIANCE WITH (ABOVE) EXAMPLE DURING THE FOLLOWING HOURS:
        8:00 A.M. TO 9:00 P.M. MONDAY THROUGH FRIDAY
        7:30 A.M. TO 9:00 P.M. SATURDAY AND SUNDAY
     ***NOTE: THE OFFICER WILL CHECK YOUR CELL BEFORE THE INMATE IS ALLOWED TO "ROLL-OUT" OF THE CELL. IF THE
     INMATE'S CELL IS NOT IN AN ORDERLY MANNER, THE INMATE WILL REMAIN ON LOCKDOWN AND RECEIVE A
     SANCTION/RESTRICTION.
2.   EACH INMATE WILL KEEP HIS/HER AREA CLEAN AND CLEAR OF LITTER.
3.   NO ITEMS UNDER BUNKS EXCEPT SHOES, AND SHOES MUST BE ALIGNED AT THE END OF THE BUNK.

NATURE OF SGT. OR ASC/O    REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER



# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: *Moore Charles*    DATE: 7.13.05    JAIL NUMBER: 56820

CURRENT CELL: *D Pod / cell 9*    CELL I/M MOVED TO (IF APPLICABLE)

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|
| _____ WKS ⬭ SUSPENSION OF TELEPHONE PRIVILEGES | _____ / _____ |
| _2_ WKS ✗ SUSPENSION OF COMMISSARY PRIVILEGES | 7/23/05 - 7/24/05 / 7/31/05 - 8/1/05 |
| _2_ WKS ✗ LOSS OF VISITATION PRIVILEGES | 7/23/05 - 7/24/05 / 7/31/05 - 8/1/05 |
| MINIMUM 72 HOURS CELL RESTRICTION | _____ / _____ |
| ⬭ OTHER | |

NOTE: THE SC/O, OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

| OFFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION |
|---|---|
| C/o Nieves K | C/o    7.15.5 |

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

On 7.13.05 at approx. 1915 Hrs. I/m Moore, Charles #5682 was seen on the top tier, cm D-Pod accepting an item from E-Pod. I/m Moore Charles #56820 was in violation of Houston County Jail Rule #22 Which States: No inmate will pass any item from one pod to another.

*End of Statement*

22.    NO INMATE WILL PASS ANY ITEM FROM ONE POD TO ANOTHER.

SIGNATURE OF SC/O OR ASC/O: *Sgt ml*    REVISED 07/2003 PER WILL McCARTY, JAIL COMMANDER



# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: *Moore Charles*   DATE: *7·13·05*   JAIL NUMBER: *56820*

CURRENT CELL: *D Pod / Cell 9*   CELL I/M MOVED TO (IF APPLICABLE)

### TYPE OF SANCTION OR RESTRICTION                DATES START/END

_____ WKS  ◯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

*2* WKS  ✗ SUSPENSION OF COMMISSARY PRIVILEGES *8/6/05 - 8/7/05* / *8/13/5 - 8/14/5*

*2* WKS  ✗ LOSS OF VISITATION PRIVILEGES *8/6/5 - 8/7/5* / *8/13/5 - 8/14/5*

MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

◯ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?   YES _____   NO _____

OFFICER REQUESTING SANCTION/RESTRICTION        OFFICER AUTHORIZING SANCTION/RESTRICTION

*Yo Nieves, V.*                    *K. Mill 7·15·5*

### FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

*On 7·13·05 at approx. 0915 Hrs. I/m Moore, Charles #56820 was On The Tagtier I/m D-Pod Near The Door leading to C-Pod I/m Moore, Charles #56820 Has Been warned Numerous Times to stay away from the door, and was seen Accepting something from Under the door of C-Pod Inmate Moore, Charles #56820 was in violation of Houston County Jail Rule #14 which States: No Inmate will Disobey an Order or Instructions Given by Sheriffs Department Personnel.*

*End of Statement*

SIGNATURE OF SGT. OR ASC/O                REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: Moore, Charles     DATE: 06-28-05     JAIL NUMBER: 56820

CURRENT CELL: D-9     CELL I/M MOVED TO (IF APPLICABLE)

### TYPE OF SANCTION OR RESTRICTION     DATES START/END

_____ WKS  ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_____ WKS  ⬭ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

2 WKS  ⊗ LOSS OF VISITATION PRIVILEGES  7-9 810-05  / 7-16 812-05

⬭ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

⬭ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?     YES _____     NO _____

OFFICER REQUESTING SANCTION/RESTRICTION     OFFICER AUTHORIZING SANCTION/RESTRICTION

Hudson     6-28-05

### FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

At approx. 7:45 p.m., I/M Moore was seen in D-Pod Day Room wearing his orange jumpsuit inside out. This is a violation of rule #01. - UNIFORMS/JUMPSUITS will be worn at all times when you are in the day room area or outside of the cell area. This includes going to/from the shower area and this does NOT mean down around your waist or off your shoulders. Uniforms must be worn with the Houston County Jail logo on the outside and it must be the buttoned up. While in the Recreation area, male inmates may wear their uniform around their waist, but they must be wearing a T-Shirt. No bare skin at any time. Failure to comply will result in sanction or disciplinary action.

Sgt. Jones
SIGNATURE OF SGT. OR ASC/O

REVISED 07/2004 PER  W.B. MCCARTY, JAIL COMMANDER

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: Moore, Charles    DATE: 7-5-05    JAIL NUMBER: 56820

CURRENT CELL: D.Pod / Cell-9    CELL I/M MOVED TO (IF APPLICABLE)

### TYPE OF SANCTION OR RESTRICTION                DATES START/END

_____ WKS ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

__1__ WKS ⊗ SUSPENSION OF COMMISSARY PRIVILEGES  7-8-05 _____ / 7-11-05 _____

__1__ WKS ⊗ LOSS OF VISITATION PRIVILEGES ____ 7-8-05 _____ / 7-11-05 _____

⊗ MINIMUM 72 HOURS CELL RESTRICTION ~~7-11-05~~ / ~~7-13-05~~

⬭ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED
TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION
Yo Nieves, V.                              C. Hurd  7-6-05

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

On 7.5.05 @ approx 1557 Hrs. I/m Moore, Charles # 56820 was told by Yo Nieves. As button up His orange jump suit, He walked out of the pod with them unbutton and I told Him Several times to button them up He did Not move as instructed to go back to pod But wanted to argue with Yo Nieves. I/m Moore Charles was in violation of Houston County Jail Rule #14. Which States: No Inmate will disobey an order or instructions given by Sheriff's Department Personel.

——————————— End of Statement ———————————

Sgt Rm

NATURE OF SGT. OR ASC/O    REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _Charles Moore_                HCJ# _55820_        POD _D-Pod_

Date filing notice of appeal: _7-7-05 Thursday_

On, _____7_____, 2005, an Inmate Sanction/Restriction was written by Officer _C/o Nioves V._,

charging inmate _Charles Moore_, with a violation of Houston County Jail Inmate Rules and Regulations

# _14 No I/m will disobey any or Restriction By Shieriff Department_

The circumstances of the violations are: _I wk Commisary I wk Visitation @ 72 Hours lockdown._

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: _7-5-05_

I wish to appeal the decision because: _I had my oranges button at the top but about 2/3 or the 3 wasn't button on the bottom, I agree with I wk visitation and I wk commisary, but I don't agree with the lock down, all I told him that it just was my bottom unbutton, thats all_

*************DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY*****************

On the _8_ day of _July_, 2005, an appeal of the Sanction/Restriction taken against inmate

_Charles Moore_ was reviewed by _Carrunada McCarty_, and the following action was taken:

APPEAL APPROVED     ~~APPEAL DISAPPROVED~~     OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _I/m Moore, no L/D, but make sure your oranges are buttoned up -_

*********************************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _____

day of _____, 2005.

INMATE SERVED COPY_____

_____
Officer Signature



# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: *Moore, Charles*    DATE: *5-28-05*    JAIL NUMBER: *54965*  *56820*

CURRENT CELL: *F FLR*    CELL I/M MOVED TO (IF APPLICABLE)

### TYPE OF SANCTION OR RESTRICTION                 DATES START/END

_____ WKS    ⬯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

*2* WKS    ⬯ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

*2* WKS    ⬯ LOSS OF VISITATION PRIVILEGES *6-18 + 19-05* / *6 25 26 05*

⬯ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

⬯ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION

*Reeves*    *5/31/05*

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

*At approx. 1885 I told the inmates of
F Pod to roll in their cells or to get on
their mats. I had to repeat these
instructions to inmate Moore at least 4
times. Inmate Moore intentionally disobeyed
my orders. This inmate violated rules #14 -
no inmate will disobey an order or instructions
given by Sheriffs Dep. Personnel. rule #15 any
inmate who leaves his/her authorized area will
be disciplined and/or charged with an offense.
Inmates assigned to the dayroom areas must be
on your mattress*

*Sgt. Reynolds*                    REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

SIGNATURE OF SGT. OR ASC/O

#1

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: _Charles Moore_     DATE: _5-26-05_     JAIL NUMBER: _56820_

CURRENT CELL _F-9_     CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION                     DATES START/END

_____ WKS  ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_2/1_ WKS  ⬭ SUSPENSION OF COMMISSARY PRIVILEGES _6-5-05_ / _6-17-05_

_2/1_ WKS  ⬭ LOSS OF VISITATION PRIVILEGES _6 - 425-05_ / _6-11 or 2-05_

⬭ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

⬭ OTHER _Due to the fact when passing out comm. I_
_Tell all I/m's who get cups that Not to bring them down for_
_Breakfast, Lunch or Dinner_

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?     YES _____     NO _____

OFFICER REQUESTING SANCTION/RESTRICTION     OFFICER AUTHORIZING SANCTION/RESTRICTION

_C/O Bush_     _C/Bush_

## FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

_At approximately 1645 while serving trays inmates were_
_told not to bring up commissary cups to the juice_
_container. I/m Moore brought up the commissary cup_
_and I said No commissary cups then he said he just_
_wanted ice. I said, No commissary cups then he stated_
_something smart because I wouldn't let him fill up_
_the cup. #14 No inmate will disobey an order or_
_instructions given by sheriff dept personnel._

_E. O. S._

_____ _res_ _____     REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER
OR ASC/O

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _Charles Moore_     HCJ# _56820_     POD _F-9_

Date filing notice of appeal: _5-27-05_

On, _05-26-05_, 2005, an Inmate Sanction/Restriction was written by Officer _Bush_,

charging inmate _Charles Moore_, with a violation of Houston County Jail Inmate Rules and Regulations

# _____

The circumstances of the violations are: _2 weeks lost visitation 2 week commasry_

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: _05 26 -05_

I wish to appeal the decision because: _Mrs. Bush let her so called Kin folks and folks she new fill up there commasry cups, but when i got up there thats when she said something about it I did not say anything smart what i said was some CO let immates bring cups, plus it es not in the rule Books, Then she got smart with me and slammed the door._

*************DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY*****************

On the _31_ day of _May_, 2005, an appeal of the Sanction/Restriction taken against inmate

_Charles Moore_ was reviewed by _Comvader McCosley_ and the following action was taken:

APPEAL APPROVED     ~~APPEAL DISAPPROVED~~     OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _I/M Moore, Commissay cups are Not used with breakfast, lunch or dinner._

***************************************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _31 st_

day of _May_, 2005.

_____     INMATE SERVED COPY _X_
Officer Signature

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: Moore Charles    DATE: 4/28/05    JAIL NUMBER: 56820

CURRENT CELL: N11    CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION    DATES START/END

_____ WKS    ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____/_____

_____ WKS    ⬭ SUSPENSION OF COMMISSARY PRIVILEGES _____/_____

_____ WKS    ⬭ LOSS OF VISITATION PRIVILEGES _____/_____

⬭ MINIMUM 72 HOURS CELL RESTRICTION  4-28-05  / 5-5-05

⊗ OTHER  1 wk 4D _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?  YES_____  NO_____

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION
C/o Capshaw

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

On 4-28-05 C/o Britt was passing commissary in F pod. C/o Britt called me to F pod. I/m Moore was in F11 gathering his belongings to go to lockdown. I went to F11 to get I/m Moore to take him to M-O. I told I/m Moore to gather all his belongings. I/m Moore stated "I give a fuck. Y'all can beat my ass Fine me whatever. I dont give a fuck. I/m Moore was taken taken to M-O pod placed in N9. I/m Moore is in violation of Rule #4 No inmate will show disrespect to any Sheriff's Department personnel, Other inmates or visitors. End of Statement.

REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

SIGNATURE OF SGT. OR ASC/O

# INMATE SANCTION/RESTRICTION DOCUMENTATION

| NAME OF INMATE: | DATE: | JAIL NUMBER: |
|---|---|---|
| Moore Charles | 04-08-05 | 56820 |

CURRENT CELL: F-11    CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION     DATES START/END

_____ WKS  ⬯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

__2/__ WKS  ⬯ SUSPENSION OF COMMISSARY PRIVILEGES __4-16-05__ / __4-18-05__

__2__ WKS  ⬯ LOSS OF VISITATION PRIVILEGES __4-16+17-05__ / __4-23+24-05__

⬯ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

⬯ OTHER _____

NOTE: THE SC/O, OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?     YES_____     NO_____

| OFFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION |
|---|---|
| Yo McKeel | Sgt PK Bern |

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

I/m Moore Charles was in Dayroom with his oranges Around his waist. I/m Moore is in violation of Rule # 1.

Uniforms (Jumpsuits) will be worn At All Times when You Are in the Dayroom Area or outside of the cell Area. This includes Going to/From the shower Area and this Does Not Mean Down Around Your waist or off Your shoulders. Uniforms Must Be worn with the Houston County Jail logo on the outside And it must Be Buttoned up while in the Recreation Area, male inmates may wear their uniform Around their waist, But They must Be wearing A T-shirt. No Bare skin At Any Time. Failure to comply will Result in Sanction or Disciplinary Action

REVISED 07/2003 PER WALTER BOWERS, JAIL COMMANDER

Sgt. Jones
SIGNATURE OF SC/O OR ASC/O

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _Charles Moore_        HCJ# _56820_        POD _F-11_

Date filing notice of appeal: _4-11-05_

On, _8th_ , 2005, an Inmate Sanction/Restriction was written by Officer _Mckeel_ ,

charging inmate _Charles Moore_ , with a violation of Houston County Jail Inmate Rules and Regulations

# _01_

The circumstances of the violations are: _visitation visitation for 2 weeks_

The sanction found me to be guilty/not guilty of a major/minor offense.  Punishment was set at: _____

I wish to appeal the decision because: _Friday was when he wrote me up, I had no oranges on friday & neither did the ped. The oranges got back right at 9:00 pm._

**************DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY*****************

On the _12_ day of _April_ , 2005, an appeal of the Sanction/Restriction taken against inmate

_Charles Moore_ was reviewed by _Cannadu McCauty_ and the following action was taken:

APPEAL APPROVED    ~~APPEAL DISAPPROVED~~    OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _i/m Moore, This was written after oranges were returned_

*************************************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _13_

day of _April_ , 2005.

INMATE SERVED COPY _yes_

Officer Signature

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: _Moore, Charles_     DATE: 3/1/05     JAIL NUMBER: 56820

CURRENT CELL: _____     CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION                     DATES START/END

_____ WKS  ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_____ WKS  ⬭ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

_____ WKS  ⬭ LOSS OF VISITATION PRIVILEGES _____ / _____

_3 days Total_  ⊗ MINIMUM 72 HOURS CELL RESTRICTION  3-9-05 , 3-12-05

⬭ OTHER _Lockdown # 3 days_

NOTE: THE SC/O, OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?     YES _____     NO _____

OFFICER REQUESTING SANCTION/RESTRICTION          OFFICER AUTHORIZING SANCTION/RESTRICTION
_W/ Spigner CПП_                                  _____  3-4-05

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

I/m Moore was being seen by Dr. Bahner & was disrespectful when
he said. " I want to see A Real Dr." Also he will have his
family contact his attorney!
This is in violation of #4: No I/m will show disrespect to
S.D. personel.

SIGNATURE OF SC/O OR ASC/O          REVISED 07/2003 PER WALTER BOWERS, JAIL COMMANDER

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: Charles Moore                     HCJ# 56 820          POD: F-Floor

Date filing notice of appeal: 3-4-05

On March 4, 2005, 2005, an Inmate Sanction/Restriction was written by Officer T.R. Paiçues Cdg

charging inmate Charles Moore, with a violation of Houston County Jail Inmate Rules and Regulations

# 4

The circumstances of the violations are: 3 Day lock down

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: _____

I wish to appeal the decision because: I wish not being disrespect full, I was
just saying I would just wait until I made bond to see a doctor, I
also did not ask want to see a doctor, they did. I then ask until then we can I
have something for my problem, they said no so I said I'll just call my mom, who family is a
have something for my problem, they said no so I said I'll just call my mom, who family is a ******* Attorney.

**———DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY——————**

On the 8 day of March, 2005, an appeal of the Sanction/Restriction taken against inmate

Charles Moore was reviewed by Cammoder McCarty and the following action was taken:

APPEAL APPROVED      APPEAL DISAPPROVED      OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: Mr Moore, Dr. Banner is a real
doctor. You need To respect him.

*************************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the 8th

day of March, 2005.

INMATE SERVED COPY _____

Officer Signature

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: *Moore, Charles*    DATE: 2-16-05    JAIL NUMBER: 56820

CURRENT CELL: *F4*    CELL I/M MOVED TO (IF APPLICABLE)

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|

_____ WKS    ◯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_____ WKS    ◯ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

_2_ WKS    ⊗ LOSS OF VISITATION PRIVILEGES *2-26 2 27-05*  / *3-5 d6-05*

◯ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

◯ OTHER _____

NOTE: THE SC/O, OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

| OFFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION |
|---|---|
| *V. Jones* | |

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

at approx. 0030 hrs., during a shakedown of A-H pods by C/O's Jones, Athey, and Phillips, this inmate was found to have a county issued hard plastic cup in his possession. All cups are to be turned in on 2nd shift after the evening meal. The inmate has therefore violated rule # 14 listed below.

14.    NO INMATE WILL DISOBEY AN ORDER OR INSTRUCTIONS GIVEN BY SHERIFF'S DEPARTMENT PERSONNEL.

*Jon R Buckmann*    REVISED 07/2003 PER WILL McCARTY , JAIL COMMANDER

SIGNATURE OF SC/O OR ASC/O

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: *Moore Charles*    DATE: 2/04/05    JAIL NUMBER: 56820

CURRENT CELL: F-Floor    CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION    DATES START/END

_____ WKS ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_____ WKS ⬭ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

~~2~~/ WKS ⊗ LOSS OF VISITATION PRIVILEGES 2-12-05    12-13-05

⬭ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

⬭ OTHER _____

NOTE: THE SC/O, OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

| OFFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION |
|---|---|
| C/o Hughes  Sgt. Turner | _____ 2-7-05 |

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

I/m Moore was under his blanket at the time 2nd shift conducted their beginning count. This is a violation of HCJ Rule) #12 - All I/ms are required to maintain their cells and common areas in a clean sanitary and orderly condition (see remainder of rule elaborated further). Also a (violation of "NON-compliance rules listed on back of the I/m rules indicating may result in sanction/Disciplinary action. (See #1) if not followed.

_____
SIGNATURE OF SC/O OR ASC/O

REVISED 07/2003 PER WALTER BOWERS, JAIL COMMANDER

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _Charles Moore_      HCJ# _55820_      POD _F- Floor_

Date filing notice of appeal: _Feb 7, 2005_

On _Feb 4th_ , 2005, an Inmate Sanction/Restriction was written by Officer _c/o Hughes and Sgt. turner_

charging inmate _Charles Moore_ , with a violation of Houston County Jail Inmate Rules and Regulations

_#12 n #1_

The circumstances of the violations are: _we & was under our blanket in the day room / rooms! Bic it was cold and plus they had took our orange oranges to be washed, & had nothing else to wrap up with because I have no under wear, I'm not the only person with this problem either._

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: _1 week of visitation priveleges._

I wish to appeal the decision because: _Rule #12 do not go with the reason we are being written up on, Rule 1 we can't put something on we do not have, or can't afford or do to us being on the dayroom on the floor._

***************DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY******************

On the _8_ day of _February_ 2005, an appeal of the Sanction/Restriction taken against inmate

_Charles Moore_ was reviewed by _Commander McCarty_ , and the following action was taken:

APPEAL APPROVED     APPEAL DISAPPROVED     OTHER ACTION TAKEN: _Dismissed_

Basis for approval/disapproval of appeal: _I/M may wrap up in blanket on cold weather days_

*********************************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _9_

day of _Feb_ , 2005.

INMATE SERVED COPY _____

_Sgt R.C._
Officer Signature

**CURRENT DOCKET CARD**

01/18/05

1398

## HOUSTON COUNTY JAIL
## JAIL DOCKET CARD

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 543436 | Moore | Charles | Edward | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED | ARRESTING OFFICER |
|---|---|---|---|---|---|---|
| HCSD | 1-18-05 | | | | | Joyner |

| RISK | STATUS | | | FLOOR | CELL | DOCKET OFFICER | | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|
| | | | | 1 | PIC | (Weber) | | Houston |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|---|---|---|---|---|---|
| 19 | 01/06/86 | 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 | B | M | 5'9 | 180 | Blk | Bro | |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPD/BY | ATTORNEY |
|---|---|---|---|
| NP6  C-9 | NP6  513 | NP6  C-9 | Joe Herring |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPD/BY | |
|---|---|---|---|

| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|

| ADDRESS | | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|---|
| 1511 Elm Rd 11 | | Bk Sky  Opelika | AL | |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Kortland Brown | | Opelika, AL | 744-9986 | Sister |

# HOUSTON COUNTY
# SHERIFF'S DEPARTMENT
# PROPERTY HOLD

| I/M NUMBER | LAST NAME | FIRST NAME | M.I. |
|---|---|---|---|
| 56820 | Moore | Charles | |

| CASH | HOLD 1 | HOLD 2 |
|---|---|---|
| | | |

**OTHER ITEMS:**

I DO/DO NOT GIVE MY PERMISSION FOR ALL MY INCOMING MAIL TO BE INSPECTED. I UNDERSTAND THAT IF I DO NOT GIVE MY PERMISSION FOR MY MAIL TO BE INSPECTED, IT WILL BE RETURNED TO SENDER.

x __X Charles Moore__    DATE __1-18-5__

I, _____, MADE APPLICATION TO THE BONDING COMPANY OF MY CHOICE.

x _____    DATE _____

I, _____, RECEIVED FROM THE HOUSTON COUNTY SHERIFF DEPARTMENT ALL MY PROPERTY, AND MONEY UPON RELEASE.

x _____    DATE _____

I WAS ALLOWED TO MAKE A PHONE CALL.

x __X Charles Moore__    DATE __1-18-5__

I RECEIVED A COPY OF THE JAIL RULES AND REGULATIONS.

x __X Charles Moore__    DATE __1-18-5__

WITNESS __D Cole__    DATE __1-18-5__

## HOUSTON COUNTY JAIL
### RECEIPT OF ARMBAND

I _MOORE, CHARLES_ have received an armband from Houston
County Jail. I must wear this armband at all times while incarcerated in the
Houston County Jail. I understand that I must have the armband on to receive
medication, commissary, mail or any other items from the jail staff. If I am caught
with out my armband I will receive a sanction. I must turn in this armband upon
release from the jail. I can not give this armband to any other inmate.

_____
**Inmate Signature**

_____
**Date**

_____
**C/O Signature**

6-17-05
**Date**

# SEARCH WARRANT

THE STATE OF ALABAMA,
HOUSTON COUNTY.

## TO THE SHERIFF OF SAID COUNTY:

(a) Proof by affidavit having this day been made before me by   Inv. James Brazier

(b)   that   the clothes worn in an armed robbery are in the possession of Charles Moore, or in
his property at the Houston County Jail

(c) You are therefore commanded,   in the day _____   to make immediate search on the person of

Charles Moore or his property   _____   and in and upon the above described

(c) **premises for the following property:**
blue denim shorts, black shirt, and white tennis shoes

(d) and if you find the same or any part thereof, to bring it forthwith before me, at my office at

Dated the _____ 15 ____ day of ____ Ja _____, 2005

Judge, _____ Circuit ___ Court, Houston County, Alabama

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET                                    Page      1

BOOKING NO:   050000205                           LOCAL ID:   56820

Name      : MOORE CHARLES EDWARD

Address: 181 LEE RD 11

City      : OPELIKA          State: AL Zip: 36804



## Physical Description

Race  :  BLACK                Hair :  BLACK

Gender:  MALE                 Eyes:   BROWN

Height:  5 ' 09 "             Complexion:  UNKNOWN

Weight:  186                  DOB :  01/06/1986      Age: 19

Scars/Tattoos:

## Personal Information

DL State :                    Home Phone:  334 745 6225

DL Number:                    Work Phone:

     SSN:  416 28 2637

     SID:

## Booking Information

Arrest Date: 01/18/2005       Booking Officer: CULVER

Arrest Dept: HCSD             Booking Date: 01/18/2005

Arrest Offcr: JOYNER          Booking Time: 18:52

Search Offcr: 1ST SHIFT       Facility: 01

Meal Code: 01                 Cell Assignment:

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| ROBBERY 1ST | $00.00 | 100,000 | PENDING |

# HOUSTON COUNTY JAIL
## BOOKING CHECK OFF LIST

DATE: _1-18_____ TIME: _____

**SENIOR CORRECTIONS OFFICER(S) DUTY** _Reynolds_____

Inmate Name: _Charles Moore_____ Inmate Number: _56820_____

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING
EACH ITEM AND SIGN IN THE PROPER SPACE.**

1. All personal property secured
2. Check in-house warrants
3. Check for last incarceration
4. Arrest report completed by arresting officer
5. All charges listed on arrest report and bonds listed for each charge
6. **Bond amount noted on warrant**
7. All inmate property tagged/placed in envelope
8. Property envelope completely filled out/signed by inmate
9. All money counted/logged in money book
10. Money envelope completed/supervisor counts
11. SCO calls control and logs money in SCO money book
12. SCO seals money/places in box
13. **Check for outstanding warrants** ____ NCIC____ Dothan
14. Inmate numbers properly assigned
15. Inmate recorded in black book
16. Inmate recorded on white pages
17. **Docket I.D., floor card completed, and bond amount verified on docket card**
18. Fingerprint card completed
19. Medical screen completed
20. Affidavit of hardship completed
21. Green disposition form completed (FBI)
22. Property hold form (telephone call, bond applied)
23. Fingerprinted/photographed/entered in computer
24. Property card completed
25. Visitor/Telephone list completed
26. Inmate handbook received
27. **Bond completed/amount checked against warrant**
28. **Correct court date noted on bond**
29. **Inmate and surety signature on bond**
30. **All pass on information documented in pass book**

_____
**Signature of Booking Officer(s)**

Southeastern Printers of Dothan, 334-792-2928

HOUSTON COUNTY JAIL
901 E MAIN DOTHAN AL

INMATE LOCATION SLIPS

I/M NAME _Moore, Charles_

I/M NUMBER _N-11 56820_

PREVIOUS LOCATION _N-11_

MOVED TO _A-14_

DATE OF MOVE _05-04-05_

## ALABAMA UNIFORM ARREST REPORT

Fingerprinted? □1 Yes □2 No

AFIS Completed? □1 Yes □2 No

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 038.00.00 | HCSO | 05.01.8.0.362 | 02 |

**IDENTIFICATION**

5 LAST, FIRST, MIDDLE NAME: Moore Charles Edward
6 ALIAS AKA: INK

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 SCARS | 15 MARKS | 16 TATOOS | 17 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| M | B | 59 | 186 | Bro | B/K | med | Left Arm 3 squres with eyes inside | | one Cross / Cross | Right forearm inside one Cross, Cross upper arm |

15 PLACE OF BIRTH (CITY, COUNTY, STATE): Opelika Lee AL.
16 SSN: 4116-128-26370
17 DATE OF BIRTH: 04/10/68
18 AGE: 19
MISCELLANEOUS ID: 56820

21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL

24 FBI #
HENRY CLASS
NCIC CLASS

25 IDENTIFICATION COMMENTS

26 □1 RESIDENT  □2 NON-RESIDENT
27 HOME ADDRESS (STREET, CITY, STATE, ZIP): 181 Lee Rd 11 Opelika AL 36804
28 RESIDENCE PHONE: 334
29 OCCUPATION (BE SPECIFIC): Labor

30 EMPLOYER (NAME OF COMPANY/SCHOOL): unemployed
31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP): N/A
32 BUSINESS PHONE: ( ) N/A

**ARREST**

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): 109 Hwy # 231 South AL
34 SECTOR: D2000ATE
35 ARRESTED FOR YOUR JURISDICTION? □ YES □ NO   □1 IN STATE □2 OUT STATE □3 OUT STATE AGENCY

36 CONDITION OF ARRESTEE: □1 DRUNK □2 SOBER □3 DRINKING □4 DRUGS
37 RESIST ARREST? □ YES □ NO
38 INJURIES? □ OFFICER □ ARRESTEE □ NONE
39 ARMED? □ Y □ N
40 DESCRIPTION OF WEAPON: □1 HANDGUN □2 RIFLE □3 SHOTGUN □4 OTHER FIREARM □5 OTHER WEAPON

41 DATE OF ARREST: 01/18
42 TIME OF ARREST: □1 AM □2 PM □ MIL
43 DAY OF ARREST: 1 2 3 4 5 6 7
44 TYPE ARREST: □1 ON VIEW □2 CALL □3 WARRANT
45 ARRESTED BEFORE? □1 YES □2 NO □3 UNKNOWN

46 CHARGE–1 □ FEL □ MISD: Robbery 1st
47 UCR CODE
48 CHARGE–2 □ FEL □ MISD
49 UCR CODE

50 STATE CODE/LOCAL ORDINANCE: 13A-8-41
51 WARRANT #
52 DATE ISSUED
53 STATE CODE/LOCAL ORDINANCE
54 WARRANT #
55 DATE ISSUED

56 CHARGE–3 □ FEL □ MISD
57 UCR CODE
58 CHARGE–4 □ FEL □ MISD
59 UCR CODE

60 STATE CODE/LOCAL ORDINANCE
61 WARRANT #
62 DATE ISSUED
63 STATE CODE/LOCAL ORDINANCE
64 WARRANT #
65 DATE ISSUED

66 ARREST DISPOSITION: □1 HELD □2 BAIL □3 RELEASED □4 TOT–LE □5 OTHER
67 IF OUT ON RELEASE WHAT TYPE?
68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)
69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|
| 95 | Jeep | | 4Dr | TOP: White BOTTOM: | | 43A 511Y | | |

78 VIN: 1J4FT28S95L6210087
79 IMPOUNDED? □ YES □ NO
80 STORAGE LOCATION/IMPOUND #

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED: $100°° Bill from charles Left Front pocket ser # AD396931088   □ CONTINUED IN NARRATIVE

**JUVENILE**

82 JUVENILE DISPOSITION: □1 HANDLED AND RELEASED □2 REF. TO JUVENILE COURT □3 REF. TO WELFARE AGENCY □4 REF. TO OTHER POLICE AGENCY □5 REF. TO ADULT COURT
83 RELEASED TO

84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)
85 ADDRESS (STREET, CITY, STATE, ZIP)
86 PHONE ( )

87 PARENTS EMPLOYER
88 OCCUPATION
89 ADDRESS (STREET, CITY, STATE, ZIP)
90 PHONE ( )

**RELEASE**

91 DATE AND TIME OF RELEASE: M D Y : □1 AM □2 PM □3 MIL
92 RELEASING OFFICER NAME
93 AGENCY/DIVISION
94 ID #

95 RELEASED TO:
96 AGENCY/DIVISION
97 AGENCY ADDRESS

98 PERSONAL PROPERTY RELEASED TO ARRESTEE: □1 YES □2 NO □3 PARTIAL
99 PROPERTY NOT RELEASED/HELD AT:
100 PROPERTY #

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE): NO Bond (investigation with ser)

Bond set Lee Judge anderson $100,000 until seen by District Judge

LOCAL USE

STATE USE

102 SIGNATURE OF RECEIVING OFFICER
103 SIGNATURE OF RELEASING OFFICER

MULTIPLE CASES CLOSED
104 CASE #
105 SFX
106 CASE #
107 SFX
108 CASE #
109 SFX
110 ADDITIONAL CASES CLOSED NARRATIVE

111 ARRESTING OFFICER (LAST, FIRST, M.): Brazier  3837
113 ARRESTING OFFICER (LAST, FIRST, M.): Lt. Forehand  3805
114 ID #
115 SUPERVISOR
116 WATCH CMDR.

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

STATE USAGE

SUBMISSION     APPROXIMATE CLASS     AMPUTATION     SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**MOORE, CHARLES EDWARD**

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.

**416282637**

LEAVE BLANK

X Charles Edward Moore

ALIAS/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH   MM   DD   YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 19860106 | M | B | 509 | 186 | BRO | BLK |

1. R. THUMB     2. R. INDEX     3. R. MIDDLE     4. R. RING     5. R. LITTLE

6. L. THUMB     7. L. INDEX     8. L. MIDDLE     9. L. RING     10. L. LITTLE

DB 50X50G8 1133S5 #1107.    :49:24          5701LD #1x09914 2    -18:52

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY          L. THUMB     R. THUMB     RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

STATE USAGE

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAN

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**MOORE, CHARLES EDWARD**

SIGNATURE OF PERSON FINGERPRINTED

X Charles Edward Moore

ALIASES/MAIDEN

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

SOCIAL SECURITY NO.

**416282637**

LEAVE BLANK

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH  MM  DD  YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---------|--------------------------|---------------------------|-----|------|--------|--------|------|------|
|         |                          | 19860106                  | M   | B    | 509    | 186    | BRO  | BLK  |



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

DB 50X50G8 1133S5 #1107... :49:24          5701LD #1x09914 2...8-18:52



LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, WASHINGTON, D.C. 20537

CRIMINAL JUSTICE INFORMATION SERVICES DIVISION

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI |
|---|---|---|
| SUBMISSION    YES ☐ | MM    DD    YY    20050118 | AL0380000 HOUSTON CO SD DOTHAN AL |
| TREAT AS ADULT    YES ☐ | | REPLY DESIRED?  YES ☐  **Y** |

| SEND COPY TO: (LEAVE BLANK) | DATE OF OFFENSE MM    DD    YY    20050118 | PLACE OF BIRTH (STATE OR COUNTRY) **AL** | COUNTRY OF CITIZENSHIP **US** |
|---|---|---|---|

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS **TAT R ARM** | | |
|---|---|---|---|

| | RESIDENCE/COMPLETE ADDRESS **181    LEE RD 11** | CITY **OPELIKA** | STATE **AL**  36804 |
|---|---|---|---|

| OFFICIAL TAKING FINGERPRINTS NAME OR NUMBER) **J13 DEVON CULVER** | LOCAL IDENTIFICATION/REFERENCE **56820** | PHOTO AVAILABLE?  YES **X** PALM PRINTS TAKEN?  YES ☐ |
|---|---|---|

EMPLOYER:  IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

| CHARGE/CITATION **20050118    1299 ROBBERY** | DISPOSITION 1. |
|---|---|
| 2. | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

☆U.S. GPO: 2001 479-516/40019
FD-249 (REV. 5-11-99)

FEDERAL BUREAU OF INVESTIGATION, CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL AGENCIES INFORM INDIVIDUALS, WHOSE SOCIAL SECURITY NUMBER IS REQUESTED, WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI | |
|---|---|---|---|
| SUBMISSION         YES ☐ | MM  DD  YY | CONTRIBUTOR | AL0380000 |
| | | ADDRESS | HOUSTON CO SD |
| | 20050118 | | DOTHAN AL, AL |
| TREAT AS ADULT     YES ☐ | | REPLY   YES | |
| | | DESIRED?   ☐ Y | |

| SEND COPY TO: | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| ENTER ORI | MM  DD  YY | | |
| | 20050118   AL | | US |

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS |
|---|---|
| | TAT R ARM |

| RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|
| 181        LEE RD 11 | OPELIKA | AL |
| | | 36804 |

| OFFICIAL TAKING FINGERPRINTS | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE? | YES |
|---|---|---|---|
| NAME OR NUMBER:  J13 | 56820 | | X |
| DEVON CULVER | | PALM PRINTS TAKEN? | YES ☐ |

EMPLOYER:   IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1. | 1. |
| 20050118   1299 | |
| ROBBERY | |
| 2. | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

☆U.S. GPO: 2001 479-516/40019
FD-249 (REV. 5-11-99)

TYPE OR PRINT IN BLACK INK ONLY

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

NARRATIVE

NARRATIVE

NARRATIVE

120 ADDITIONAL ARREST INFORMATION

ADDITIONAL ARREST
NARRATIVE CONTINUED

117 DATE AND TIME OF ARREST

M D Y
AM
PM
MIL.

118 CASE #

119 SFX

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION