IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES MOORE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:05-cv-1043-F |
| | ) |
| **LAMAR GLOVER, et al.,** | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **Darla Jane Speigner**, who is a Registered Nurse and is also a Certified Nurse Practitioner and is employed as one of four nurses for purposes of rendering medical services and treatment for inmates at the Houston County Jail, who being by me first duly sworn, deposes and says as follows:

I am Darla Jane Speigner. I am a Certified Registered Nurse Practitioner (CRNP) in the State of Alabama and I am one of four full time nurses working in the Houston County Jail.

Unless otherwise indicated expressly or by the context herein, I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the subject matter and a review of the Plaintiff's Houston County Jail inmate medical file, which includes records from

Southeast Alabama Medical Center related to the February 19, 2005 incident, in an attempt to address the allegations of Plaintiff in this case.

In addition to funding four full time nurse positions (one of which is a Certified Registered Nurse Practitioner), a doctor contracted as the staff doctor and a registered supervising pharmacist for the provision of medical care to inmates such as the plaintiff, the County Jail provides a general medical clinic for medical problems that may arise in the jail. The medical clinic is held daily, Monday through Friday. The clinic is staffed by the staff physician and/or the Certified Registered Nurse Practitioner under the supervision of the physician. The nurses are in the Pods each day passing out inmate medications as well. Thus, inmates are given daily access to nursing services, hospital emergency room services, if necessary, and the general medical clinic. In addition, the nurses who work at the jail carry southern linc radio telephones and alternate being "on call" so there is generally a nurse available "on call" to the jail on a 24 hour a day, seven days a week, basis.

It is the policy of the Houston County Jail that all requests for medical treatment are forwarded to one of the nurses on duty with the expectation that appropriate and necessary medical treatment will be provided to or obtained for the inmate.

Based on my treatment to the plaintiff and my review of the plaintiff's jail medical file, the plaintiff was, during the period of time made the basis of Plaintiff's complaint, provided necessary medical testing, treatment and care while in the Houston County Jail.

With regard to the allegations made by Plaintiff relative to medical treatment, it is my opinion, that compared with people who are not in jail Plaintiff has been given appropriate therapy and treatment. At all times alleged in Plaintiff's Complaint, he has been given and provided adequate and necessary medical treatment and has at all times relevant thereto been provided with all

medically necessary medications. While in the jail, the plaintiff has been seen multiple times by the nurses in the jail, the Certified Registered Nurse Practitioner and the jail doctor several times.

As can be seen from his jail medical records, the Plaintiff was seen by doctors and jail medical clinic staff many times and has at all times relevant to the Plaintiff's claims been provided all necessary and appropriate medical care while an inmate in the Houston County Jail.

According to his jail medical records, since his incarceration in the Houston County Jail on January 18, 2005, the plaintiff has been seen by medical personnel in the jail medical clinic twelve (12) times, has refused treatment three (3) additional times, has been evaluated and treated by doctors in the emergency room of the Southeast Alabama Medical Center two (2) times. For more detail relative to the medical treatment rendered to the plaintiff, please refer to the copy of his jail medical file which is attached hereto as **Exhibit "A."**

I am one of the custodians of records of inmate medical records in the Houston County Jail. A true and correct copy of plaintiff's jail medical file relative to this case, as maintained by the jail in the ordinary course of its operations as a county jail, is attached hereto as **Exhibit "A"** and is incorporated herein by reference as if fully set forth.

_/s/ Darla Jane Speigner_
DARLA JANE SPEIGNER

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me the undersigned authority, personally appeared **Darla Jane Speigner**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of her information, knowledge and belief.

Sworn to and subscribed before me on this the 18th day of January, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 12-9-2008