# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
### FLOW SHEET

NAME: Moore Charles    D.O.B. 1-6-86    I/M # 56820

**MEDICATIONS:**

| | |
|---|---|
| 2/25 | 1. ~~Doxycycline 100mg PO bid x10 days~~ |
| | 2. ~~Ibuprofen 800mg PO tid x 5 days~~ |
| 6/6 | 3. Bactrim DS i po bid x 7 days |
| | 4. EES i sm po bid x 7 days |
| 7/27 | 5. ~~Doxycycline 100mg PO bid x 7 days~~ |
| | 6. |
| | 7. |
| | 8. |
| | 9. |
| | 10. |

**CLINIC'S :**

HIV _____
COPD _____
SEIZURE _____
DIABETIC _____
HEPATITIS _____
HYPERTENSION _____
LAB:

DATE Hep & HIV drawn 2/25
DATE 4/28/05 xray (R) hand
DATE SBGJ Flu CDK Halle 7/26 mistaken entry
DATE
DATE
DATE
DATE
DATE

**MISCELLANEOUS:**

| | |
|---|---|
| 10/2/5 | ER |
| 10/18/05 | ER Visit - (R) hand & Head Concussion Neck strain |

**PROBLEMS:**

DATE Constipation / ANAL WARTS
DATE UTI
DATE Dermatitis, Chlamydia
DATE
DATE

Pg. # _____ DIABETIC FLOW SHEET _____ BP FLOW SHEET _____

# HOUSTON COUNTY JAIL
# RECEIVING SCREENING FORM



NAME: _Charles Moore_    RACE/SEX: _BM_    D.O.B: _1-6-86_

DATE: _1-18-5_    TIME: _1328_    DOCTOR: _____

BOOKING OFFICER: _Culver_    MEDICAL INSURANCE: _____

SOCIAL SECURITY NUMBER: _416_ - _28_ - _2637_    INMATE NUMBER: _56820_

## VISUAL OPTION:

| | | |
|---|---|---|
| IS THE PERSON CONSCIOUS? | YES | NO |
| IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? | YES | NO |
| IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? | YES | NO |
| IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? | YES | NO |
| DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? | YES | NO |
| ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? | YES | NO |
| DOES HE/SHE BEHAVE ABNORMALLY?   EXPLAIN _____ | YES | NO |
| DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? | YES | NO |
| DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? | YES | NO |

## OFFICIAL -- INMATE QUESTIONNAIRE:

| | | |
|---|---|---|
| ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). | YES | NO |
| DO YOU HAVE MEDICATION WITH YOU? | YES | NO |
| DO YOU HAVE A HISTORY OF TUBERCULOSIS? | YES | NO |
| DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? | YES | NO |
| HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES, EXPLAIN: _____ | YES | NO |
| ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _____ | YES | NO |
| HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? | YES | NO |
| DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____ | YES | NO |
| DO YOU HAVE A PAINFUL DENTAL CONDITION? | YES | NO |
| IF FEMALE, ARE YOU PREGNANT? ON BIRTH CONTROL PILLS? (CIRCLE WHICH) | YES | NO |
| DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE_____ | YES | NO |
| DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? REMARKS: _____ | YES | NO |

STATE OF ALABAMA}

HOUSTON COUNTY}                    **MEDICAL RELEASE AUTHORIZATION**

KNOW ALL MEN BY THESE PRESENTS, THAT FOR AND IN CONSIDERATION OF HOUSTON COUNTY, ALABAMA, ASSUMING THE FINANCIAL RESPONSIBILITY OR LIABILITY FOR MY MEDICAL OR DOCTOR TREATMENT AND CARE, I DO HEREBY AUTHORIZE ANY SUCH MEDICAL DOCTOR OR HOSPITAL TO RELEASE ANY MEDICAL RECORDS OR INFORMATION TO ANY DULY APPOINTED OR AUTHORIZED REPRESENTATIVE OF HOUSTON COUNTY, ALABAMA.

HOWEVER, THIS MEDICAL RELEASE AUTHORIZATION IS SPECIFICALLY LIMITED TO PROPERLY AUTHORIZED HOUSTON COUNTY PERSONNEL; AND ANY SUCH MEDICAL DOCTOR OR HOSPITAL IS NOT AUTHORIZED TO RELEASE ANY SUCH MEDICAL INFORMATION OR TREATMENT INFORMATION TO ANY OTHER PERSON, COMPANY, OR CORPORATION, OTHER THAN BY MY FURTHER EXPRESSED AUTHORITY FROM ME AND MY ATTORNEY.

ATTEST:

_____          X Charles Moore
WITNESS

I, _____, AN INMATE IN THE HOUSTON COUNTY JAIL, HAVE BEEN DULY INFORMED AND DO UNDERSTAND THE COST OF HOUSING AND MEDICAL CARE MAY BE ASSESSED AGAINST ME AS COST OF COURT, IF I AM CONVICTED OF A MISDEMEANOR IN THE DISTRICT COURT.

X Charles Edward Moore
**SIGNATURE**

DATE: 1-18-5

WITNESS: _____

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET                                    Page    1

| BOOKING NO: 050000205 | LOCAL ID:  56820 |
|---|---|

Name    : **MOORE CHARLES EDWARD**

Address : **181 LEE RD 11**

City    : **OPELIKA**        State: **AL** Zip: **36804**



## Physical Description

Race   : **BLACK**          Hair  : **BLACK**

Gender : **MALE**           Eyes  : **BROWN**

Height :  **5 ' 09 "**      Complexion: **UNKNOWN**

Weight : **186**            DOB:   **01/06/1986**      Age: **19**

Scars/Tattoos:

## Personal Information

DL State :                  Home Phone:  **334 745 6225**

DL Number:                  Work Phone:

  SSN:  **416 28 2637**

  SID:

## Booking Information

Arrest Date: **01/18/2005**       Booking Officer: **CULVER**

Arrest Dept: **HCSD**               Booking Date: **01/18/2005**

Arrest Offcr: **JOYNER**            Booking Time: **18:52**

Search Offcr: **1ST SHIFT**             Facility: **01**

Meal Code: **01**                Cell Assignment:

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **ROBBERY 1ST** | **$00.00** | **100,000** | **PENDING** |

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

Phone (334)712-0762
Fax  (334)671-9482



FAX PAGE :

FACILITY : _Same_

PHYSICIAN : _____

DEPARTMENT : _Medical Records_

| INMATE NAME : | D.O.B. | S.S. # |
|---|---|---|
| Moore, Charles | 1-6-86 | 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 |

SIGNATURE _Ivory Smith_    DATE _10-24-05_

Please send ER
Report from
10-12-05 — Present
Thanks Again
Ivory !

# OF PAGES _1 of 3_

**FAXED**

_Any Problems with this FAX , Please call ._

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

Phone (334)712-0762
Fax  (334)671-9482



FAX PAGE :

FACILITY : _Same_____

PHYSICIAN : _____

DEPARTMENT : _Medical Records_____

| INMATE NAME : | D.O.B. | S.S. # |
|---|---|---|
| Moore, Charles | 1-6-86 | 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 |

SIGNATURE _Lucy J Smith_____    DATE _10-6-05_____

# OF PAGES ___3_____

**FAXED**

_Any Problems with this FAX , Please call ._



# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

Southeast Alabama
**MEDICAL
CENTER**

### Page 1 of 2

## Patient Identification

Printed Name: _Moore, Charles_    Date of Birth: _1-6-86_

Address: _____

Social Security #: _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_    Telephone: _____

## Information To Be Released - Covering the Periods of Health Care

From (date) _10-12-05_  to (date) _10-12-05_

From (date) _____  to (date) _____

### Please check type of information to be released:

- ☐ Complete health record
- ☐ Complete billing record
- ☑ Consultation reports
- ☑ Discharge summary
- ☑ Emergency Dept. Reports
- ☑ Face Sheet
- ☑ History and physical exam
- ☐ Itemized bill
- ☑ Laboratory test results
- ☐ Pathology Report
- ☐ X-ray films / Images
- ☑ X-ray reports
- ☐ _____
- ☐ _____
- ☐ _____

☐ Other, (specify) _____

## Purpose of Request

- ☑ Treatment or consultation
- ☐ At the request of the patient
- ☐ Billing or claims payment

☐ Other, (specify) _____

## Who and Where to Send / Release Information

Name: _Houston County Jail_

Address: _901 Main Street_
_DOTHAN, Alabama_

## Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release

I understand if my medical or billing records or psychotherapy notes contain information in reference to drug and/or alcohol abuse, psychiatric care, sexually transmitted disease, Hepatitis B or C testing, and/or other sensitive information, I agree to its release.

Circle One:  (Yes)  No

I understand if my medical or billing records or psychotherapy notes contain information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment I agree to its release.

Circle One:  (Yes)  No

## Time Limit & Right to Revoke Authorization

Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Medical Records Manager at Southeast Alabama Medical Center, P. O. Box 6987, Dothan, AL 36302. Unless revoked, this authorization will expire on the following date or event _____, or 180 days from date of signature, unless otherwise specified.

Continued





**Southeast Alabama**
# MEDICAL CENTER

# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

**Page 2 of 2**

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. SOUTHEAST ALABAMA MEDICAL CENTER, ITS AFFILIATES, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that my treatment or payment for services will not be denied if I do not sign this authorization unless specified on the other side of this form under Purpose of Request. I can inspect or receive a copy of the protected health information to be used or disclosed. I understand that there may be a charge for copies.
I authorize SOUTHEAST ALABAMA MEDICAL CENTER to use and disclose the protected health information specified on the other side of this form.

X _Charles Moore_ _____    _10-24-05_
Signature of Patient or Personal Representative                  Date

_____    _____
Relationship if not patient: (Guardian/Executor of Estate/Personal Representative)    Day time phone number

Witness: _L. Laguerre M_ _____

========================================================================

**For Southeast Alabama Medical Center Use Only:**

Patient's Medical Record #_____    Account #_____

**Check Records Received by Patient:**

| | | |
|---|---|---|
| ❑ Complete health record | ❑ Face Sheet | ❑ X-ray films / Images |
| ❑ Complete billing record | ❑ History and physical exam | ❑ X-ray reports |
| ❑ Consultation reports | ❑ Itemized bill | ❑ _____ |
| ❑ Discharge summary | ❑ Laboratory test results | ❑ _____ |
| ❑ Emergency Dept. Reports | ❑ Pathology Report | ❑ _____ |

❑ OTHER _____

TOTAL PAGES SENT/GIVEN:_____

Identity of Requestor Verified via:    ❑ Photo ID    ❑ Matching Signature    ❑ Other, specify _____

_____

Verified by: _____

TELEPHONE FOR MEDICAL RECORDS:  (334) 793-8864

SOUTHEAST ALABAMA MEDICAL CENTER
P. O. BOX 6987

## INMATE REFUSAL

NAME *Moore, Charles*

DATE *11-3-05*

REFUSES MEDICATION _____

REFUSES MEDICAL TREATMENT *C RNP*

INMATE SIGNATURE *x Charles Moore*

I/m states he is
ready to go,
get him a refusal

*x Charles Moore*

# HOUSTON COUNTY JAIL
# INFIRMARY

## SICK CALL

**D. SPEIGNER CRNP**                              **DR. SAM BANNER**

DATE _11-3-05_

Inmate _Moore, Charles_        D.O.B. _1-6-84_  IM# _56820_

Chief
Complaint _____

Allergies _NKDA_              V/S _117/75   54   18   96.9_
                                   _wt. 187_

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

**D. SPEIGNER CRNP**                    **DR. SAM BANNER**

DATE _11-3-05_

Inmate _Moore, Charles_    D.O.B. _01-6-86_   IM# _56820_

Chief
Complaint _H/A's_

Allergies _NKDA_                    V/S _117/75  54  18        96.9_
                                         Wt. 187

S- C/o H/A's since he was hit in the
head during fight a month ago.

O- PEARRL. Denies N/V. Dizziness is
present @ times but not at
present. Pain of H/A on scale 1-10, I'm
rates H/A as 6½. H/A is to ① side
of head starting @ base of head
Radiating ↑. There is a palpable
knot to ① side ↑ head. Non tender
but area surrounding raised area is
tender. Ø open areas.

A- No H/A's

P- Refer to CRNP.
        Rebecca



palpable
knot

Moore
Charles
11/3/05

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE _10-25-05_

Inmate _Moore, Charles_    D.O.B. _01-6-86_    IM# _56820_

Chief
Complaint _Headaches_

Allergies _NKDA_        V/S _106/71  52  18  96.8_
_wt. 187_

— c/o HA ā going to sleep & awakening c̄ HA — further states "Knot" on head from when I/m Hogan rushed & hit in head c̄ soap in sock (I/m was on Naprosyn bid x 10 or 14 days – now complete).

— I/m c̄ notable raised to area Ⓛ upper ⟨right⟩ temporal area – approx 3¼ cm in circ – is soft & per I/m is tender to the touch.

PERRL
MAEW
_____ I/m states he has taken Tylenol 7gm from Cors, but does not help.

· R/O

Refer CRNP

L. Laguerra M

✓CS

Ⓡ
Can give Ibu.

## HOUSTON COUNTY JAIL
### INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                                    DR. SAM BANNER

**PULL CHART**

DATE  10-13-05

Inmate  Moore, Charles  D.O.B. 1-6-86  IM# 56820

Chief
Complaint  F/w ER visit

Allergies  NKDA                    V/S  125/74  68  18  97.1
                                        WT. 192

Involved in altercation last pm
c̄ LOC, eval @ SAMC = (R) hand contusion

ace wrap removed, swelling + ecchymosis, no C/s impairment

Plan: ace wrap
   - ice on/off x 24hrs
   - remain in clinic until Sunday, then remove
                       ace wrap (metal)
                       + send to pod.

_____ NA _____ FS
_____ ✓ _____ CS
_____ NA _____ MAR
_____ NA _____ CART

D Speigner CRNP



Charles moore

## PHYSICIAN ORDERS

56820

INMATE *Charles Moore*

DATE *10-12-05*

Received orders from ER for
Anaprox NS 550mg. BID x 10 days per
Michael Shivers - PA-C . per V.O.
N. Speigner, CRNP — Q Way, LP —

QI

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

DR. SAM BANNER

D. SPEIGNER CRNP

DATE 10-12-05
Inmate Charles Moore    D.O.B. 1-6-86    IM# 56820

Chief
Complaint Altercation

Allergies NKDA    V/S 139/73 - 996 88-24

S. Altercation c̄ another I/M.
States he was attacked for
no probable cause.

O. R hand swelling. "Pinky" finger rotated
laterally. Bottom knuckle raised
& swollen. Ht on L side of
face. Small laceration @ bottom of
L eye. L eye swollen. Swelling
to L side of face. Ringing to L
ear. ? blood in ear canal.

A: Multiple injuries.

P: Notified Mrs. Speigner. Send to SERMC c̄ EP
_____ D Speigner CRNP _____

## HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE 10-05-05

Inmate Moore, Charles   D.O.B. 1-6-86   IM# 56820

Chief Complaint ®hand pain

Allergies NKDA          V/S

S. I/M in altercation in D pod. I/M hit another I/M # in the face.

O. ®hand is noticeably swollen from middle finger down to "pinky" finger. Swelling through all joints of fingers involved. Bruising on back of hand down to wrist. Unable to flex/open-close or grasp c̄ ®hand. Swelling to wrist as well. Painful to touch.

A: R/o Fx vs. sprain

P: Send to SEAMC for X-rays. Fx eval & tx as needed per D. Speigner, CRNP—

## PHYSICIAN ORDERS  56820

INMATE _Charles Moore_

DATE _10-05-05_

Transport the SEAMC ER.
Eval & treat as needed.
Cecelyn _____

* please call jail & update.
@ 712-0762. Thanx.

DS

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

**D. SPEIGNER CRNP**                    **DR. SAM BANNER**

DATE _7-28-05_

Inmate _Moore, Charles_      D.O.B. _1-6-86_    IM# _56820_

Chief
Complaint _F/u_

Allergies _EES_          V/S _128/73  98  22  97.1  100%_
_186_

I/m seen by CRNP & stated he had all
S/s chlamydia. — Severe vomiting reaction c̄
EES — med s/ed to Doxy. — completed Rx.
States "not really any improvement" — States white
discharge from penis prior to urinating (states "burning
feeling upon voiding has ceased) I/m further states it
feels as though his testicles are swollen at times... &
hard to start voiding.

Refer CRNP    DS

1. Lacum

# PHYSICIAN ORDERS

INMATE _Charles Moore_

DATE _7/20/05_

S  Rash from new liquid soap.
   See RN CPP sick Call 7/20/05

O  peeling noted · no irritation from itching

Also now states "I have Chlamydia"
Inm is reading STD chart as well "these are all
my s/s"

UA · neg

A/P  p. Chlamydia
     · Dermatitis

   ① Try soft soap for face
   ② Tube of Hydrocortisone cream — given p̄
   ③ Erythromycin 100 mg po bid x 10d.
7/29/05 ④ F/u STD ca in 7-10d.

                        J Speigner crnp

                                    Cause MV

✓ AS
✓ CS
✓ MAR
✓ Cart

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                              DR. SAM BANNER

DATE 7-20-05

Inmate Moore, Charles   D.O.B. 1-6-86   IM# 56820

Chief
Complaint _____

Allergies NKDA _____        V/S 118/69  62  18        97.2
                                    Wt. 186              O2 = 99%

(S) C/o face "peeling" (facial skin) since started using new soap.

(O) Has area that is darkened top of forehead & is visibly peeling — Also behind ears bilat. — I had I/m wash face in front of me to see if it was dirt that would wash off, but it did not — it did continue to peel off. It is rather thick in appearance — Ɛ using hibiclens — the I/m C/o it burning.

(A) P/o

(P) Refer CRNP.

                    L. hayunn.

# INMATE REFUSAL

NAME _CHARLES MOORE_

DATE _7/14/05_

REFUSES MEDICATION _____

REFUSES MEDICAL TREATMENT _X_    _UAN VISIT_

INMATE SIGNATURE _Charles Moore_

## PHYSICIAN ORDERS

INMATE ___Moore, Charle___

DATE ___7/21/05___

- D/C EES

- Doxycycline 100mg po bid x 7d.
  DS

√ MHAR
√ cart
N.C.
JS

**INMATE REFUSAL**

NAME *Moore, Charles*

DATE 07- 20 -05

REFUSES MEDICATION_____

REFUSES MEDICAL TREATMENT *C R N P - Visit*

INMATE SIGNATURE X *Charles Mooreo*

Ym Charles, Moore, States He
did Not write this request
form. Therefore, He do not
Need to be seen by
the C R NP.

7- 20-05

X *Charles Moore*

# PHYSICIAN ORDERS

INMATE _Moore Charles_

DATE _6/22/05_                                                   O11

repeat Urinalysis i chart to me

Dspignachs

sdr 6/23

---

6/24/r  Cipr 750mg i.p. 5 day X 5 days.

repeat UA in 5-7 days,

D5

## HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM DANNER

DATE 6-6-05

Inmate Moore, Charles D.O.B. 1-6-86 IM# 56820

Chief
Complaint _Kidney infection_

Allergies NKDA                    V/S 108/62  72  17  97.5

wt. 187

S- 4o kidney infection x1wk.

O- Burning on urination + urinary frequency present. States blood in urine present. 4o ℞ ↓ back pain.

A- R/o UTI

✓ FS
✓ CS
✓ MAR
✓ CART

P- UA done
Bactrim DS ī po bid x 7days ①
VO D.Speigner CRNP / UA Hathaway
F/U UA on 6/14/05

## PHYSICIAN ORDERS

INMATE _Moore, Charles_          # 56 820

DATE _4-28-05_

- X-ray (R) hand - 4/29/05
- IBU 800mg PO tid x 3 days
- ICE x 48 hours
- Ace Wrap.

V.O. D. Speigner CRNP/ M hogan
Rs

## __PHYSICIAN ORDERS__

INMATE _Thomas Johnece_

DATE _4-28-05_

Order received:
- Re ✓ BP — sch 5/2/05
- No top bunk

VO D. Speigner CRNP / U. Hathawayr

✓ note to sgts.
✓ on list
✓ on FS

✓



1st  2nd  3rd
Shifts

Give I/m Charles
Moore ice

each shift
for 2 day
ends on 3rd shift
4 - 30 - 05


per medical

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

DR. SAM BANNER

D. SPEIGNER CRNP

DATE 2-25-05

Inmate Moore, Charles    D.O.B. 1-6-86    IM# 56820

Chief Complaint    bumps on anus

Allergies NKDA    V/S 116/75  72  18  97.5
wt. 181

S- ↑o bumps on anal area since he got sprayed on 1/19/05 & they have multiplied.

O- BM c̄ small wart like bumps to area surrounding anus. The bumps are closely packed tightly & spreads all the way around anus 1 inch out.

A- R/o genital warts

P- Colace 100mg po bid x 30 days, HIV, Hepatitis, & ↑o see Dr. Banner per Dr. Banner  MNathawdin

ALLERGY

DIAGNOSIS

PHYSICIAN NAME: W. Weisner, CRNP

FACILITY NAME

PATIENT NAME: Nick, Charles

SECTION

PHYSICIAN PHONE NO.

PATIENT NO.

ROOM NO.

PATIENT NO. 56820

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

Naproxen 550mg PO
09/08/05 BID x 10 days

STOP DATE: 10/09/05

HOUR: 5A 4P

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | 28 | 29 | 30 | 31 |

NURSE'S SIGNATURE

INITIAL

NURSE'S SIGNATURE

INITIAL

**Southeast Alabama Medical Center**
**Emergency Center**
1108 Ross Clark Circle
Dothan, AL 36302
334-793-8911

**Michael Shivers PA-C**

Patient Name: **Charles Moore**          Date: 10/12/2005

Patient Address:                    **AGE:**

                                    Wt._____lbs kg

Anaprox DS 550 mg
Dispense#: 20 (twenty) tablets
Sig: 1 tab PO b.i.d. PRN

Refills: 0

_____          _____
Dispense as Written              Product Selection Permitted

DEA# ___

| STOP DATE | HOUR | 1 | 2 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

'05

Bactrim DS ī po bid ×
7days

6/12    8am

6pm

| ALLERGY | NKDA |
|---|---|
| DIAGNOSIS | |
| PHYSICIAN NAME | D. Speigner CRNP |
| FACILITY NAME | HSU | SECTION F | ROOM NO. |
| PATIENT NAME | Moore Charles | PATIENT NO. 156820 |

PHYSICIAN PHONE NO.

NURSE'S SIGNATURE / INITIAL

NURSE'S SIGNATURE        INITIAL

h higuerra/lu        u

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

EES 1gm PO bid x 7 days

Doxycycline 100mg PO bid x 7 days

STOP DATE: 7/65

| | HOUR | 1 | 2 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | 8 | 29 | 30 | 31 |

1/21? 5am 7pm

7/8P am

ALLERGY: NKDA

DIAGNOSIS: R/o Dermatitis/STD

PHYSICIAN NAME: D. Speigner/CRNP

FACILITY NAME: HCS

PATIENT NAME: Moore, Charles

PATIENT NO: 56820

PHYSICIAN PHONE NO.:

SECTION: D

ROOM NO.:

NURSE'S SIGNATURE

INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

ALLERGY: NKDA

DIAGNOSIS:

PHYSICIAN NAME: D. Speigner, CRNP

FACILITY NAME: HCF

PATIENT NAME: Moore, Charles

SECTION

PHYSICIAN PHONE NO.

PATIENT NO.

ROOM NO.

B&TBU 800mg PO tid x 3 days

STOP DATE: 4/05

HOUR: 5/6 6am noon 8pm

NURSE'S SIGNATURE / INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

3/05

Colace 100mg po bid x 30day's

2/25/05

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/?/05 | 5am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 7pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

This I'M Refused
his Colace say's
he does NOT
want it any more.
J-15

ALLERGY: NKDA

DIAGNOSIS

PHYSICIAN NAME: D.Speigner CRNP

FACILITY NAME: Houston County Jail

PATIENT NAME: Moore, Charles

SECTION F

PHYSICIAN PHONE NO.

PATIENT NO. 56820

ROOM NO.

NURSE'S SIGNATURE

INITIAL

NURSE'S SIGNATURE

INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
### DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: Last _Moore_ | First _Charles_ | Middle | DATE OF BIRTH _1-6-86_ |
|---|---|---|---|

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| | |

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
## DOTHAN, ALABAMA 36302

### NURSE'S NOTES

| NAME: Last Moore | First Charles | Middle | DATE OF BIRTH 1-6-86 |
|---|---|---|---|

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 7-21-05 | (0645) To clinic c̄ c/o N/V. States he experienced same last night p̄ starting EES, but thought it was "just him." — Presents now c̄ VS: 124/72, 77, 20, 97⁶, 100% - smells of vomit. Returned to pod in NAD. ———— h hogum |

# HOUSTON COUNTY JAIL MEDICAL CLINIC

## INTAKE

DATE  1-27-05

INMATE  Moore, Charles  #  5 6820  DOB  1-6-86

ALLERGIES  NKDA                          V/S  120/68, 70, 16,          97.6

HEIGHT  5'11"    WEIGHT  180

CURRENT MEDICAL PROBLEMS

Denies

PERSONAL DOCTOR  Denies                 ADDRESS

HOSPITALIZATIONS
7 mos ago - for low blood pressure? - EAST AL MED CENTER in Opalika

CURRENT MEDICATIONS

Denies

MEDICATIONS BROUGHT IN?  N/A

NURSING ASSESSMENT:

A+O x 4. NAD. Request procedure explained.

_____ _h_ (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL TREATMENT WHILE IN HCJ

NURSE _h. Laguerre LPn_

NURSING
4207-0100-0100
HOUSTON COUNTY SI. RIFFS
PO BOX 6406
DOTHAN, AL 36302

PLEASE
DO NOT
STAPLE
IN THIS
AREA

| | PICA | | | | | | | | | | **HEALTH INSURANCE CLAIM FORM** | | PICA | |

# HEALTH INSURANCE CLAIM FORM

**1.** MEDICARE _(Medicare #)_ | MEDICAID _(Medicaid #)_ | CHAMPUS _(Sponsor's SSN)_ | CHAMPVA _(VA File #)_ | GROUP HEALTH PLAN _(SSN or ID)_ | FECA BLK LUNG _(SSN)_ | OTHER [X] _(ID)_ | **1a. INSURED'S I.D. NUMBER** _(FOR PROGRAM IN ITEM 1)_ 416282637

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
MOORE, CHARLES

**3. PATIENT'S BIRTH DATE** MM 01 DD 06 YY 1986  SEX M [X] F

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
MOORE CHARLES EDWARD

**5. PATIENT'S ADDRESS** (No., Street)
181 LEE RD 11

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

**7. INSURED'S ADDRESS** (No., Street)

CITY OPELIKA  STATE AL

**8. PATIENT STATUS**
Single [ ]  Married [ ]  Other [ ]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

CITY  STATE

ZIP CODE 36804  TELEPHONE (Include Area Code) (334) 745-6225

ZIP CODE  TELEPHONE (INCLUDING AREA CODE) ( )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
N/A

**10. IS PATIENT'S CONDITION RELATED TO**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
NONE

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
YES [ ]  NO [X]

**a. INSURED'S DATE OF BIRTH** MM DD YY  M [ ]  SEX F [ ]

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  M [ ]  SEX F [ ]

**b. AUTO ACCIDENT?**  PLACE (State)
YES [ ]  NO [ ]

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES [ ]  NO [ ]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES [ ]  NO [X]  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE  10/12/05

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT** MM 10 DD 12 YY 05  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
MICHAEL S SHIVERS

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**
P26553

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**
YES [ ]  NO [X]  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 723 1
2. 729 5
3.
4.

**22. MEDICAID RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 12 05 | | 23 | 4 | 72050 26 | 1 | 59 00 | 1 | | X | | |
| 10 12 05 | | 23 | 4 | 73130 26 | 2 | 38 00 | 1 | | X | | |
| | | | | | | | | | | | |
| | | | 11/3/05 05 | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER**  SSN [ ]  EIN [X]
630577764

**26. PATIENT'S ACCOUNT NO.**
2675996X1

**27. ACCEPT ASSIGNMENT?** (For govt. claims see back)
YES [X]  NO [ ]

**28. TOTAL CHARGE** $ 97 00

**29. AMOUNT PAID** $

**30. BALANCE DUE** $ 97 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER** INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
CHARLES T HOLLOWAY MD
SIGNED  10/21/05  DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
SOUTHEAST ALA MEDICAL CTR
1108 ROSS CLARK CIRCLE
DOTHAN AL 36301

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE**
RADIOLOGY ASSOCIATES OF DOTHAN
2015 ALEXANDER DR DOTHAN AL
36301-3003 334-671-1696
PIN #  GRP #

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500.
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

# Urinalysis

Inmate Name *Moore Charles* Date *6/14* Time *0850*

Color *Yellow* Clarity *Cloudy* Odor *∅*

Pregnant Yes ___ No ✓ Date of last menstrual cycle *N/A*

Leukocytes *+*
Nitrates *neg*
Urobilinogen *normal*
Protein *neg*
PH *6*
Blood *neg*
Specific Gravity *1.020*
Ketones *neg*
Bilirubin *neg*
Glucose *neg*

*I'm states he was being tx'ed for Chlamydia in 1/05 but didn't finish tx ā coming to jail.*

*(This was in health dept. in Tuskegee he thinks.)*

*Completed Bactrim on 6/12*

**PULL CHART**

A NON-REACTIVE TEST RESULT DOES NOT EXCLUDE THE
POSSIBILITY OF HCV INFECTION SINCE THE TIME FOR
SEROCONVERSION IS VARIABLE.

HIV-1 AB SCREEN W/REFL        NON-REACTIVE         NON-REACTIVE              AT

   ***NOTE:  A NON-REACTIVE RESULT INDICATES THAT HIV-1
            (HTLV-III) ANTIBODIES HAVE NOT BEEN FOUND
            IN THIS PATIENT SPECIMEN. A NON-REACTIVE
            RESULT, HOWEVER, DOES NOT PRECLUDE PREVIOUS
            EXPOSURE OR INFECTION WITH HIV-1.

   Hard Copy with additional information to follow

**PULL CHART**

RFORMING LABORATORY INFORMATION
   QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA  30084
   Laboratory Director:  WILLIAM M MILLER, MD, CLIA: 11D0255931

'LICATE REPORT WILL BE SENT TO:     HOUSTON COUNTY JAIL
                                    DARLA SPEIGNER
                                    901 E MAIN ST
                                    DOTHAN,AL 36301

',CHARLES - AT423823E                        Page 1 - End of Report

gnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. DH-RPAPR.  7/01

8:31  #1407662  1/1

# STATEMENT

WEST MAIN MEDICAL CENTER
2115 W. MAIN ST.
DOTHAN, AL 36301
(334) 793-6556

ACCOUNT:  98110

DATE: 05-0

HOUSTON COUNTY JAIL
ATTN: DARLA SPEIGNER
901 E MAIN
DOTHAN, AL     36301

HOME PHONE: 712-0762
WORK PHONE:
EMPLOYER:

TREATING D
INSURANCE

| DATE | PROCEDURE | DESCRIPTION | PATIENT | |
|------|-----------|-------------|---------|------|
| 4-05-05 | | TILLEY, ROBIN/ KUB X-RAY | HOUSTON | 50.00 |
| 4-07-05 | 72100 | MOSELY, MICHAEL-L/S SPINE | HOUSTON | 75.00 |
| 4-08-05 | 72100 | WATSON, JAMES L/S/ SPINE XR | HOUSTON | 75.00 |
| 4-11-05 | 73600 | RHODES, DERRICK ANKLE XRAY | HOUSTON | 50.00 |
| 4-15-05 | 73620 | GRIMSLEY, JAMES-RT FOOT XRA | HOUSTON | 45.00 |
| 4-20-05 | 73120 | WARREN, JERMAINE/HAND XRAY | HOUSTON | 45.00 |
| 4-25-05 | 70100 | HENDRICKS, ROBERT-MANDIBLE | HOUSTON | 55.00 |
| 4-26-05 | 71020 | YEE, DEBRA-CHEST XRAY | HOUSTON | 65.00 |
| 4-29-05 | 73120 | MOORE, CHARLES/RT HAND X-RA | HOUSTON | 45.00 |

TOTALS:        505.00

| CURRENT: | 30 DAYS: | 60 DAYS: | 90 DAYS: | 120 DAYS: |
|----------|----------|----------|----------|-----------|
| 505.00 | .00 | .00 | .00 | .00 |

INITS --------------------------MEMOS--------------------------DATES
PLEASE SEND A COPY OF INVOICE WITH YOUR REMITTANCE        / 3/28

Quest Diagnostics

MOORE, Charles

REGISTRATION (IF AVAILABLE)

DATE OF BIRTH: MM 10 DD 8 YEAR 1986  SEX M

□ MY ACCOUNT
□ PATIENT
□ RAILROAD MEDICARE
□ MEDICAID
□ OTHER INSURANCE

PATIENT SOCIAL SECURITY #

OFFICE / PATIENT ID #: 56820

7191086-1    3552218-5

ROOM #    LAB REFERENCE #    PATIENT PHONE #

**DID YOU REMEMBER...**
**TO INCLUDE DIAGNOSIS CODE(S)?**
**TO REQUEST OR MARK TEST(S)?**
**TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?**
**TO CHECK "BILL TO" BOX ABOVE?**

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY) APT. #    KEY #

HOUSTON COUNTY JAIL
ACCOUNT #: DARLA SPEIGNER
NAME: 901 E MAIN ST
ADDRESS: DOTHAN, AL 36301-1759
CITY, STATE, ZIP
QDHN001
TELEPHONE #: 7191086    334-712-0742

CITY    STATE    ZIP

MEDICARE NUMBER    SUFFIX

DATE COLLECTED: 10-25-05    TIME: 1330 □AM ☑PM    TOTAL VOL./HRS. ___ ML ___ HR    □ Fasting ☑ Non Fasting

MEDICAID 1 NUMBER

RELATIONSHIP TO INSURED: □ SELF □ SPOUSE □ DEPENDENT

P.I.N. ORDERING PHYSICIAN AND/OR PAYORS

E01167 BANNER, SAM R

**PRIMARY INSURANCE**

PRIMARY INSURANCE CO. NAME

MEMBER / INSURED ID #    GROUP #

INSURANCE ADDRESS

( ) AUSHC AETNA
( ) PHCS PHCS - PRIVATE HLTH
( ) FHNND MAILHANDLERS
( ) KPERN KAISER PERMANENTE N

CITY    STATE    ZIP

EMPLOYER NAME/EMPLOYER #    INSURED SOCIAL SECURITY # (if not patient)

ADDITIONAL PHYS.: Dr. ___    U.P.I.N. ___
Fax
Results to: ( )
Send Duplicate Report to:
Patient # OR NAME: ___
ADDRESS: ___
CITY: ___    STATE ___ ZIP ___

Medicare Limited Coverage Tests
= May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.

**ICD9 CODE(S)** FOR DIAGNOSIS, SYMPTOM OR COMPLAINT (MUST BE PROVIDED)

## ORGAN / DISEASE PANELS

| | | |
|---|---|---|
| 34392 | ELECTROLYTE PANEL (Na, K, Cl, CO2) | S |
| 10256 | HEPATIC FUNCTION PANEL (Alb, TBili, DBili, AP, AST, ALT, TP) | S |
| 10165 | BASIC METABOLIC PANEL (Na, K, Cl, CO2, Glu, BUN, Cr) | S |
| 10231 | COMP METABOLIC PANEL (Na, K, Cl, CO2, Glu, BUN, Cr, Ca, TP, Alb, TBili, AP, AST, ALT) | S |
| B 7600 | LIPID PANEL (Fasting Specimen) (TChol, Trig, HDL, calc LDL) | |
| 20210 | OBSTETRIC PANEL W/REFLEX 2L,S (ABO/Rh, Antibody Scr RBC w/reflex, CBC, RPR (DX) w/reflex confirm, HbsAg w/reflex confirm, Rubella IgG Ab) | |
| 10306 | HEPATITIS PANEL, ACUTE W/REFLEX (HbsAg w/reflex confirm, HC Ab, HA Ab IgM, HBcAb, IgM) | S |

## HEMATOLOGY

| | | |
|---|---|---|
| 6013 | HEMOGLOBIN | L |
| 509 | HEMATOCRIT | L |
| 1759 | CBC (H/H, RBC, Indices, WBC, PLT) | L |
| 6399 | CBC w/DIFF (H/H, RBC, Indices, WBC, PLT, DIFF) | L |
| B 8847 | PT WITH INR | B |
| 763 | PTT, ACTIVATED | B |

## OTHER TESTS

| | | |
|---|---|---|
| 7788 | ABO GROUP & RH TYPE | L |
| 223 | ALBUMIN (Alb) | S |
| 234 | ALKALINE PHOSPHATASE (AP) | S |
| 823 | ALT (SGPT) | S |
| 243 | AMYLASE | S |

## OTHER TESTS (continued)

| | | |
|---|---|---|
| 10321 | ANA | S |
| 249 | ANA W/REFLEX TITER | S |
| 795 | ANTIBODY SCR, RBC W/REFLEX ID | L |
| 822 | AST (SGOT) | S |
| 285 | BILIRUBIN, DIRECT (DBili) | S |
| 287 | BILIRUBIN, TOTAL (TBili) | S |
| 4420 | C-REACTIVE PROTEIN | S |
| 29256 | CA 125 | S |
| 303 | CALCIUM (Ca) | S |
| 310 | CARBON DIOXIDE (CO2) | S |
| 10124 | CARDIO CRP | S |
| B 978 | CEA | S |
| 330 | CHLORIDE (Cl) | S |
| B 334 | CHOLESTEROL, TOTAL (TChol) | S |
| 375 | CREATININE (Cr) | S |
| 418 | DIGOXIN | S |
| 457 | FERRITIN | S |
| 466 | FOLIC ACID | S |
| 470 | FSH | S |
| B 482 | GGT | S |
| 8477 | GLUCOSE, GEST. SCR. | GY |
| B 484 | GLUCOSE, PLASMA | GY |
| B 483 | GLUCOSE, SERUM (Glu) | S |
| 8435 | HCG, SERUM, QUAL | S |
| B 8396 | HCG, SERUM, QUANT | S |
| B 608 | HDL | S |
| B 496 | HEMOGLOBIN A1C | L |
| 512 | HEP A AB, IGM | S |
| 4848 | HEP B CORE AB, IGM | S |
| 499 | HEP B SURFACE AB IGM | S |
| 498 | HEP B SURFACE AG W/REFLEX CONFIRM | S |

| | | |
|---|---|---|
| 8472 | HEP C VIRUS AB | S |
| B 6449 | HIV-1 SCR W/REFLEX WB CONFIRM | S |
| 7573 | IRON (TOT), IBC % SAT | S |
| 571 | IRON, TOTAL | S |
| 593 | LDH | S |
| 599 | LEAD (B) | TN |
| 615 | LH | S |
| 613 | LITHIUM | S |
| 622 | MAGNESIUM | S |
| | OCC BLD, FECES - GUAIAC | |
| B 35301 | DX    F 35306 | MCR SCR |
| | OCC BLD, FECES - IMMUNOCHEMICAL | |
| B 11290 | DX    F 11293 | MCR SCR |
| 713 | PHENYTOIN | S |
| 718 | PHOSPHORUS | S |
| 733 | POTASSIUM (K) | S |
| 745 | PROGESTERONE | S |
| 746 | PROLACTIN | S |
| 754 | PROTEIN, TOTAL (TP) | S |
| PSA, SERUM B 5363 | DX    F 10157 | MCR SCR (V76.44) |
| 4418 | RHEUMATOID FACTOR | S |
| 799 | RPR (MONITORING) W/REFLEX TITER | S |
| 36126 | RPR (DX) W/REFLEX CONFIRM FTA | S |
| 802 | RUBELLA IGG AB | S |
| 809 | SED RATE BY MOD WEST | L |
| 836 | SODIUM (Na) | S |
| 873 | TESTOSTERONE, TOTAL | S |
| B 896 | TRIGLYCERIDES (Trig) | S |
| B 899 | TSH | S |
| B 36127 | TSH W/REFLEX T-4, FREE | S |
| 859 | T-3, TOTAL | S |
| B 861 | T-3 UPTAKE | S |

| | | |
|---|---|---|
| B 867 | T-4 (THYROXINE), TOTAL | S |
| B 866 | T-4 (THYROXINE), FREE | S |
| 6448 | UA, DIPSTICK ONLY | S |
| 7909 | UA, DIPSTICK W/REFLEX TO MICROSCOPIC | S |
| 5463 | UA, COMPLETE (DIPSTICK & MICROSCOPIC) | S |
| 3020 | UA, COMPLETE, REFLEX TO CULTURE | S |
| 294 | UREA NITROGEN (BUN) | S |
| 905 | URIC ACID | S |
| 916 | VALPROIC ACID | S |
| 7065 | VITAMIN B12/FOLIC ACID | S |
| 927 | VITAMIN B12 | S |

### MICROBIOLOGY

SOURCE (REQUIRED)

| | | |
|---|---|---|
| 4485 | CULTURE, GP. A STREP* | |
| 5617 | CULTURE, GP. B STREP* | |
| 4558 | CULTURE, GENITAL* | |
| 394 | CULTURE, THROAT* | |
| 395 | CULTURE, URINE, ROUTINE* (INC. INDWELLING CATH.) | |
| 8502 | CHLAMYDIA DNA, ENDOCX OR M/URET | |
| 8501 | GC DNA, ENDOCX OR M/URET | |
| 6919 | CHLAMYDIA & GC W/REFLEX TO ID (DNA PROBE) (ENDOCX OR M/URET) | |

Amplified Specimen Type (please check one)
□ Endocervical □ Urethral □ Urine (female urine not acceptable for GC)

| | | |
|---|---|---|
| 10236 | CHLAMYDIA, AMPLIFIED DNA, PCR | |
| 10237 | GC, AMPLIFIED DNA, PCR | |
| 10238 | CHLAMYDIA & GC, AMPLIFIED DNA, PCR | |

### Stool Pathogens (CAMPYLOBACTER, SALMONELLA/SHIGELLA)*

| | | |
|---|---|---|
| 10045 | CULTURE, STOOL, (SALMONELLA/SHIGELLA)* | |
| 4475 | CULTURE, CAMPYLOBACTER* | |
| 10019 | CULTURE, SALMONELLA/SHIGELLA* | |
| 30264 | E. COLI SHIGA TOXINS, EIA | |
| 681 | O & P W/PERMANENT STAIN | |

* Additional charge for ID and Susceptibility

ADDITIONAL TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE)    Reflex tests are performed at an additional charge.

COMMENTS, CLINICAL INFORMATION: Please mail results to above address

TOTAL TESTS ORDERED: 2

Physician Signature (Required for PA, NY, NJ & MA)    For any patient of any payor (including Medicare and Medicaid) that has a medical necessity requirement, you should only order those tests which are medically necessary for the diagnosis and treatment of the patient.

© Quest Diagnostics Incorporated. All rights reserved. ©2004 EDIT. Revised 8/04, SC2K - 769

PLEASE
DO NOT
STAPLE
IN THIS
AREA

NURSING
HOUSTON COUNTY SHERIFFS
PO BOX 6406
DOTHAN, AL 36302

4207-0100-0:00  PA

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | | PICA |

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) X | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|

416282637

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
MOORE, CHARLES

3. PATIENT'S BIRTH DATE  01 06 1986  SEX M X  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
MOORE CHARLES EDWARD

5. PATIENT'S ADDRESS (No., Street)
181 LEE RD 11

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY
OPELIKA

STATE
AL

8. PATIENT STATUS
Single  Married  Other

CITY

STATE

ZIP CODE
36804

TELEPHONE (Include Area Code)
(334) 745-6225

Employed  Full-Time Student  Part-Time Student

ZIP CODE

TELEPHONE (INCLUDING AREA CODE)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
N/A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
NONE

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a. INSURED'S DATE OF BIRTH
MM DD YY  M  SEX  F

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY  M  SEX  F

b. AUTO ACCIDENT?  PLACE (State)
YES  NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  X NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE 10/12/05

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
10 12 05

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
MICHAEL S SHIVERS

17a. I.D. NUMBER OF REFERRING PHYSICIAN
P26553

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES  X NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 723 1
2. 729 5
3.
4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 12 05 | | 23 | 4 | 72050 26 | 1 | 59 00 | 1 | | X | | |
| 10 12 05 | | 23 | 4 | 73130 26 | 2 | 38 00 | 1 | | X | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN X
630577764

26. PATIENT'S ACCOUNT NO.
2675996X1

27. ACCEPT ASSIGNMENT? X (For govt. claims, see back)
YES  NO

28. TOTAL CHARGE
$ 97 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 97 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
CHARLES T HOLLOWAY MD
SIGNED  10/21/05  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
SOUTHEAST AL MEDICAL CTR
1108 ROSS CLARK CIRCLE
DOTHAN AL 36301

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
RADIOLOGY ASSOCIATES OF DOTHAN
2015 ALEXANDER DR DOTHAN AL
36301-3003 334-671-1696
PIN #  GRP #

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

# Urinalysis

Inmate Name _Moore Charles_ Date _6/14_ Time _0850_

Color _Yellow_ Clarity _Cloudy_ Odor _∅_
Pregnant Yes ____ No _✓_ Date of last menstrual cycle _N/A_
Leukocytes _+_
Nitrates _Neg_
Urobilinogen _normal_
Protein _neg_
PH _6_
Blood _neg_
Specific Gravity _1.020_
Ketones _neg_
Bilirubin _neg_
Glucose _neg_

**PULL CHART**

I/m states he was being tx'ed for Chlamydia in 1/05 but didn't finish tx ā coming to jail.
(This was in health dept. in Tuskegee he thinks.)

Completed Bactrim on 6/12

---

# Urinalysis

Inmate Name _Charles, Moore_ Date _6-23-05_ Time ____

Color _Amber_ Clarity _Clear_ Odor _N/A_
Pregnant Yes ____ No _X_ Date of last menstrual cycle ____
Leukocytes _trace_
Nitrates _Neg_
Urobilinogen _Nor_
Protein _Neg_
PH _6_
Blood _Neg_
Specific Gravity _1.020_
Ketones _Neg_
Bilirubin _Neg_
Glucose _Nor_

# Urinalysis

Inmate Name _Charles, Moore_ Date _6-6-05_ Time _0930_

Color _Straw_ Clarity _Cloudy_ Odor _Ø_

Pregnant Yes _____ No _✓_ Date of last menstrual cycle _N/A_

Leukocytes _++_

Nitrates _Neg_

Urobilinogen _Nor_

Protein _trace_

PH _5_

Blood _About 250_

Specific Gravity _1.020_

Ketones _Neg_

Bilirubin _Neg_

Glucose _Nor_



**Quest Diagnostics®**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.877.8805

SPECIMEN INFORMATION
SPECIMEN:    AT423823E
REQUISITION: 3552218

COLLECTED:  02/25/2005   13:30 ET
RECEIVED:   02/26/2005   02:46 ET
REPORTED:   03/03/2005   10:01 ET

PATIENT INFORMATION
MOORE,CHARLES

DOB: 01/06/1986 AGE: 19
GENDER: M
SSN:
ID:  56820
PHONE:

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
BANNER,SAM R

CLIENT INFORMATION                QDHN001
A191886
HOUSTON COUNTY JAIL
DARLA SPEIGNER
901 E MAIN ST
DOTHAN, AL 36301-1759

COMMENTS: NONFST

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPATITIS PANEL, ACUTE W/REFLEX | | | | |
| HEPATITIS A IGM ANTIBODY | NON-REACTIVE | | NON-REACTIVE | AT |
| HEPATITIS B SURFACE | | | | AT |
| ANTIGEN W/ CONFIRMATION | | | | |
| HEPATITIS B SURFACE | | | | |
| ANTIGEN | NON-REACTIVE | | NON-REACTIVE | |
| HEPATITIS B CORE IGM | | | | AT |
| ANTIBODY | NON-REACTIVE | | NON-REACTIVE | |
| HEPATITIS C ANTIBODY | NON-REACTIVE | | NON-REACTIVE | AT |

> A NON-REACTIVE TEST RESULT DOES NOT EXCLUDE THE
> POSSIBILITY OF HCV INFECTION SINCE THE TIME FOR
> SEROCONVERSION IS VARIABLE.

| | | | | |
|---|---|---|---|---|
| HIV-1 AB SCREEN W/REFL | NON-REACTIVE | | NON-REACTIVE | AT |

> ***NOTE:  A NON-REACTIVE RESULT INDICATES THAT HIV-1
> (HTLV-III) ANTIBODIES HAVE NOT BEEN FOUND
> IN THIS PATIENT SPECIMEN. A NON-REACTIVE
> RESULT, HOWEVER, DOES NOT PRECLUDE PREVIOUS
> EXPOSURE OR INFECTION WITH HIV-1.

Hard Copy with additional information to follow

PERFORMING LABORATORY INFORMATION
AT   QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA  30084
     Laboratory Director:  WILLIAM M MILLER, MD, CLIA: 11D0255931

DUPLICATE REPORT WILL BE SENT TO:        HOUSTON COUNTY JAIL
                                         DARLA SPEIGNER
                                         901 E MAIN ST
                                         DOTHAN,AL 36301

*PULL CHART*

MOORE,CHARLES - AT423823E                          Page 1 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DH-RPAPR. 7/01

03/03/05  10:31 #1407662  1/1