# STATEMENT

WEST MAIN MEDICAL CENTER
2115 W. MAIN ST.
DOTHAN, AL 36301
(334) 793-6556

ACCOUNT: 98110                    DATE: 05-C

HOUSTON COUNTY JAIL              HOME PHONE: 712-0762       TREATING I
ATTN: DARLA SPEIGNER             WORK PHONE:                INSURANCE
901 E MAIN                       EMPLOYER:
DOTHAN, AL    36301

| DATE | PROCEDURE | DESCRIPTION | PATIENT | |
|------|-----------|-------------|---------|---|
| 4-05-05 | | TILLEY, ROBIN/ KUB X-RAY | HOUSTON | 50.00 |
| 4-07-05 | 72100 | MOSELY, MICHAEL—L/S SPINE | HOUSTON | 75.00 |
| 4-08-05 | 72100 | WATSON, JAMES L/S/ SPINE XR | HOUSTON | 75.00 |
| 4-11-05 | 73600 | RHODES, DERRICK ANKLE XRAY | HOUSTON | 50.00 |
| 4-15-05 | 73620 | GRIMSLEY, JAMES—RT FOOT XRA | HOUSTON | 45.00 |
| 4-20-05 | 73120 | WARREN, JERMAINE/HAND XRAY | HOUSTON | 45.00 |
| 4-25-05 | 70100 | HENDRICKS, ROBERT—MANDIBLE | HOUSTON | 55.00 |
| 4-26-05 | 71020 | YEE, DEBRA—CHEST XRAY | HOUSTON | 65.00 |
| 4-29-05 | 73120 | MOORE, CHARLES/RT HAND X-RA | HOUSTON | 45.00 |

TOTALS:        505.00

| CURRENT: | 30 DAYS: | 60 DAYS: | 90 DAYS: | 120 DAYS: |
|----------|----------|----------|----------|-----------|
| 505.00 | .00 | .00 | .00 | .00 |

INITS ----------------------------MEMOS----------------------------------DATES
      PLEASE SEND A COPY OF INVOICE WITH YOUR REMITTANCE                / 3/28

# Quest Diagnostics

```
7191086-1    3552218-5
```

HOUSTON COUNTY JAIL
ACCOUNT #:
NAME: DARLA SPEIGNER
ADDRESS: 901 E MAIN ST
CITY, STATE, ZIP: DOTHAN, AL 36301-1759
           QDHR001
TELEPHONE: 7191086    334-712-0742

DATE COLLECTED: 9-25-05    TIME: 1330 ☐AM ☑PM    TOTAL VOL/HRS. ___ ML ___ HR    ☐ Fasting  ☑ Non Fasting

P.T.N. ORDERING PHYSICIAN AND/OR PAYORS
L01167 BANNER, SAM R

( ) AUSHC AETNA
( ) PHCS PHCS - PRIVATE HLTH
( ) FHAND MAILHANDLERS
( ) KPERM KAISER PERMANENTE H

ADDITIONAL PHYS.: Dr. ___    U.P.I.N. ___
Fax
Results to: ( )
Send Duplicate Report to:
Patient # OR NAME: ___
ADDRESS: ___
CITY: ___    STATE ___    ZIP ___

**DID YOU REMEMBER...**
**TO INCLUDE DIAGNOSIS CODE(S)?**
**TO REQUEST OR MARK TEST(S)?**
**TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?**
**TO CHECK "BILL TO" BOX ABOVE?**

☐ MY ACCOUNT
☐ PATIENT
☐ MEDICARE
☐ RAILROAD MEDICARE
☐ MEDICAID
☐ OTHER INSURANCE

MOORE CHARLES

PATIENT SOCIAL SECURITY #

REGISTRATION (IF AVAILABLE)    DATE OF BIRTH: 09/47/1986    SEX

OFFICE / PATIENT ID # 56820

ROOM #    LAB REFERENCE #    PATIENT PHONE ( )

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY) APT. #    KEY #

CITY    STATE    ZIP

MEDICARE NUMBER    SUFFIX

**PRIMARY INSURANCE**

MEDICAID NUMBER    STATE

RELATIONSHIP TO INSURED:  ☐ SELF  ☐ SPOUSE  ☐ DEPENDENT

PRIMARY INSURANCE CO. NAME

MEMBER / INSURED ID #    GROUP #

INSURANCE ADDRESS

CITY    STATE    ZIP

EMPLOYER NAME/EMPLOYER #    INSURED SOCIAL SECURITY # (if not patient)

**Medicare Limited Coverage Tests**
@ = May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.

**ICD9 CODE(S)** FOR DIAGNOSIS, SYMPTOM OR COMPLAINT (MUST BE PROVIDED)

## ORGAN / DISEASE PANELS

| Code | Test | |
|---|---|---|
| 34392 | ☐ ELECTROLYTE PANEL (Na, K, Cl, CO2) | S |
| 10256 | ☐ HEPATIC FUNCTION PANEL (Alb, TBili, DBili, AP, AST, ALT, TP) | S |
| 10165 | ☐ BASIC METABOLIC PANEL (Na, K, Ca, Cl, CO2, Glu, BUN, Cr) | S |
| 10231 | ☐ COMP METABOLIC PANEL (Na, K, Cl, CO2, Glu, BUN, Cr, Ca, TP, Alb, TBili, AP, AST, ALT) | S |
| B 7600 | ☐ LIPID PANEL (Fasting Specimen) (TChol, Trig, HDL, calc LDL) | S |
| @ 20210 | ☐ OBSTETRIC PANEL W/REFLEX 2L,S (ABO/Rh, Antibody Scr RBC w/reflex, CBC, RPR (DX) w/reflex confirm, HbsAg w/reflex confirm, Rubella IgG Ab) | |
| @ 10306 | ☐ HEPATITIS PANEL, ACUTE W/REFLEX S (HBsAg w/reflex confirm, HC Ab, HA Ab IgM, HBcAb IgM) | |

## HEMATOLOGY

| Code | Test | |
|---|---|---|
| @ 510 | ☐ HEMOGLOBIN | L |
| @ 509 | ☐ HEMATOCRIT | L |
| @ 1759 | ☐ CBC HEMOGRAM (H/H, RBC, Indices, WBC, PLT) | L |
| @ 6399 | ☐ CBC w/DIFF (H/H, RBC, Indices, WBC, PLT, DIFF) | L |
| B 8847 | ☐ PT WITH INR | |
| @ 763 | ☐ PTT, ACTIVATED | |

## OTHER TESTS

| Code | Test | |
|---|---|---|
| 7788 | ☐ ABO GROUP & RH TYPE | L |
| 223 | ☐ ALBUMIN (Alb) | |
| 234 | ☐ ALKALINE PHOSPHATASE (AP) | S |
| 823 | ☐ ALT (SGPT) | |
| 243 | ☐ AMYLASE | |

## OTHER TESTS (continued)

| Code | Test | |
|---|---|---|
| 10321 | ☐ ANA | S |
| 249 | ☐ ANA W/REFLEX TITER | S |
| 795 | ☐ ANTIBODY SCR, RBC W/REFLEX ID | L |
| 822 | ☐ AST (SGOT) | |
| 285 | ☐ BILIRUBIN, DIRECT (DBili) | |
| 287 | ☐ BILIRUBIN, TOTAL (TBili) | |
| 4420 | ☐ C-REACTIVE PROTEIN | |
| @ 29256 | ☐ CA 125 | |
| 303 | ☐ CALCIUM (Ca) | |
| 310 | ☐ CARBON DIOXIDE (CO2) | |
| 10124 | ☐ CARDIO CRP | |
| B 978 | ☐ CEA | S |
| 330 | ☐ CHLORIDE (Cl) | |
| B 334 | ☐ CHOLESTEROL, TOTAL (TChol) | S |
| 375 | ☐ CREATININE (Cr) | |
| @ 418 | ☐ DIGOXIN | R |
| @ 457 | ☐ FERRITIN | |
| 466 | ☐ FOLIC ACID | S |
| 470 | ☐ FSH | |
| B 482 | ☐ GGT | S |
| 8477 | ☐ GLUCOSE, GEST. SCR. | GY |
| B 484 | ☐ GLUCOSE, PLASMA | GY |
| B 483 | ☐ GLUCOSE, SERUM (Glu) | |
| B 8435 | ☐ HCG, SERUM, QUAL | |
| B 8396 | ☐ HCG, SERUM, QUANT | |
| B 608 | ☐ HDL | HDL |
| B 496 | ☐ HEMOGLOBIN A1C | |
| 512 | ☐ HEP A AB, IGM | S |
| 4848 | ☐ HEP B CORE AB, IGM | |
| 499 | ☐ HEP B SURFACE AB QUAL | S |
| 498 | ☐ HEP B SURFACE AG W/REFLEX CONFIRM | S |

| Code | Test | |
|---|---|---|
| 8472 | ☐ HEP C VIRUS AB | S |
| B 6449 | ☐ HIV SCR W/REFLEX WB CONFIRM | S |
| @ 7573 | ☐ IRON (TOT), IBC % SAT | |
| @ 571 | ☐ IRON, TOTAL | |
| 593 | ☐ LDH | |
| 599 | ☐ LEAD (B) | TN |
| 615 | ☐ LH | R |
| 613 | ☐ LITHIUM | |
| @ 622 | ☐ MAGNESIUM | |
| | OCC BLD, FECES - GUAIAC | |
| B 35301 | ☐ DX    F 35306 ☐ MCR SCR | |
| | OCC BLD, FECES - IMMUNOCHEMICAL | |
| B 11290 | ☐ DX    F 11293 ☐ MCR SCR | |
| 713 | ☐ PHENYTOIN | |
| 718 | ☐ PHOSPHORUS | |
| @ 733 | ☐ POTASSIUM (K) | |
| 745 | ☐ PROGESTERONE | |
| 746 | ☐ PROLACTIN | |
| 754 | ☐ PROTEIN, TOTAL (TP) | |
| PSA, SERUM 5363 | ☐ DX    F 10157 ☐ MCR SCR (V76.44) | |
| @ 4418 | ☐ RHEUMATOID FACTOR | S |
| @ 799 | ☐ RPR (MONITORING) W/REFLEX TITER | S |
| @ 36126 | ☐ RPR (DX) W/REFLEX CONFIRM FTA | S |
| 802 | ☐ RUBELLA IGG AB | S |
| @ 809 | ☐ SED RATE BY MOD WEST | S |
| 836 | ☐ SODIUM (Na) | |
| 873 | ☐ TESTOSTERONE, TOTAL | |
| B 896 | ☐ TRIGLYCERIDES (Trig) | S |
| B 899 | ☐ TSH | |
| B 36127 | ☐ TSH W/REFLEX T-4, FREE | S |
| @ 859 | ☐ T-3, TOTAL | |
| B 861 | ☐ T-3 UPTAKE | |

| Code | Test | |
|---|---|---|
| B 867 | ☐ T-4 (THYROXINE), TOTAL | |
| B 866 | ☐ T-4 (THYROXINE), FREE | |
| @ 6448 | ☐ UA, DIPSTICK ONLY | |
| @ 7909 | ☐ UA, DIPSTICK W/REFLEX TO MICROSCOPIC | |
| 5463 | ☐ UA, COMPLETE (DIPSTICK & MICROSCOPIC) | |
| @ 3020 | ☐ UA, COMPLETE, REFLEX TO CULTURE | |
| 294 | ☐ UREA NITROGEN (BUN) | |
| 905 | ☐ URIC ACID | |
| 916 | ☐ VALPROIC ACID | |
| 7065 | ☐ VITAMIN B12/FOLIC ACID | |
| 927 | ☐ VITAMIN B12 | |

### MICROBIOLOGY

| Code | Test | |
|---|---|---|
| | SOURCE (REQUIRED) | |
| 4485 | ☐ CULTURE, GP. A STREP* | |
| 5617 | ☐ CULTURE, GP. B STREP* | |
| 4558 | ☐ CULTURE, GENITAL* | |
| 394 | ☐ CULTURE, THROAT* | |
| @ 395 | ☐ CULTURE, URINE, ROUTINE* (INC. INDWELLING CATH.) | |
| 8502 | ☐ CHLAMYDIA DNA, ENDOCX OR M/URET | |
| 8501 | ☐ GC DNA, ENDOCX OR M/URET | |
| 6919 | ☐ CHLAMYDIA & GC W/REFLEX TO ID (DNA PROBE) (ENDOCX OR M/URET) | |
| | Amplified Specimen Type (please check one) | |
| | ☐ Endocervical  ☐ Urethral  ☐ Urine (Female urine not acceptable for GC) | |
| 10236 | ☐ CHLAMYDIA, AMPLIFIED DNA, PCR | |
| 10237 | ☐ GC, AMPLIFIED DNA, PCR | |
| 10238 | ☐ CHLAMYDIA & GC, AMPLIFIED DNA, PCR | |

### Stool Pathogens (CAMPYLOBACTER / SALMONELLA / SHIGELLA)*

| Code | Test | |
|---|---|---|
| 10045 | ☐ CULTURE, STOOL | |
| 4475 | ☐ CULTURE, CAMPYLOBACTER* | |
| 10019 | ☐ CULTURE, SALMONELLA/SHIGELLA* | |
| 30264 | ☐ E. COLI SHIGA TOXINS, EIA | |
| 681 | ☐ O & P/PERMANENT STAIN | |

\* Additional charge for ID and Susceptibility

ADDITIONAL TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE)    Reflex tests are performed at an additional charge.

Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. © Quest Diagnostics Incorporated. All rights reserved. ©2005 DEST. Revised 8/04. SC2K - 7682

COMMENTS, CLINICAL INFORMATION:
Please mail results to above address

TOTAL TESTS ORDERED: 2

Physician Signature (Required for PA, NY, NJ & MA)

For any patient of any payor (including Medicare and Medicaid) that has a medical necessity requirement, you should only order those tests which are medically necessary for the diagnosis and treatment of the patient.

## INMATE REQUEST FORM

F.B.N

2-23-05

INMATES # _BD 56-880_

_he Nurse_

C/O SIGNATURE _Hugher_

_Charles Moore_

SR C/O SIGNATURE _C_

URE OF REQUEST _Tag O It's egint in haken out from the
rmula that i was servied with in in pain in herein
1d i need medical attention ASAP_

ON TAKEN _____

rinting Co., Inc. • Form #5135 • Rev. 3-98    WO#54

_Referrals_

**INMATE REQUEST FORM**

-2-05

INMATES # 56820

C/O SIGNATURE _Larry_

se

SR C/O SIGNATURE _____

arles Moore

OF REQUEST  I need to see the nurse A.S.A.P.
dhink i might have kidney stones i'm havin trouble
urineating

N TAKEN _____

ng Co., Inc. • Form #5135 • Rev. 3-98   WO#54

D - 9

## INMATE REQUEST FORM

9-05

sing

harles Moore

INMATES # 56820

C/O SIGNATURE

SR C/O SIGNATURE

RE OF REQUEST An inmate that went to prison recently. Tampered th my anus. Now my anus is inflamed and swollen. And it reeks when I have a bowel movement. Help Me!

URGENT!

ACTION TAKEN

CRot

uston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

# INMATE REQUEST FORM

Date: 07/17/05

INMATES # 56820

To: Nurse

C/O SIGNATURE

From: Charles Moore

SR C/O SIGNATURE Jones

RE OF REQUEST My face is pillin real bad, I need to see nurse please ASAP. Thank you

P.S. It's gettin bad Every day

.CTION TAKEN

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98     WO#54

Printing Co., Inc. • Form #5135 • Rev.

## INMATE REQUEST FORM

Date: 07/17/05

INMATES # 56820

To: Nurse

C/O SIGNATURE

From: Charles Moore

SR C/O SIGNATURE Jones

REQUEST My face is swellin real bad, I need to see

~~Dr.~~ Takum

## INMATE REQUEST FORM

D-002

Date: 07-11-05

To: ~~████~~ Nurse

INMATES # 55820

From: Charles Moore

C/O SIGNATURE A. Munn

NATURE OF REQUEST I need to see a Nurse! please

SR C/O SIGNATURE

Thank you

ION TAKEN _____ refused

07/14/05

Co., Inc. • Form #5135 • Rev. 3-98    WO#54

## INMATE REQUEST FORM

10-20-05

Nurse

Charles Moore

(E.)

INMATES # 56820 E Floor

C/O SIGNATURE _Phillips_

SR C/O SIGNATURE _RR_

...URE OF REQUEST _I need to see nurse about my headache's, hurtin very often, Thank you_

...TAKEN

D-POD

**INMATE REQUEST FORM**

~~e:~~ 07-11-05                                    INMATES # 55890

Nurse                        C/O SIGNATURE _____

~~m:~~ Charles Moore           SR C/O SIGNATURE _____

~~A~~TURE OF REQUEST  *I need to see a Nurse! please*

*Thank you*

~~C~~TION TAKEN  *refused 07/14/05*

uston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

*Oct. 12, 2005*

## SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY

| Inmate referred to : (Name & Address) | Reason for referral: |
|---|---|
| *SAMC ER* | *Altercation* |

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| *Now* | *Now* | | |

| Inmates Name: | Additional Health Info. : |
|---|---|
| *Charles Moore* | |

Reason for Referral :

*Altercation*

**Deputy Required  yes ( ) No (✓)**          **Ambulance Required  Yes ( )  No (✓)**

Nurse :                              RN  or   *Jwkey*                    LPN

## SECTION 2 TO BE COMPLETED BY INMATE

I authorize release of medical information to the Houston County Sheriff's Department.

X *Charles Moore*              Date : *10-12-05*
Signature of Inmate

## SECTION 3 TO BE COMPLETED BY PROVIDER

(✓) Treated          (✓) Further follow -up needed          ( ) REFER for another Treatment or Test
                          *PRN*

| DIAGNOSIS: | TREATMENT : |
|---|---|
| *Head & Hand contusion* *— NLK spasm* | *meds + hand wrap* |

SIGNATURE OF PROVIDER                    DATE   *10/12/05*

| CLINIC DIRECTOR : | Telephones : (334) 712-0762  ext. 120 or 122 |
|---|---|
| D. Speigner CRNP | Sheriff's Office  ( 334) 677- 4888 |

# Southeast Alabama Medical Center

**Emergency Center**
**1108 Ross Clark Circle**
**Dothan, AL 36302**
**334-793-8911**

**DISCHARGE INSTRUCTIONS FOR:**    **Charles Moore**
**FOR TODAY'S VISIT ON:**           **Wednesday 10/12/2005**

Thank you for using Southeast Alabama Medical Center for your care today. The emergency examination and/or treatment you have received is not intended as complete medical care. For your continued care and to avoid possible complications you are advised to follow the discharge instructions.

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. A radiologist will also read your x-rays within 24 hours. If you had a culture done it will take 24 to 72 hours to get results. If there is a change in the x-ray diagnosis or a positive culture we will contact you. **(Make sure we have your local phone number.)** If you had an electrocardiogram (EKG) taken for emergency evaluation, it will be interpreted initially by the physician on duty in the Emergency Department. An internist will make the final interpretation.

**MEDICATIONS:**
If you received a prescription for medication(s) today it is important that when you fill this you let the pharmacists know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Thanks again for using Southeast Alabama Medical Center for your treatment today. The discharge instructions for today's visit are outlined below.**

Contusion-Upper Extremity        Head Injury-No Wake Up
Neck Pain        Anaprox DS 550 mg
Bone & Joint Southern        Call Dr. for re-evaluation in 3-5 days

**Special Notes:**

Everyone 65 years and older needs a flu shot every fall. Contact your doctor or county Health Department for places to get the flu shot this season. Ask about the pneumonia shot too.

In our effort to provide the highest quality of care, we ask that you respond to the survey that you will be receiving in the mail. Your feedback is very important to SAMC and to our commitment to provide quality healthcare and promote wellness to those we serve.

**Patient Copy**

# PROBLEM(S)

## CONTUSION:  UPPER EXTREMITY

You have a CONTUSION of your UPPER extremity (arm, wrist, hand or fingers). This causes local pain, swelling and sometimes bruising. There are no broken bones. This injury takes a few days to a few weeks to heal.

### HOME CARE:

1) Keep your arm elevated to reduce pain and swelling. This is very important during the first 48 hours.

2) Make an ice pack (ice cubes in a plastic bag, wrapped in a towel) and apply for 20 minutes every 1-2 hours the first day. Continue this 3-4 times a day until the swelling goes down.

3) You may take Tylenol or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

**FOLLOW UP** with your doctor or this facility if you are not starting to improve within the next THREE days.

[NOTE: If X-rays were taken, they will be reviewed by a radiologist. You will be notified of any new findings that may affect your care.]

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
-- Pain or swelling increases
-- Redness, warmth or drainage
-- Hand or fingers becomes cold, blue, numb or tingly

## HEAD INJURY                                    [no wake-up]

You have had a head injury which does not appear serious at this time. Sometimes symptoms may appear later which could be a sign of a more serious problem (bruising or bleeding in the brain). Therefore, watch for the WARNING SIGNS listed below.

### HOME CARE:

1) If you have swelling of the face or scalp, apply an ice pack (ice cubes in a plastic bag, wrapped in a towel) for 20 minutes every 1-2 hours until the swelling starts to go down.

2) You may take Tylenol (acetaminophen) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

**FOLLOW UP** with your doctor or this facility if you do not start to improve within the next 24 hours.

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
-- Repeated vomiting
-- Severe or worsening headache or dizziness
-- Unusual drowsiness or unable to awaken as usual
-- Unequal pupils
-- Confusion or change in behavior or speech
-- Convulsion (seizure)
-- Increasing scalp or face swelling
-- Redness, warmth or pus coming from the swollen area
-- Fever over 100 (oral)

## NECK PAIN                                    [no acute trauma]

Neck pain may appear suddenly after a simple awkward neck movement or gradually over a few days. There are several possible causes of this kind of neck pain:
-- You can get a minor ligament sprain or muscle strain from a sudden neck movement or

sleeping with your neck in an awkward position.
  -- Some persons respond to emotional stress by tensing the muscles of their neck, shoulders and upper back. Chronic spasm in these muscles can cause neck pain and sometimes headaches.
  -- Gradual "wear and tear" of the joints in the spine can cause "degenerative arthritis" which can be a source of occasional or chronic neck pain.
  -- Sometimes the spinal disks (the cushions between each spinal bone) lose their normal shape and put pressure on a nearby spinal nerve. This causes tingling, pain or numbness extending from the neck to the shoulder, arm or hand on one side.

In all cases, muscle spasm is commonly present and contributes to the pain. The treatment described below will usually help the pain to go away in 5-7 days. Pain that continues may require further evaluation or other types of treatment such as physical therapy.

## HOME CARE:
  1) Rest and relax the muscles. Use a comfortable pillow that supports the head and keeps the spine in a neutral position. The position of the head should not be tilted forward or backward. A rolled up towel may help for a custom fit.
  2) Some persons find relief with heat (hot shower, hot bath or heating pad) and massage, while others prefer cold packs (crushed or cubed ice in a a plastic bag, wrapped in a towel). Try both and use the method that feels best for 20 minutes several times a day.
  3) You may take Tylenol (acetaminophen) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

## FOLLOW UP with your physician or this facility if your symptoms do not show signs of improvement after one week. Physical therapy or further evaluation may be needed.
  [NOTE: If X-rays were taken, they will be reviewed by a radiologist. You will be notified of any new findings that may affect your care.]

## RETURN PROMPTLY or contact your doctor if any of the following occur:
  -- Pain becomes worse or spreads into one or both arms
  -- Weakness or numbness in one or both arms
  -- Increasing headache, nausea or vomiting not relieved by the above treatment

---

# PRESCRIPTION(S)

## MEDICATION: NAPROSYN
Naprosyn (generic name: naproxyn) is an anti-inflammatory drug which is very useful for pain and inflammatory conditions.

### DIRECTIONS FOR USE:
You may take this medicine with food to reduce stomach upset.

### WHAT TO WATCH FOR:
POSSIBLE SIDE EFFECTS: Nausea, upper abdominal pain, drowsiness, dizziness, ringing in the ear --> (Contact your doctor if these symptoms persist or become severe). Bleeding from the stomach, which may appear as blood in vomit or stool (red or black color), rapid weight gain, leg swelling or easy bruising --> (Contact your doctor or return to this facility promptly).
ALLERGIC REACTION: Rash, itching, swelling, trouble breathing or swallowing --> (Contact your doctor or return to this facility promptly).

****** IMPORTANT ******

MEDICAL CONDITIONS: Before starting this medicine, be sure your doctor knows if you have any of the following conditions:
  -- Stomach ulcer (active or in the past), history of vomiting blood or bloody stools
  -- Allergic reaction to aspirin or other anti-inflammatory medicines
  -- Asthma, nasal polyps or angioedema; pregnancy or breast feeding
  -- Liver or kidney disease; bleeding disorder

DRUG INTERACTION:  Before starting this medicine, be sure your doctor knows if you are taking any of the following drugs:
-- Coumadin (warfarin), diuretics (water pills), blood pressure pills, ACE-inhibitors (Lotensin, Capoten, Vasotec, Zestril and others), diabetes pills, prednisone, aspirin or other anti-inflammatory drugs, methotrexate, probenecid

WARNINGS:
-- Do not take with prednisone, other anti-inflammatory drugs or ALCOHOL since this increases the risk of getting a bleeding ulcer.
-- DO NOT DRIVE, ride a bicycle or operate dangerous equipment while taking this medicine until you know how it will affect you.

# REFERRAL(S)

You are being referred to the following physician(s)

**Bone & Joint Southern**
1500 Ross Clark Circle
Dothan, Alabama 36301
334-793-2663

# WHEN TO FOLLOW-UP

Call Bone & Joint Southern for re-evaluation in 3-5 days.

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA  36301

*Oct. 12, 2005*

## SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY

| Inmate referred to : (Name & Address) | Reason for referral: |
|---|---|
| *SAMC ER* | *Altercation* |

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| *Now* | *Now* | | |

| Inmates Name: | Additional Health Info. : |
|---|---|
| *Charles Moore* | |

Reason for Referral :

*Altercation*

**Deputy Required  yes ( ) No (✓)**          **Ambulance Required   Yes ( ) No (✓)**

Nurse :                          RN  or   *CWay*                          LPN

## SECTION 2 TO BE COMPLETED BY INMATE

I authorize release of medical information to the Houston County Sheriff's Department.

X *Charles Moore*          Date : *10-12-05*
Signature of Inmate

## SECTION 3 TO BE COMPLETED BY PROVIDER

( ) Treated          ( ) Further follow -up needed          ( ) REFER for another Treatment or Test

| DIAGNOSIS: | TREATMENT : |
|---|---|
| | |

SIGNATURE OF PROVIDER                    DATE

| CLINIC DIRECTOR :<br>D. Speigner CRNP | Telephones : (334) 712-0762  ext. 120 or 122<br>Sheriff's Office  ( 334) 677- 4888 |
|---|---|



Sgt Turner 4-28-05

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN, ALABAMA 36301

## SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY

| Inmate referred to: (Name & Address) | Reason for referral: |
|---|---|
| West Main Medical | X-ray (R) hand |

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| 4/29/05 | 0800- | 1-6-86 | 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 |

Additional Health Info.:

Inmates Name:

Moore, Charles

Reason for Referral:

Deputy Required  yes ( )  No ( )          Ambulance Required  Yes ( )  No ( )

Nurse:                                   RN or  L haguin                      LPN

## SECTION 2 TO BE COMPLETED BY INMATE
I authorize release of medical information to the Houston County Sheriff's Department.

Charles Moore                                   Date: 4-29-05.

Signature of Inmate

## SECTION 3 TO BE COMPLETED BY PROVIDER

( ) Treated      ( ) Further follow-up needed      ( ) REFER for another Treatment or Test

| DIAGNOSIS: To follow by radiologist | TREATMENT: |
|---|---|
| (R) hand — normal DXTWest, MD | |

West Main Medical Center                    4-29-05
SIGNATURE OF PROVIDER                        DATE

CLINIC DIRECTOR:                 Telephones: (334) 712-0762 ext. 120 or 122
U. Spalgner CRNP                 Sheriff's Office (334) 677-4888

*Sgt*
*Turner 4-28-05*

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

## SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY

| Inmate referred to : (Name & Address) | Reason for referral: |
|---|---|
| West Main Medical | X-ray ®hand |

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| 4/29/05 | 0800- | 1-6-86 | 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 |

| Inmates Name: | Additional Health Info. : |
|---|---|
| Moore, Charles | |

Reason for Referral :

Deputy Required  yes ( )  No (✓)          Ambulance Required   Yes ( )  No (✓)

Nurse :                    RN or  *h Laguna*                    LPN

## SECTION 2 TO BE COMPLETED BY INMATE

I authorize release of medical information to the Houston County Sheriff's Department.

*Charles Moore*                    Date :   4-29-05

Signature of Inmate

## SECTION 3 TO BE COMPLETED BY PROVIDER

( ) Treated      ( ) Further follow -up needed      ( ) REFER for another Treatment or Test

| DIAGNOSIS: To follow by radiologist | TREATMENT : |
|---|---|
| | |

*West Main Medical Center*                    4-29-05

SIGNATURE OF PROVIDER                    DATE

CLINIC DIRECTOR :                    Telephones : (334) 712-0762  ext. 120 or 122
D. Spelguer CRNP                    Sheriff's Office (334) 677-4000

411⁸³⁵

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

Phone (334)712-0762
Fax  (334)671-9482



FAX PAGE :

FACILITY : _Same_

PHYSICIAN : _____

DEPARTMENT : _Medical Records_

| INMATE NAME: | D.O.B. | S.S. # |
|---|---|---|
| Moore, Charles | 1-6-86 | 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 |

SIGNATURE _Ivory Smith_     DATE _10/04/05_

Please Send ER.
Report from
10-12-05 — Present
Thanks Again
Ivory!

# OF PAGES  _1 of 3_

# EMERGENCY REGISTRATION

**Southeast Alabama MEDICAL CENTER**

| MR # 411839 | ADMIT DATE 10/12/05 | ADMIT TIME 18:50 | ADMITTER BRKH | PT TYPE 1 | PT # 2675996 |
|---|---|---|---|---|---|

| NAME MOORE, CHARLES EDWARD | AGE 019Y | DOB 1/06/86 | SEX M | RACE B | MARITAL STATUS S |
|---|---|---|---|---|---|

| ADDRESS 181 LEE RD 11 | REL NP | SRC 8 | AD.CAT ER | FC S | SPECIAL HDL. | MSV ER |
|---|---|---|---|---|---|---|

| CITY OPELIKA | STATE AL | ZIP 36804 | CLINICS | ROOM/BED |
|---|---|---|---|---|

| PHONE 334 745-6225 | PT SSN 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 | ATTENDING DOCTOR EMERGENCY,DOCTOR |
|---|---|---|

| MAIDEN NAME | REFERRING DOCTOR |
|---|---|

| ALLERGIES NKDA/NKFA/NKLA/NDM | DPA NO POWER | LW NO POWER | CITY LEE,AL |
|---|---|---|---|

| NEAREST RELATIVE DOWNS, BRITTANY | EMPLOYER UNEMPLOYED | EMERGENCY CONTACT DOWNS, BRITTANY |
|---|---|---|

| ADDRESS | ADDRESS | ADDRESS |
|---|---|---|

| CITY/STATE/ZIP OPELIKA, AL 36804 | CITY/STATE/ZIP , | CITY/STATE/ZIP OPELIKA, AL 36804 |
|---|---|---|

| PHONE 334 742-0260 | PT REL FR | PHONE | PHONE 334 742-0260 | PT REL FR |
|---|---|---|---|---|

| GUARANTOR # G443208 | SSN 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 | UNEMPLOYED | GUARANTOR EMPLOYER |
|---|---|---|---|

| NAME MOORE, CHARLES EDWARD | ADDRESS 1 |
|---|---|

| ADDRESS 181 LEE RD 11 | ADDRESS 2 |
|---|---|

| CITY/STATE/ZIP OPELIKA, AL 36804 | CITY/STATE/ZIP , | DSCH |
|---|---|---|

| PHONE 334 745-6225 | PT REL PT | PHONE | DAYS |
|---|---|---|---|

PATIENT STATUS: RED

ADMITTING DIAGNOSIS: RED

| INS#1: INMATES PRIVATE PAY | NAME MOORE, CHARLES E | GROUP # | POLICY # 4162826637 |
|---|---|---|---|

INS#2:

INS#3:

COMMENTS:
REG/PT WAS INVOLVED IN AL ALTERCATION APPROX 1820 AT HOUSTON CO JAIL/PT RECEIV
ED HEAD/KAR

| PRINCIPAL & SECONDARY DIAGNOSIS | CODES |
|---|---|
| | |
| | |
| | |
| | DATE DICTATED |
| | D/S |
| PROCEDURES & OPERATIONS/DATES | H&P |
| | O.R. |
| | Cons |
| | |

| CONSULTATION WITH | PHYSICIAN SIGNATURE |
|---|---|

Southeast Alabama Medical Center  P.O. Box 6987  Dothan, AL  36302  334-793-8111
PRINTED BY: SAMC DATE      10/25/2005      #SAMC Rev. 05/02

Southeast Alabama Medical Center
Discharge Instructions for: Charles Moore

# Southeast Alabama Medical Center

**Emergency Center**
**1108 Ross Clark Circle**
**Dothan, AL 36302**
**334-793-8911**

**DISCHARGE INSTRUCTIONS FOR:**          **Charles Moore** ~ *2675996*
**FOR TODAY'S VISIT ON:**                        **Wednesday 10/12/2005**

Thank you for using Southeast Alabama Medical Center for your care today. The emergency examination and/or treatment you have received is not intended as complete medical care. For your continued care and to avoid possible complications you are advised to follow the discharge instructions.

### X-RAYS and LAB TESTS:

If you had x-rays today they were read by the emergency physician. A radiologist will also read your x-rays within 24 hours. If you had a culture done it will take 24 to 72 hours to get results. If there is a change in the x-ray diagnosis or a positive culture we will contact you. **(Make sure we have your local phone number.)** If you had an electrocardiogram (EKG) taken for emergency evaluation, it will be interpreted initially by the physician on duty in the Emergency Department. An internist will make the final interpretation.

### MEDICATIONS:

If you received a prescription for medication(s) today it is important that when you fill this you let the pharmacists know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Thank you again for using Southeast Alabama Medical Center for your treatment today. The discharge instructions for today's visit are outlined below.**

Contusion-Upper Extremity          Head Injury-No Wake Up
Neck Pain                          Anaprox DS 550 mg
Bone & Joint Southern              Call Dr. for re-evaluation in 3-5 days

**Special Notes:**

Everyone 65 years and older needs a flu shot every fall. Contact your doctor or county Health Department for places to get the flu shot this season. Ask about the pneumonia shot too.

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

*C. S. Moore 38769*                *[signature] RN*
Charles Moore                      (ED Physician or Nurse)
MRN # 000411839

Date  *10-12-05*

In our effort to provide the highest quality of care, we ask that you respond to the survey that you will be receiving in the mail. Your feedback is very important to SAMC and to our commitment to provide quality healthcare and promote wellness to those we serve.

**Chart Copy**

Southeast Alabama Medical Center                                                      Page 2 of 5
Discharge Instructions for: Charles Moore —
                                *2675496*

# PROBLEM(S)

## CONTUSION: UPPER EXTREMITY

You have a CONTUSION of your UPPER extremity (arm, wrist, hand or fingers). This causes local pain, swelling and sometimes bruising. There are no broken bones. This injury takes a few days to a few weeks to heal.

### HOME CARE:

1) Keep your arm elevated to reduce pain and swelling. This is very important during the first 48 hours.

2) Make an ice pack (ice cubes in a plastic bag, wrapped in a towel) and apply for 20 minutes every 1-2 hours the first day. Continue this 3-4 times a day until the swelling goes down.

3) You may take Tylenol or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

FOLLOW UP with your doctor or this facility if you are not starting to improve within the next THREE days.

[NOTE: If X-rays were taken, they will be reviewed by a radiologist. You will be notified of any new findings that may affect your care.]

RETURN PROMPTLY or contact your doctor if any of the following occur:
  – Pain or swelling increases
  – Redness, warmth or drainage
  – Hand or fingers becomes cold, blue, numb or tingly

## HEAD INJURY                                  [no wake-up]

You have had a head injury which does not appear serious at this time. Sometimes symptoms may appear later which could be a sign of a more serious problem (bruising or bleeding in the brain). Therefore, watch for the WARNING SIGNS listed below.

### HOME CARE:

1) If you have swelling of the face or scalp, apply an ice pack (ice cubes in a plastic bag, wrapped in a towel) for 20 minutes every 1-2 hours until the swelling starts to go down.

2) You may take Tylenol (acetaminophen) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

FOLLOW UP with your doctor or this facility if you do not start to improve within the next 24 hours.

RETURN PROMPTLY or contact your doctor if any of the following occur:
  – Repeated vomiting
  – Severe or worsening headache or dizziness
  – Unusual drowsiness or unable to awaken as usual
  – Unequal pupils
  – Confusion or change in behavior or speech
  – Convulsion (seizure)
  – Increasing scalp or face swelling
  – Redness, warmth or pus coming from the swollen area
  – Fever over 100 (oral)

## NECK PAIN                                    [no acute trauma]

Neck pain may appear suddenly after a simple awkward neck movement or gradually over a few days. There are several possible causes of this kind of neck pain:
  – You can get a minor ligament sprain or muscle strain from a sudden neck movement or

sleeping with your neck in an awkward position.
   – Some persons respond to emotional stress by tensing the muscles of their neck, shoulders and upper back. Chronic spasm in these muscles can cause neck pain and sometimes headaches.
   – Gradual "wear and tear" of the joints in the spine can cause "degenerative arthritis" which can be a source of occasional or chronic neck pain.
   – Sometimes the spinal disks (the cushions between each spinal bone) lose their normal shape and put pressure on a nearby spinal nerve. This causes tingling, pain or numbness extending from the neck to the shoulder, arm or hand on one side.
In all cases, muscle spasm is commonly present and contributes to the pain. The treatment described below will usually help the pain to go away in 5-7 days. Pain that continues may require further evaluation or other types of treatment such as physical therapy.

**HOME CARE:**
   1) Rest and relax the muscles. Use a comfortable pillow that supports the head and keeps the spine in a neutral position. The position of the head should not be tilted forward or backward. A rolled up towel may help for a custom fit.
   2) Some persons find relief with heat (hot shower, hot bath or healing pad) and massage, while others prefer cold packs (crushed or cubed ice in a a plastic bag, wrapped in a towel). Try both and use the method that feels best for 20 minutes several times a day.
   3) You may take Tylenol (acetaminophen) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

**FOLLOW UP** with your physician or this facility if your symptoms do not show signs of improvement after one week. Physical therapy or further evaluation may be needed.
        [NOTE: If X-rays are taken, they will be reviewed by a radiologist. You will be notified of any new findings that may affect your care.]

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
        – Pain becomes worse or spreads into one or both arms
        – Weakness or numbness in one or both arms
        – Increasing headache, nausea or vomiting not relieved by the above treatment

# PRESCRIPTION(S)

## MEDICATION: NAPROSYN
Naprosyn (generic name: naproxyn) is an anti-inflammatory drug which is very useful for pain and inflammatory conditions.

**DIRECTIONS FOR USE:**
You may take this medicine with food to reduce stomach upset.

**WHAT TO WATCH FOR:**
   POSSIBLE SIDE EFFECTS: Nausea, upper abdominal pain, drowsiness, dizziness, ringing in the ear
   –> (Contact your doctor if these symptoms persist or become severe). Bleeding from the stomach, which may appear as blood in vomit or stool (red or black color), rapid weight gain, leg swelling or easy bruising –> (Contact your doctor or return to this facility promptly).
   ALLERGIC REACTION: Rash, itching, swelling, trouble breathing or swallowing –> (Contact your doctor or return to this facility promptly).

****** IMPORTANT ******

   MEDICAL CONDITIONS: Before starting this medicine, be sure your doctor knows if you have any of the following conditions:
        – Stomach ulcer (active or in the past), history of vomiting blood or bloody stools
        – Allergic reaction to aspirin or other anti-inflammatory medicines
        – Asthma, nasal polyps or angioedema; pregnancy or breast feeding
        – Liver or kidney disease; bleeding disorder

Southeast Alabama Medical Center
Discharge Instructions for: Charles Moore — *267S994*

Page 4 of 5

DRUG INTERACTION: Before starting this medicine, be sure your doctor knows if you are taking any
of the following drugs:
-- Coumadin (warfarin), diuretics (water pills), blood pressure pills, ACE-inhibitors (Lotensin,
Capoten, Vasotec, Zestril and others), diabetes pills, prednisone, aspirin or other anti-
inflammatory drugs, methotrexate, probenecid

WARNINGS:
-- Do not take with prednisone, other anti-inflammatory drugs or ALCOHOL since this increases
the risk of getting a bleeding ulcer.
-- DO NOT DRIVE, ride a bicycle or operate dangerous equipment while taking this medicine until you know how
it will affect you.


# REFERRAL(S)

You are being referred to the following physician(s)

**Bone & Joint Southern**
1500 Ross Clark Circle
Dothan, Alabama 36301
334-793-2663


# WHEN TO FOLLOW-UP

Call Bone & Joint Southern for re-evaluation in 3-5 days.

**Southeast Alabama Medical Center**
**Emergency Center**
1108 Ross Clark Circle
Dothan, AL 36302
334-793-8911

**Michael Shivers PA-C**

Patient Name: Charles Moore — *2675996*          Date: 10/12/2005

Patient Address:                    **AGE:**

                                    Wt._____lbs kg

Anaprox DS 550 mg
Dispense#: 20 (twenty) tablets
    Sig: 1 tab PO b.i.d. PRN

Refills: 0

_____          _____
Dispense as Written                 Product Selection Permitted

DEA# __

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**01**

### Southeast Alabama
# MEDICAL CENTER
## EMERGENCY PHYSICIAN RECORD
### Head Injury   (5)

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839  2676996  1/06/86   019Y  M
EMERGENCY,DOCTOR        10/12/05

DATE:10/12/05 TIME: 1405 ROOM: 86 ___ EMS Arrival

HISTORIAN: (patient) spouse _paramedics_

__ HX / __ EXAM LIMITED BY: _____

V/S  BP 149/78  HR 86  RR 18  Temp 98.4
Wt ____  O2Sat 97%  Pain 6

**HPI  chief complaint:    Injury to:**
(head)  face  mouth / lip / chin / nose / ear  (neck)
R Hand

**time course:**
(still present) ___better
_gone now_

_pain intermittent / lasting ____
_worse / persistent since ____

**occurred:**
(just prior to arrival)
_today_
_yesterday_

**where:**
_home      _school
_neighbor's   _city park
_work       _street
jail

**context:**
(direct blow)  _fell  _MVA  _alleged assault
Out in day room, animate swung sock
at him w/ 2 bars of soap + (two batteries) hit him in head,
neck, R hand

LOC?  _no  (dazed)  _yes  duration: ____
IF YES  remembers:  _injury  _coming to hospital

**ROS** ☐ all systems neg except as mrkd
✓ loss feeling/power arms / legs
✓ headache neck pain
_double vision / hearing loss ____
ringing in (ear)

_trouble breathing / chest pain
_nausea / vomiting
_loss of bladder function
_skin laceration
_recent fever / illness

**SOCIAL HX** _recent ETOH  _smoker  _drug abuse

**PAST HISTORY** __negative  __past records ordered / reviewed
Asthma
Meds= (none) _see nurses note ____
Allergies: (NKDA) _see nurses note ____
☑ Nursing Assessment Reviewed ☑ Vitals Reviewed ☐ Tetanus immun. UTD

**PHYSICAL EXAM** _Alert _Lethargic_
Distress: ✓ NAD  _mild  _moderate  _severe
Other ____ _c-collar ( PTA / in ED )  _back-board  _IV  _splint

**HEAD** _____ _see diagram
_non-tender  _Battle's sign / Raccoon Eyes ____
_no swelling

**NECK**
_non-tender
_painless ROM
_trachea midline
_see diagram
_vertebral tenderness
_muscle spasm / decreased ROM
_pain on movement of neck ____

**EYES**
_PERRL
_EOMI
_ocular entrapment
_subconjunctival hemorrhage ____
_foreign body ____
_hyphema
_corneal abrasion ____
_visual field deficit / decreased vision ____
_unequal pupils  R pupil __mm  L pupil __mm
_hemotympanum ____

**ENT**
_nml external inspection
_pharynx nml
_nasal septal hematoma ____
_TM obscured by wax ____
_clotted nasal blood ____
_dental injury / malocclusion ____

**NEURO / PSYCH**
_alert
_oriented x3
_mood / affect normal
_slow / confused / no response to commands
_repeatedly asks about recent events ____
_seizing / apneic ____
_disoriented
  to:  time ( day-of-week  day-of-month
        month  year )  place / person
_aphasic  expressive / receptive

Glasgow Coma Score    SCORE=____
Eyes Open- spontaneously (4)  to voice (3)  to pain (2)  none (1)
Speech- nml(5)  disoriented(4)  inapprop.(3)  incoherent(2)  none (1)
Motor- nml(6)  localizes(5)  withdraws(4)  flexor(3)  extens(2)  none(1)

**cranial nerves-**
_normal
_as tested
_facial palsy ____
_sensory deficit ____
_tongue deviation ( to R / L ) ____
_hearing deficit ( gross challenge ) ____
_deficit of palate elevation ____

**cerebellar-**
_nml as tested
_normal gait
_abnormal Romberg test ____
_abnormal finger-nose-finger ____
_abnormal gait ____

**sensorimotor-**
_no sensory deficit
_no motor deficit
_DTR's nml
_weakness ____
_hemiparesis / hemiplegia ( R / L ) ____
_pronator drift ( RUE / LUE ) ____
_sensory loss ____
_Babinski reflex ( R / L ) ____
_clonus ____


Reflexes

T=Tenderness  PtT =Point Tenderness  S=Swelling
E=Ecchymosis  B=Burn  C=Contusion  L=Laceration
A=Abrasion  M=Muscle spasm  PW=puncture wound
(Ø = without  m=mild  mod=moderate  sv=severe)
Example: Tsv = Tenderness on palpation (severe)

201



x _____ EMT / Nurse    RN    _____ MD / DO
HISTORY  Nurse or EMT sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.

**Southeast Alabama**
**Medical Center**

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839  2675996  1/06/86  019Y  M
EMERGENCY,DOCTOR          10/12/05

**RESP / CVS**
- see diagram
- ☑ chest non-tender
- ☑ breath snds nml
- ☑ heart snds nml
- decreased breath sounds
- wheezing / rales
- splinting / paradoxical movements
- tachycardia

**ABDOMEN**
- ☑ non-tender
- ☑ no organomegaly
- see diagram
- mass / organomegaly

**BACK**
- ☑ non-tender
- ☑ painless ROM
- see diagram
- vertebral point-tenderness
- CVA tenderness
- muscle spasm

**SKIN**
- intact, nml palp.
- see diagram
- crepitus

**EXTREMITIES**
- no evidence of trauma
- nml ROM
- no pedal edema
- see diagram
- bony point-tenderness
- painful / unable to bear weight
- pulse deficit

## PROCEDURES and PROGRESS:

**Wound Description / Repair**
- length ___ cm  location
- superficial __ SQ __ muscle __ linear __ stellate __ irregular
- clean __ contaminated moderately / *heavily
- **distal NVT:** __ neuro & vascular status intact __ no tendon injury
- **anesthesia:** __ local __ digital block ___ cc
- __ lidoc 1% 2%  epi / bicarb __ marcaine .25% .5% __ LET
- **prep:**
  - Shur-Clens / Betadine __ debrided
  - irrigated / washed w/ saline  minimal / *mod. / *extensive
    - minimal / mod. / *extensive __ undermined
  - wound explored  minimal / mod. / *extensive
  - foreign material removed __ wound margins revised
    - partially  completely __ vermilion border aligned
    - minimal / mod. / *extensive __ multiple flaps aligned
- **repair:** Wound closed with: wound adhesive / steri-strips
  - SKIN- #___ -0  nylon / prolene / staples
  - *SQ- #___ -0  vicryl / chromic
- *may indicate intermediate repair  *may indicate intermediate or complex repair

Time ___ __ unchanged __ improved __ re-examined

- __ Discussed with Dr.          __ CRIT CARE- 30-74 min
- __ will see patient in: office / ED / hospital     75-104 min ___ min
- __ Counseled patient / family regarding:       __ Admit orders written
- __ lab results  diagnosis  need for follow-up   __ Additional history from:
- __ Rx given                    family caretaker paramedics

## CLINICAL IMPRESSION:

| Contusion | Laceration | Intracranial Bleed |
|---|---|---|
| Hematoma | scalp  forehead | subdural |
| head  nose | facial  R / L  ear | epidural |
| facial  chin | lip | subarachnoid |
| mouth | | intracerebral |
| | | **Cerebral Contusion** |
| | **Cervical Strain** | **Concussion** |
| | | with LOC  w/o LOC |

**XRAYS**  ☑ Interp. by me  ☐ Reviewed by me  ☐ Disc'd w/ radiologist

**C-Spine**
- ☑ nml / NAD
- no fracture
- nml alignment
- soft-tissues nml
- reversal / straightening of cerv. lordosis
- DJD / spondylosis / spurring

**Facial Series**
- nml / NAD
- no fracture
- soft tissues nml
- sinuses nml
- soft-tissue swelling
- max. sinus opacification / air-fluid level

**Other** ☐ See separate report

**CT SCAN**
- normal

**DISPOSITION-** ☐ home ☐ admitted ☐ transferred
**CONDITION-** ☐ unchanged ☐ improved ☑ stable

_____ MD / DO

Certified Emergency  ☑ Yes ☐ No  ☑ Template Complete

Head Injury - 01

**Southeast Alabama MEDICAL CENTER**

## Emergency Department
### NURSING RECORD

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839  2675996  1/06/86  019Y  M
EMERGENCY.DOCTOR          10/12/05

bottom edge of patient label

*Items must be completed  *Date: 10/12/05  *Time: 1935  *Private Dr:

*Arrival: ☐ Ambulatory ☐ Wheel chair ☐ Ambulance ☐ In arms
jail
Prehospital if Arrival by ambulance
Transport Service: _____
Pre-Tx: ☐ Ambu        ☐ IV Fld x _____    ☐ Oral Airway
        ☐ C-Collar/CID  ☐ Splint           ☐ O2 @ _____
        ☐ Back Board    ☐ ET / Size ___

*Allergies: NKA

HOME MEDICATIONS  ☐ Did not bring home medications

| *Drug | Dose | Schedule |
|---|---|---|
| | | |

*Skin: two small whelps on (R) lateral neck
☑ Intact  ☑ Warm  ☐ Dry
☐ Rash  ☐ Hot  ☐ Diaphoretic
☐ Decubitus ☐ Cool ☐ Clammy
very small abrasion under (L) eye
☐ Pink  ☐ Pale  ☐ Dusky
☐ Cyanotic ☐ Flushed ☐ Jaundiced

CRT: ☑ < 2 sec.  ☐ > 2 sec.

|  | Left | Right |
|---|---|---|
| Motor Intact | ☑ | ☑ |
| Sensory Intact | ☑ | ☑ |

*Level of Consciousness:
☑ Alert ☐ Drowsy ☐ Unresponsive
*Response to Stimuli:
☑ Verbal ☐ Tactile
☑ Pain ☐ Unresponsive
*Speech:
☑ Clear ☐ Slurred
*Oriented:
☑ Person ☑ Place
☑ Time ☑ Event

*Pulmonary:
☑ Unlabored ☐ Labored
☐ Hyperventilation ☐ Dyspnea
Breath Sounds
☑ Clear ☐ Wheezes
☐ Diminished ☐ Absent
☐ Adventitious

*Abuse Assessment
Have you been physically injured by anyone? ☑ Yes ☐ No  If yes, explain: Alleged altercation c inmate
Are your basic needs being met at home? ☑ Yes ☐ No  If no, explain: _____

*Psycho/Social and Learning Assessment
Language: ☑ English ☐ Spanish ☐ Other _____
Blind: ☐ Yes ☑ No  Read: ☑ Yes ☐ No  Learning Preference: ☑ Verbal ☑ Written ☑ Demonstration
Deaf: ☐ Yes ☑ No  Write: ☑ Yes ☐ No
Do you have Religious or cultural beliefs that need to be considered in Healthcare? ☑ No ☐ Yes
If yes, Explain: _____
Developmentally appropriate for age ☑ Yes ☐ No

*Activities of Daily Living Assessment  N/A
Do you need assistance with (mark the box if assistance needed): ☐ Mobility ☐ Hygiene ☐ Dressing ☐ Eating ☐ Toileting
If assistance is required, whom do you receive it from? _____
If assistance is needed at discharge, who might help? _____

*Safety:
☐ Armband
☐ Side Rails
☐ Falls Risk

*Nutritional Assessment
Are you on a special diet? ☐ Yes ☑ No  If yes, explain: _____
Have you had a weight gain or loss of 10 pounds or more within the last two weeks? ☐ Yes ☑ No

Below not required - assess if indicated by chief complaint

### ORTHOPEDIC
Extremity R/L _____
|  | Yes | No |
|---|---|---|
| Motor Intact | ☐ | ☐ |
| Sensory Intact | ☐ | ☐ |
| Circulation Intact | ☐ | ☐ |
| Deformity | ☐ | ☐ |

### LACERATION
Site _____ Size _____ cm
|  | Yes | No |
|---|---|---|
| Bleeding Controlled | ☐ | ☐ |
| Motor Intact | ☐ | ☐ |
| Sensory Intact | ☐ | ☐ |
| Circulation Intact | ☐ | ☐ |

### NEUROLOGICAL
Pupil Size: R Eye ___ mm
              L Eye ___ mm
Reaction: ☑ PEARLA
☐ Dilated ☐ Constricted
☐ Sluggish ☐ Unresponsive

Notifications:
DR. paged _____
DR. notified _____
Private DR. to see _____
☐ Police ☐ Animal Control ☐ IHN

*Signature: [signature] RN

#2038  (1/4)  Rev. 6/05

**Southeast Alabama**
**MEDICAL CENTER**

EMERGENCY DEPARTMENT
**NURSING RECORD**

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839  2875996 1/06/86 019Y M
EMERGENCY,DOCTOR            10/12/05

bottom edge of patient label

- ☐ Alteration in comfort _____
- ☐ Fluid volume deficit pnt/act _____
- ☐ Alteration in Tissue Perfusion: _____
- ☐ Breathing pattern, ineffective _____
- ☐ Gas exchanged impaired _____
- ☐ Potential for infection _____

- ☐ Alteration in C.O. _____
- ☐ Knowledge deficit _____
- ☐ Anxiety _____
- ☐ Alteration in body temperature _____
- ☐ Other _____

Nursing Plan: _____

| VITAL SIGNS | | | | | | | | | TREATMENT / PROCEDURES | Timo | TREATMENT / PROCEDURES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time | | | | | | | | | | |
| | BP | | | | | | | | | | |
| | Pulse | | | | | | | | | | |
| | Resp | | | | | | | | | | |
| | Temp | | | | | | | | | | |
| | Sats | | | | | | | | | | |
| | O2 l/min. | | | | | | | | | | |
| | O2 via | | | | | | | | | | |
| | CBG | | | | | | | | | | |
| | Pain Score | | | | | | | | | | |

| IV | TIME | NO. | TYPE | AMT | RATE | CATH | ROUTE/LOC | INITIALS NURSE MD | ADDITIVES | AMT INF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| MEDICATIONS | TIME | MEDICATION | DOSE | ROUTE | SITE | INITIALS EDUCATION | TOLERATED YES NO | INITIALS NURSE MD |
|---|---|---|---|---|---|---|---|---|
| | 1935 | Naprox | 550mg | PO | | SH | ✓ | SH |

#2036  (2/4)  Rev. 6/05

**MOORE, CHARLES EDWARD**
NKDA/NKFA/NKLA/NDM
411839   2675996   1/06/88   018Y   M
EMERGENCY,DOCTOR                    10/12/05

*bottom edge of patient label*

**Southeast Alabama**
**MEDICAL**
**CENTER**

### EMERGENCY DEPARTMENT
### NURSING RECORD

| PROCEDURES | | Initial/Time | | | Initial/Time | Intake/Output | In | Out |
|---|---|---|---|---|---|---|---|---|
| | ❑ ET Tube (size ____ ) | (___ / ___) | ❑ Central Line | | (___ / ___) | Urine | ___ | ___ |
| | ❑ NG/OG Tube | (___ / ___) | ❑ Foley | | (___ / ___) | PO | ___ | ___ |
| | ❑ Arterial Line | (___ / ___) | ❑ Chest Tube #1 | | (___ / ___) | IV | ___ | ___ |
| | ❑ Cardiac Monitor | (___ / ___) | ❑ Chest Tube #2 | | (___ / ___) | Other | ___ | ___ |
| | ❑ Hemocult + - ❑ QC | (___ / ___) | ❑ Lavage | | (___ / ___) | Total | ___ | ___ |
| | ❑ Urine dip + - for ____ | (___ / ___) | | | | | | |

**NURSING NOTES**

| TIME | |
|---|---|
| 1857 | arrived to express care in ED accompanied by Houston County Police |
| 1929 | Shivers, PA in to evaluate |
| 1935 | medicated as ordered, police @ side |
| 1955 | to XR w/ c/o situation |
| 2018 | returned to room |
| 2028 | awaiting XR report, pain @ 4/10 officer @ side |
| 2055 | discharge instructions reviewed & given, discharged to jail |

#2038   (3/4)   Rev 6/05

Southeast Alabama
**MEDICAL
CENTER**

**EMERGENCY DEPARTMENT
NURSING RECORD**

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839   2675996  1/06/86  019Y  M
EMERGENCY,DOCTOR        10/12/05

bottom edge of patient label

DATE: _____

| TIME | NURSING NOTES |
|------|---------------|
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |
|      |               |

**Discharge / Transfer**

Report to: _____  Room #: _____

Destination: _____ (Transfer Only)  ☐ Monitor

ID Band    R / L    Arm / Leg   (for Transfer/Admit only)

Accompanied by: ☐ Transport  ☐ Significant Other  ☐ Police  ☐ Nurse

Discharge via: ☒ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Parent  ☐ Guardian

Referrals: _____

Prescriptions: ☒ Patient  ☐ Parent  ☐ Care Partner

Discharge Instructions: ☒ Patient  ☐ Parent  ☐ Care Partner

Understanding Verbalized: ☒ Patient  ☐ Parent  ☐ Care Partner

IV Cath Removed with Catheter Intact  ☐ Yes  ☐ No  ☒ NA

DC VS: BP 141/94  HR 61  Resp 16  Temp 97.9  Time of DC 2155

**Signatures**

| SIGNATURES | INITIALS |
|------------|----------|
|            |          |
|            |          |
|            |          |
|            |          |
|            |          |

#2036  (4/8)   Rev. 6/05

**Southeast Alabama**
# MEDICAL CENTER

## Emergency Department
### PHYSICIAN ORDERS

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839   2675996  1/06/86  019Y  M
EMERGENCY,DOCTOR              10/12/05

*bottom edge of patient label*

Circle tests, circle or write rationales.
The listed rationales are provided only for convenience; they are not an exclusive list.
Select or write any rationale that is appropriate.

| TEST | RATIONALE |
|---|---|
| ■ UA CC ● UA Cath | Dysuria / Hematuria / Frequency / FUO / Abd Pain / Trauma / Diabetes / Pregnancy / Other: |
| ● UFT ● HCG Quant | Amenorrhea / Pg & Vag Bleeding / Abd Pain / Other: |
| ● Wet Prep | Vaginitis / Pelvic Pain / Abd Pain / Other: |
| ● CBC ● WBC w/ DIFF | SOB / FUO / Trauma-explain / Bleeding-explain / Abd Pain / H-Risk Med / Weakness / Anemia / Pallor / High Risk Med / Other: |
| ● Istat - ● H&H | Bleeding-explain / Trauma-explain / Weakness / Anemia / Other: |
| & ● BMP | HTN / CVD / Renal Failure / H-Risk Med / Other: |
| & ● Glu ● CBG | Dizziness / Near Syncope/Syncope / Vol Depletion / Other: |
| ● CMP | HTN / Renal Failure / H-Risk Med / Coma / Seizures / Dizziness / Fatigue / Edema / Other: |
| ■ CK Total ● CK-MB ■ Troponin ● BNP | Chest Pain / CHF / HTN / Dyspnea / Chest Trauma / Dysrhythmia / Other: |
| ● Amylase | Abd Pain / Abd Trauma / Other: |
| ■ MBA | Altered Mental Status / OD / Other: |
| ■ PT ● PTT | Anti-Coag / Bleeding-explain / Trauma-explain / Angina / PVD / Arteriosclerosis / Ascites / Other: (SMC) / Mitral Value Disease / Hepatitis / Hematuria / Dysrhythorias / Cirrhosis / |
| ● T&S ● T&M x     units | Bleeding-explain / Anemia / Other: |
| ● Blood Culture | FUO / Sepsis / Other: |
| ● ABG | Dyspnea / Inhalation Inj / Chest Pain / Other: |
| ● EKG | Chest Pain / SOB / HTN / Dysrhythmia / OD / Syncope / CAD / Other: |
| ● IVP | Abd Pain / Abd Trauma / Hematuria / Other: |
| ● OB US | Pg & Vag Bleed / Pelvic Pain / Other: |
| ● ABD US | Back Pain / Flank Pain / Abd Pain / Ascites / Cirrhosis / Liver Disorder / Other: |
| ● CT Head | Headache / Stroke/TIA / Sz / Altered MS / Syncope / Head Trauma / Other: |
| ● CT Face | Facial Trauma / Other: |
| ● CT Chest (thorax) | Chest Pain / Chest Trauma / Other: |
| ● CT Abd/Pelvis | Abd Pain / Malignancies / Abdominal Swelling / Rigidity / Tenderness / Other: |
| ● CT of: | Rationale: |
| ● MRI of: | Rationale: |
| ● CXR: 2V P | Chest Pain / Cough / FUO / Trauma to trunk-explain / COPD / Asthma / Any abnormal respiration / Other: |
| ● Upright ABD ● KUB ● Acute ABD Series | Abd Pain / GI Bleed / Abd Trauma / Other: |
| ● XR Skull | ● XR Pelvis | ● XR Shoulder: R  L | Trauma / Pain / FB / Other: |
| ● XR Orbit  R  L | ● XR Hip:  R  L | ● XR Humerus: R  L | Trauma / Pain / FB / Other: |
| ● XR Facial | ● XR Femur:  R  L | ● XR Elbow:  R  L | Trauma / Pain / FB / Other: |
| ● XR Zygoma | ● XR Knee:  R  L | ● XR Forearm:  R  L | Trauma / Pain / FB / Other: |
| ● XR C-Spine | ● XR Tib/Fib:  R  L | ● XR Wrist:  R  L | Trauma / Pain / FB / Other: |
| ● XR T-Spine | ● XR Ankle:  R  L | ● XR Hand:  R  L | Trauma / Pain / FB / Other: |
| ● XR LS-Spine | ● XR Foot:  R  L | ● XR Other:  R  L | Trauma / Pain / FB / Other: |

**ORDERS:**
☐ Old Record ☐ Cardiac Monitor ☐ FHTs ☐ Tilt Test ☐ St Precaution ☐ Suicide Precaution ☐ VA ☐ Off Unit w/o Nurse/Monitor
☐ Social Service Consult ☐ Poison Control Consult ☐ Wound Care ☐ Wound Irrigation ☐ Suture Setup ☐ I&D Setup ☐ Foley
☐ O2 Protocol ☐ O2: ___ ☐ Peak Flow ☐ May Remove C-Collar ☐ Aerosol ___
☐ IV:

**OTHER ORDERS:**

Physician Signature: ___    Date: ___    Time: ___

#411  Rev. 4/03

Southeast Alabama Medical Center
PO Drawer 6987, Dothan, AL 36302
334-793-8111
Radiology Services
X-RAY REPORT

Patient Name: MOORE, CHARLES
XRAY/MR#: 000411839              Account #: 2675996          Room:ER- -
DOB: 01/06/1986                 Age: 19                      Pt Type: E
Order #: 00126759967271474      Accession #: 001000000018693
Attending Physician: Michael Shivers, PA
Ordering Physician: Michael Shivers, PA
Referring Physician:
Exam Requested: HAND 3V RT
Exam Date: 10/12/2005
PROCEDURE: RIGHT HAND, THREE VIEWS 1956
HISTORY: painful trauma
COMPARISON: 10/6
TECHNIQUE: 3 views
FINDINGS:
There is deformity of the 5th metacarpal consistent with an old healed
fracture. This is unchanged since the previous study. No acute
fracture is seen.
IMPRESSION:   LITTLE INTERVAL CHANGE.
              EVIDENCE OF OLD FRACTURE.

                          Hugh Holloway, MD
DD: 10/12/2005 20:47      ko
DT: 10/13/2005 09:08      9714
Name: MOORE,CHARLES                      MR #: 000411839
Hugh Holloway, MD
{eop}                                    On 10/14/05 8:22:25 PM
Authenticated by HUGH HOLLOWAY, MD

Southeast Alabama Medical Center
PO Drawer 6987,  Dothan, AL 36302
334-793-8111
Radiology Services
X-RAY REPORT

Patient Name:  MOORE, CHARLES
XRAY/MR#:  000411839                  Account #: 2675996       Room:ER- -
DOB:  01/06/1986                      Age: 19                  Pt Type: E
Order #: 00126759967271473            Accession #:  001000000018692
Attending Physician:  Michael Shivers, PA
Ordering Physician:  Michael Shivers, PA
Referring Physician:
Exam Requested: CERV SPINE COMP 4-5
Exam Date:  10/12/2005
PROCEDURE:  CERVICAL SPINE
HISTORY:    PATIENT WAS ASSAULTED AND HAS PAIN IN NECK
COMPARISON: HAND X-RAY
TECHNIQUE:  6V CERVICAL
FINDINGS:
There is reversal of the normal cervical lordosis.  There is no acute
fracture or subluxation.  Odontoid is unremarkable.
IMPRESSION:
NO FRACTURE OR SUBLUXATION IS SEEN.

                           Hugh Holloway, MD
DD:  10/12/2005 20:52      re
DT:  10/13/2005 09:15      9716
Name:  MOORE,CHARLES                        MR #: 000411839
Hugh Holloway, MD
{cop}                                       On 10/14/05 8:22:24 PM
Authenticated by HUGH HOLLOWAY, MD

4/18/9
2672754

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

Phone (334)712-0762
Fax (334)671-9482

OCT 2005
RECEIVED
Southeast Alabama
Medical Center
Medical Records

FAX PAGE :

FACILITY : Samc

PHYSICIAN :

DEPARTMENT : Medical Records

Does not match our's Soc. See #

| INMATE NAME : | D.O.B. | S.S. # |
|---|---|---|
| Moore, Charles | 1-6-86 | 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 |

SIGNATURE  Ivory J Smith   DATE 10-6-05

# OF PAGES   3

10-5-05

DATE  10-10-05
PAGES SENT  10
PERSON SENDING  Donna
PT ACCT #
PS _____ DS _____
H & P _____ ER  ✓
OP _____ PATH _____
CONSULT _____ XRAYS  ✓
LAB _____ EKG _____
OTHER _____

SOUTHEAST AL MEDICAL CENTER

Any Problems with this FAX , Please call .

# EMERGENCY REGISTRATION

**EquiMount Alabama MEDICAL CENTER**

| MR # | ADMIT DATE | ADMIT TIME | ADMITTER | PT TYPE | PT # |
|---|---|---|---|---|---|
| 411839 | 10/05/05 | 23:50 | ERKR | 1 | 2672754 |

| NAME | AGE | DOB | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|---|
| MOORE, CHARLES EDWARD | 019Y | 1/06/86 | M | B | S |

| ADDRESS | REL | SRC | AD.CAT | FC | SPECIAL HDL | MSV |
|---|---|---|---|---|---|---|
| 181 LEE RD 11 | NP | 8 | ER | S | | ER |

| CITY | STATE | ZIP | CLINICS | ROOM/BED |
|---|---|---|---|---|
| OPELIKA | AL | 36804 | | |

| PHONE | PT SSN | ATTENDING DOCTOR |
|---|---|---|
| 334 745-6225 | 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 | EMERGENCY, DOCTOR |

| MAIDEN NAME | REFERRING DOCTOR |
|---|---|
| | |

| ALLERGIES | DPA | LW | CITY |
|---|---|---|---|
| NKDA/NKFA/NKLA/NDM | NO POWER | NO POWER | LEE,AL |

| NEAREST RELATIVE | EMPLOYER | EMERGENCY CONTACT |
|---|---|---|
| DOWNS, BRITTANY | UNEMPLOYED | DOWNS, BRITTANY |

| ADDRESS | ADDRESS | ADDRESS |
|---|---|---|
| | | |

| CITY/STATE/ZIP | CITY/STATE/ZIP | CITY/STATE/ZIP |
|---|---|---|
| OPELIKA, AL 36804 | , | OPELIKA, AL 36804 |

| PHONE | PT REL | PHONE | PHONE | PT REL |
|---|---|---|---|---|
| 334 742-0260 | FR | | 334 742-0260 | FR |

| GUARANTOR # | SSN | GUARANTOR EMPLOYER |
|---|---|---|
| 6443208 | 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 | UNEMPLOYED |

| NAME | ADDRESS 1 |
|---|---|
| MOORE, CHARLES EDWARD | |

| ADDRESS | ADDRESS 2 |
|---|---|
| 181 LEE RD 11 | |

| CITY/STATE/ZIP | CITY/STATE/ZIP | DSCH |
|---|---|---|
| OPELIKA, AL 36804 | , | |

| PHONE | PT REL | PHONE | DAYS |
|---|---|---|---|
| 334 745-6225 | PT | | |

**PATIENT STATES:**
RED

**ADMITTING DIAGNOSIS:**
RED

| INS#1: INMATES  PRIVATE PAY | NAME MOORE, CHARLES E | GROUP # | POLICY # 416282637 |
|---|---|---|---|
| INS#2: | | | |
| INS#3: | | | |

**COMMENTS:**
REG/PT ST HE INJURED HIS HAND IN A FIGHT AT HOUSTON CO JAIL APPROX 2100/PT SIG

NED COT/KAR

| PRINCIPAL & SECONDARY DIAGNOSIS | CODES |
|---|---|
| | |
| | |
| | |
| | DATE DICTATED |
| | D/S |
| PROCEDURES & OPERATIONS/DATES | H&P |
| | O.R. |
| | Cons |
| | |

CONSULTATION WITH            PHYSICIAN SIGNATURE

# Southeast Alabama Medical Center

**Emergency Center**
**1108 Ross Clark Circle**
**Dothan, AL 36302**
**334-793-8911**

**DISCHARGE INSTRUCTIONS FOR:**          **Charles Moore**
**FOR TODAY'S VISIT ON:** _____  **Wednesday 10/05/2005**

Thank you for using Southeast Alabama Medical Center for your care today. The emergency examination and/or treatment you have received is not intended as complete medical care. For your continued care and to avoid possible complications you are advised to follow the discharge instructions.

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. A radiologist will also read your x-rays within 24 hours. If you had a culture done it will take 24 to 72 hours to get results. If there is a change in the x-ray diagnosis or a positive culture we will contact you. **(Make sure we have your local phone number.)** If you had an electrocardiogram (EKG) taken for emergency evaluation, it will be interpreted initially by the physician on duty in the Emergency Department. An internist will make the final interpretation.

**MEDICATIONS:**
If you received a prescription for medication(s) today it is important that when you fill this you let the pharmacists know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Thank you again for using Southeast Alabama Medical Center for your treatment today. The discharge instructions for today's visit are outlined below.**

| | |
|---|---|
| Contusion-Upper Extremity Strains-ec | RICE Routine Care for Bumps Bruises Sprains and |
| Pain Medications Generic Instructions for-ec | Bone & Joint Southern |
| Call Dr. for re-evaluation in 10-14 days | |

**Special Notes:**

If you are still having pain in 7-10 days then follow-up with Southern Bone & Joint. Wear the splint for 7-10 days.

Everyone 65 years and older needs a flu shot every fall. Contact your doctor or county Health Department for places to get the flu shot this season. Ask about the pneumonia shot too.

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

_____          
Charles Moore                        ED Physician or Nurse
MRN # 000411839

Date _____

In our effort to provide the highest quality of care, we ask that you respond to the survey that you will be receiving in the mail. Your feedback is very important to SAMC and to our commitment to provide quality healthcare and promote wellness to those we serve.

**Chart Copy**

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839   2672754  1/06/86  019Y  M
EMERGENCY,DOCTOR              10/05/05

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

MOORE, ON / EDWARD
NKDA/NKFA/NKLA/NDM
411839  2672754  1/06/86  019Y  M
EMERGENCY DOCTOR          10/05/05

**09**
Southeast Alabama
# MEDICAL CENTER
**EMERGENCY PHYSICIAN RECORD**
Hand or Wrist Injury   (4)

DATE: 10 | 01 | 0  TIME: 0015  ROOM: E3 ____ EMS Arrival
HISTORIAN: __patient __spouse __paramedics _____
__HX / __EXAM LIMITED BY: _____
V/S  BP 128/78  HR 72  RR ___  Temp 97.7°
Wt ___  O2Sat 98%  Pain 10/10

## HPI
**chief complaint:**  Injury to (right) / left
hand  wrist  forearm  elbow  arm
thumb  index f.  middle f.  ring f.  small f.

**duration / occurred:**
__just prior to arrival
(today) ___ 21:00
__yesterday
___ days PTA  JAIL

**where:**
__home  __school
__neighbor's  __park
__work  __street

**context:** __fell (blow) __incised __crushed __burn

**severity of pain:** __mild __moderate (severe)

**location of injury:**
(R): UE  hand  palm  fingers
L:  UE  hand  palm  fingers

**ROS** __tingling / numbness distally __suspected FB in skin lac
__painful / unable to bear weight __recent illness_____

**PAST HISTORY** __negative __past records ordered / reviewed
__other problems  PRIOR FX ® HAND  ® HANDED
Meds- (none) __see nurses note
Allergies- (NKDA) __see nurses note

☒Nursing Assessment Reviewed ☑Vitals Reviewed ☐Tetanus immun. UTD
**PHYSICAL EXAM** ✓Alert CONVERSANT, COOPERATIVE C EXAM
Distress- __NAD __mild ✓moderate __severe
**HAND** ✓see diagram
__nml inspection ✓tenderness soft-tissue / bony
__non-tender ✓swelling / ecchymosis_____
✓limited ROM_____
due to: (pain) / functional deficit
__deformity_____
__nail injury_____
complete / partial avulsion  subungal hematoma

**WRIST** __see diagram
✓nml inspection __tenderness soft-tissue / bony
✓non-tender __tenderness in anatomical snuff box_____
✓nml ROM __wrist pain on axial thumb load_____
__swelling / ecchymosis_____
__limited ROM_____
__deformity_____

T = Tenderness
S = Swelling
E = Ecchymosis

**NEURO** ✓digital nerve deficit ® 3ᴿᴰ, 4ᵀᴴ FINGERS
✓sensation intact __decreased fine touch  abnml 2-point discrim.
✓motor intact __median nerve deficit_____
sensory deficit- lat. 3½ fingers / lat palm
motor deficit- pronation / thumb flexion
index & middle finger flexion
__ulnar nerve deficit_____
sensory deficit- med. palm / med. 1½ fingers
motor deficit- thumb adduction / fingers adduct.
__radial nerve deficit_____
motor deficit- wrist drop / thumb extension

**VASCULAR** __pallor / cool skin / abnml cap refill_____
✓no vascular __pulse deficit radial ulnar_____
compromise

**TENDONS** __tendon visualized / injury seen_____
✓tendon function extensor flexor complete partial
normal __deficit in tendon function_____
limited extension  limited flexion

201

x_____ EMT / Nurse    _____ MD / DO
*HISTORY* Nurse or EMT sign after recording history, physician initial
after reviewing with patient and confirming or revising all elements.



**Southeast Alabama**
**Medical Center**

**FOREARM / ELBOW / ARM**
- ✓ uninjured
- above wrist    __ see diagram _____
- __ tenderness   *soft-tissue / bony* _____
- __ swelling _____
- __ ecchymosis _____
- __ deformity _____
- __ limited ROM _____

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839   2672754   1/06/86   019Y   M
EMERGENCY DOCTOR    10/05/05

**SKIN**
- ✓ warm, dry
- __ diaphoretic / cool / cyanotic _____

**HEAD / ENT**
- ✓ nml inspection   __ tenderness _____
- ✓ pharynx nml    __ swelling / ecchymosis _____

**NECK / BACK**
- ✓ nml inspection   __ tenderness _____
- ✓ non-tender    __ swelling / ecchymosis _____

**CHEST**
- ✓ no resp. distress   __ tenderness _____
- ✓ non-tender    __ swelling / ecchymosis _____
- ✓ breath snds nml

**ABDOMEN**
- __ non-tender   __ tenderness / guarding _____
- __ no organomegaly

**XRAYS**   ☑ Interp. by me   ☐ Reviewed by me   ☐ Discsd w/ radiologist
A / L   hand   wrist   forearm _____ finger
- ✓ normal / NAD    __ DJD
- ✓ no fracture    __ dislocation
- ✓ nml alignment   __ soft-tissue swelling    *REVIEWED C*
- ✓ no foreign body   __ foreign body    *DR. BENE*
- __ fracture

*Other*   study: _____

☐ See separate report

**PROCEDURES and PROGRESS:**
- ✓ splint / ☐ cast   OCL / Ortho-glass / Plaster   Aluminum-foam
  - *Volar   Thumb spica   Ulnar   Wrist   Sugar-Tong   Cock-up   Colles*
  - ✓ applied by ED Physician / Orthopedist / Tech
  - __ examined post splint application   NV intact   alignment good
- __ fingers buddy-taped
- __ digital block   lidocaine 1% ___ cc   marcaine 0.25% 0.5% ___ cc
- __ subungal hematoma drained using electrocautery
- __ foreign body removed   with forceps   with incision

**Wound Description / Repair**
length _____ cm   location _____
NVT __ intact __ see NVT exam (front side)
depth/shape/contamination
- __ superficial   __ linear   __ stellate   __ contused tissue
- __ SQ   __ irregular   __ nail avulsed
- __ muscle   __ flap
- __ clean   __ contaminated   *minimally / moderately / *heavily*
- __ with _____

**ANESTHESIA** __ LET / TAC __ local __ digital / metacarpal block
- __ lidoc 1% 2% epi / bicarb   __ marcaine .25% .5% epi

**WOUND PREP**
- __ Shur-Clens / Betadine    __ debrided
- __ irrigated / washed w/ saline   *minimal / *mod. / *extensive*
  - *minimal / mod. / *extensive*   __ undermined
- __ wound explored   *minimal / mod. / *extensive*
- __ foreign material removed   __ *wound margins revised
  - *partially completely*   __ multiple flaps aligned

**WOUND REPAIR**
Wound closed with: *wound adhesive / steri-strips* _____
- SKIN-   # _____ -0   nylon / prolene / staples
  - __ interrupted __ running __ simple __ mattress ( h / v )
- NAIL BED # _____ -0 vicryl
  - __ interrupted __ running __ simple __ mattress ( h / v )
- OTHER   # _____ -0   material _____
  - __ interrupted __ running __ simple __ mattress ( h / v )

*may indicate intermediate repair   *may indicate intermediate or complex repair

Time _____ __ unchanged __ improved __ re-examined

Rx given _____
- ✓ referred to / discussed with Dr. *BN* _____
- will see patient in:   office / ED / hospital in _____ days

**CLINICAL IMPRESSION:**   *Fall   Alleged Assault*
- Concussion   (R) / L   wrist   hand
- Hematoma    thumb   index f.   middle f.   ring f.   small f.
- Laceration   MP   PIP   DIP   joint
- Sprain / Strain / Dislocation
- Fracture   R / L   radius   *distal / shaft / proximal*
  - ulna   *prox / shaft / distal / styloid*   Colles' fx
  - metacarpal fx   # 5 4 3 2 1
  - phalanx   # 5 4 3 2   thumb
    - *prox / middle / distal / tuft*

**DISPOSITION-** ☑ home ☐ admitted ☐ transferred _____
**CONDITION-** ☐ unchanged ☐ improved ☑ stable

_____ MD / DO
Certified Emergency ☑ Yes ☐ No ☑ Template Complete

## Southeast Alabama MEDICAL CENTER

### Emergency Department
### NURSING RECORD

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839   2672754   1/06/86   019Y   M
EMERGENCY,DOCTOR          10/05/05

bottom edge of patient label

*Items must be completed   *Date: 10-05-05   *Time: 0000   *Private Dr.: _____

*Arrival: ☐ Ambulatory ☐ Wheel chair ☐ Ambulance ☐ In arms

**Prehospital if Arrival by ambulance**
Transport Service: _____
Pre-Tx: ☐ Ambu    ☐ IV Fld x ____    ☐ Oral Airway
☐ C-Collar/CID   ☐ Splint           ☐ O2 @ ____
☐ Back Board     ☐ ET / Size ____

*Allergies: NKDA

**HOME MEDICATIONS**  ☑ Did not bring home medications

| *Drug | Dose | Schedule |
|---|---|---|

*Skin: ☑ Intact ☑ Warm ☑ Dry
☐ Rash ☐ Hot ☐ Diaphoretic
☐ Decubitus ☐ Cool ☐ Clammy
☐ Pink ☐ Pale ☐ Dusky
☐ Cyanotic ☐ Flushed ☐ Jaundiced
CRT: ☐ < 2 sec. ☐ > 2 sec.

| | Left | Right |
|---|---|---|
| Motor Intact | ☐ | ☐ |
| Sensory Intact | ☐ | ☐ |

*Level of Consciousness: ☑ Alert ☐ Drowsy ☐ Unresponsive
*Response to Stimuli: ☑ Verbal ☐ Tactile ☐ Pain ☐ Unresponsive
*Speech: ☑ Clear ☐ Slurred
*Oriented: ☑ Person ☑ Place ☑ Time ☐ Event

*Abuse Assessment
Have you been physically injured by anyone? ☐ Yes ☑ No   If yes, explain: _____
Are your basic needs being met at home? ☑ Yes ☐ No   If no, explain: _____

*Psycho/Social and Learning Assessment
Language: ☑ English ☐ Spanish ☐ Other _____
Blind: ☐ Yes ☑ No   Read: ☑ Yes ☐ No   Learning Preference: ☐ Verbal ☐ Written ☐ Demonstration
Deaf: ☐ Yes ☑ No   Write: ☑ Yes ☐ No
Do you have Religious or cultural beliefs that need to be considered in Healthcare? ☐ No ☐ Yes
If yes, Explain: _____
Developmentally appropriate for age ☑ Yes ☐ No

*Pulmonary: ☑ Unlabored ☐ Labored ☐ Hyperventilation ☐ Dyspnea
Breath Sounds ☑ Clear ☐ Wheezes ☐ Diminished ☐ Absent ☐ Adventitious

*Activities of Daily Living Assessment
Do you need assistance with (mark the box if assistance needed): ☐ Mobility ☐ Hygiene ☐ Dressing ☐ Eating ☐ Toileting
If assistance is required, whom do you receive it from? _____
If assistance is needed at discharge, who might help? _____

*Safety: ☑ Armband ☑ Side Rails ☐ Falls Risk

*Nutritional Assessment
Are you on a special diet? ☐ Yes ☑ No   If yes, explain: _____
Have you had a weight gain or loss of 10 pounds or more within the last two weeks? ☐ Yes ☑ No

Below not required - assess if indicated by chief complaint

| ORTHOPEDIC | | | LACERATION | | | NEUROLOGICAL | | |
|---|---|---|---|---|---|---|---|---|
| Extremity R/L ___ | Yes | No | Site ___ Size ___ cm | Yes | No | Pupil Size: R Eye ___ mm | | |
| Motor Intact | ☐ | ☐ | Bleeding Controlled | ☐ | ☐ | L Eye ___ mm | | |
| Sensory Intact | ☐ | ☐ | Motor Intact | ☐ | ☐ | Reaction: ☐ PEARLA | | |
| Circulation Intact | ☐ | ☐ | Sensory Intact | ☐ | ☐ | ☐ Dilated ☐ Constricted | | |
| Deformity | ☐ | ☐ | Circulation Intact | ☐ | ☐ | ☐ Sluggish ☐ Unresponsive | | |

Notifications:
DR. paged _____
DR. notified _____
Private DR. to see _____
☐ Police ☐ Animal Control ☐ IHN

*Signature: _____

#2036   (1/4)   Rev. 6/05

**Southeast Alabama**
**MEDICAL**
**CENTER**

EMERGENCY DEPARTMENT
**NURSING RECORD**

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839   2672754  1/06/86  019Y  M
EMERGENCY,DOCTOR                10/05/05

❏ Alteration in comfort _____

❏ Fluid volume deficit pot/act _____

❏ Alteration in Tissue Perfusion: _____

❏ Breathing pattern, ineffective _____

❏ Gas exchanged impaired _____

❏ Potential for infection _____

❏ Alteration in C.O. _____

❏ Knowledge deficit _____

❏ Anxiety _____

❏ Alteration in body temperature _____

❏ Other _____

Nursing Plan: _monitor pt  to ↑ ↑ comfort_____

| VITAL SIGNS | Time | | | | | | | TREATMENT / PROCEDURES | Time | TREATMENT / PROCEDURES |
|---|---|---|---|---|---|---|---|---|---|---|
| | BP | | | | | | | | | |
| | Pulse | | | | | | | | | |
| | Resp | | | | | | | | | |
| | Temp | | | | | | | | | |
| | Sats | | | | | | | | | |
| | O2 l/min. | | | | | | | | | |
| | O2 via | | | | | | | | | |
| | CBG | | | | | | | | | |
| | Pain Score | | | | | | | | | |

| | TIME | NO. | TYPE | AMT | RATE | CATH | ROUTE/LOC NURSE MD | ADDITIVES | AMT INF |
|---|---|---|---|---|---|---|---|---|---|
| IV FLUIDS | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | TIME | MEDICATION | DOSE | ROUTE | SITE | INITIALS EDUCATION | TOLERATED YES NO | INITIALS NURSE MD |
|---|---|---|---|---|---|---|---|---|
| MEDICATIONS | 1315 | Ultram | 100mg | PO | — | KO | ✓ | KO |
| | 1315 | Motrin | 800mg | PO | — | KO | ✓ | KO |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

#2036   (2/4)   Rev. 6/05

Southeast Alabama
**MEDICAL CENTER**

**EMERGENCY DEPARTMENT
NURSING RECORD**

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839   2672754   1/06/86   019Y   M
EMERGENCY,DOCTOR          10/05/05



bottom edge of patient label

| PROCEDURES | | Initial/Time | | Initial/Time | Intake/Output | | |
|---|---|---|---|---|---|---|---|
| | | | | | | In | Out |
| | ❏ ET Tube (size _____) | (_____ / _____) | ❏ Central Line | (_____ / _____) | Urine | _____ | _____ |
| | ❏ NG/OG Tube | (_____ / _____) | ❏ Foley | (_____ / _____) | PO | _____ | |
| | ❏ Arterial Line | (_____ / _____) | ❏ Chest Tube #1 | (_____ / _____) | IV | _____ | |
| | ❏ Cardiac Monitor | (_____ / _____) | ❏ Chest Tube #2 | (_____ / _____) | Other | _____ | |
| | ❏ Hemoccult + - ❏ QC | (_____ / _____) | ❏ Lavage | (_____ / _____) | Total | _____ | _____ |
| | ❏ Urine dip + - for _____ | (_____ / _____) | | | | | |

| TIME | NURSING NOTES |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

#2036   (3/4)   Rev. 6/05

Southeast Alabama
**MEDICAL
CENTER**

EMERGENCY DEPARTMENT
**NURSING RECORD**

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839    2672754   1/06/86  019Y  M
EMERGENCY, DOCTOR
10/05/05

DATE: _10-5-05_

| TIME | NURSING NOTES |
|------|---------------|
| 0000 | Pt to E3 |
| 0030 | Pt c̄ guard at bedside; will continue to monitor |
| 0036 | Stephanie PSC at bedside c̄ pt |
| 0106 | Pt in bed — guard at bedside |
| 0115 | Pt medicated per order |
| 0130 | Pt to x-ray |
| 0200 | Pt back from x-ray |
| 0200 | chart in re-read |
| 0230 | Dr. return, pt given D/C instructions & medication order therapy |
| 0240 | Pt D/C via guard |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Discharge / Transfer**

Report to: _____ Room #: _____

Destination: _____ (Transfer Only) ☐ Monitor

ID Band    R / L    Arm / Leg   (for Transfer/Admit only)

Accompanied by: ☐ Transport ☐ Significant Other ☐ Police ☐ Nurse

Discharge via: ☑ Ambulatory ☐ Stretcher ☐ Wheelchair ☐ Parent ☐ Guardian

Referrals: _____

Prescriptions: ☐ Patient ☐ Parent ☐ Care Partner

Discharge Instructions ☒ Patient ☐ Parent ☐ Care Partner

Understanding Verbalized: ☒ Patient ☐ Parent ☐ Care Partner

IV Cath Removed with Catheter Intact ☐ Yes ☐ No ☐ N/A

DC VS: BP_____ HR _90_ Resp _16_ Temp _98_ Time of DC _0240_

| SIGNATURES | INITIALS |
|------------|----------|
| | |
| | |
| | |
| | |
| | |
| | |

#2036   (4/4)   Rev. 6/05

**Southeast Alabama**
# MEDICAL CENTER

## Emergency Department
### PHYSICIAN ORDERS

MOORE, CHARLES EDWARD
NKDA/NKFA/NKLA/NDM
411839   2672754  1/06/86  019Y  M
EMERGENCY,DOCTOR                    10/05/05

*Circle tests, circle or write rationales.*
*The listed rationales are provided only for convenience; they are not an exclusive list.*
*Select or write any rationale that is appropriate.*                             both

| TEST | RATIONALE |
|---|---|
| • UA CC  • UA Cath | Dysuria / Hematuria / Frequency / FUO / Abd Pain / Trauma / Diabetes / Pregnancy / Other: |
| • UPT  • HCG Quant | Amenorrhea / Pg & Vag Bleeding / Abd Pain / Other: |
| • Wet Prep | Vaginitis / Pelvic Pain / Abd Pain / Other: |
| • CBC  • WBC w/ DIFF | SOB / FUO / Trauma-explain / Bleeding-explain / Abd Pain / H-Risk Med / Weakness / Anemia / Pallor / High Risk Med / Other: |
| Istat - • H&H | Bleeding-explain / Trauma-explain / Weakness / Anemia / Other: |
| & • BMP | HTN / CVD / Renal Failure / H-Risk Med / Other: |
| & • Glu  • CBG | Dizziness / Near Syncope/Syncope / Vol Depletion / Other: |
| • CMP | HTN / Renal Failure / H-Risk Med / Coma / Seizures / Dizziness / Fatigue / Edema / Other: |
| • CK Total  • CK-MB  • Troponin  • BNP | Chest Pain / CHF / HTN / Dyspnea / Chest Trauma / Dysrhythmia / Other: |
| • Amylase | Abd Pain / Abd Trauma / Other: |
| • MBA | Altered Mental Status / OD / Other: |
| • PT  • PTT | Anti-Coag / Bleeding-explain / Trauma-explain / Angina / PVD / Arteriosclerosis / Ascites / Other: (SMC) / Mitral Value Disease / Hepatitis / Hematuria / Dysrhythorias / Cirrhosis / |
| • T&S  • T&M x     units | Bleeding-explain / Anemia / Other: |
| • Blood Culture | FUO / Sepsis / Other: |
| • ABG | Dyspnea / Inhalation Inj / Chest Pain / Other: |
| • EKG | Chest Pain / SOB / HTN / Dysrhythmia / OD / Syncope / CAD / Other: |
| • IVP | Abd Pain / Abd Trauma / Hematuria / Other: |
| • OB US | Pg & Vag Bleed / Pelvic Pain / Other: |
| • ABD US | Back Pain / Flank Pain / Abd / Ascites / Cirrhosis / Liver Disorder / Other: |
| • CT Head | Headache / Stroke/TIA / Sz / Altered MS / Syncope / Head Trauma / Other: |
| • CT Face | Facial Trauma / Other: |
| • CT Chest (thorax) | Chest Pain / Chest Trauma / Other: |
| • CT Abd/Pelvis | Abd Pain / Malignancies / Abdominal Swelling / Rigidity / Tenderness / Other: |
| • CT of: | Rationale: |
| • MRI of: | Rationale: |
| • CXR: 2V  P | Chest Pain / Cough / FUO / Trauma to trunk-explain / COPD / Asthma / Any abnormal respiration / Other: |
| • Upright ABD  • KUB  • Acute ABD Series | Abd Pain / GI Bleed / Abd Trauma / Other: |

| • XR Skull | • XR Pelvis | • XR Shoulder:  R   L | Trauma / Pain / FB / Other: |
|---|---|---|---|
| • XR Orbit: R   L | • XR Hip:      R   L | • XR Humerus:  R   L | Trauma / Pain / FB / Other: |
| • XR Facial | • XR Femur:  R   L | • XR Elbow:    R   L | Trauma / Pain / FB / Other: |
| • XR Zygoma | • XR Knee:   R   L | • XR Forearm:  R   L | Trauma / Pain / FB / Other: |
| • XR C-Spine | • XR Tib/Fib: R   L | • XR Wrist:    R   L | Trauma / Pain / FB / Other: |
| • XR T-Spine | • XR Ankle:  R   L | • XR Hand:  R   L | Trauma / Pain / FB / Other: |
| • XR LS-Spine | • XR Foot:   R   L | • XR Other:    R   L | Trauma / Pain / FB / Other: |

**ORDERS:**
☐ Old Record  ☐ Cardiac Monitor  ☐ FHTs  ☐ Tilt Test  ☐ Sz Precaution  ☐ Suicide Precaution  ☐ VA  ☐ Off Unit w/o Nurse/Monitor
☐ Social Service Consult  ☐ Poison Control Consult  ☐ Wound Care  ☐ Wound Irrigation  ☐ Suture Setup  ☐ I&D Setup  ☐ Foley
☐ O2 Protocol  ☐ O2:_____  ☐ Peak Flow  ☐ May Remove C-Collar  ☐ Aerosol ___
☐ IV: _____

**OTHER ORDERS:** ULTRAM 100 mg PO, MOTRIN 800 mg PO (Done)
(R) VELCRO SPLINT WRIST

Physician Signature: _____ uPA-C   Date: 10/05/05  Time: 0036



#411   Rev. 4/03

Page 1 of 1

Southeast Alabama Medical Center
PO Drawer 6987
Dothan, AL 36302
334-793-8111
Radiology Services
X-RAY REPORT

Patient Name:  MOORE, CHARLES
XRAY/MR#:  000411839              Account #: 2672754        Room:ER- -
DOB:  01/06/1986                  Age: 19                   Pt Type: E
Order #: 00126727547238934        Accession #:   001000000014383
Attending Physician:  Stephanie Whitemoyer
Ordering Physician:  Stephanie Whitemoyer
Exam Requested:  HAND 3V RT
Exam Date:  10/06/2005
PROCEDURE:  RIGHT HAND      3V      10/6/05
HISTORY:    PAIN, INJURY, TRAUMA
COMPARISON: NONE
TECHNIQUE:  3V
FINDINGS:   Appears to be an old fracture of the 5th metacarpal.
IMPRESSION:
Findings suggest old healed fracture of the 5th metacarpal.  There is
some soft tissue swelling overlying the base of the 5th metacarpal.

                          _____
                          Michael N. Downing, M.D.
DD:  10/06/2005 06:16     re
DT:  10/6/2005 12:37      4699
Name:  MOORE,CHARLES                    MR #: 000411839
Michael N. Downing, M.D.
{eop}

Southeast Alabama Medical Center
Discharge Instructions - Charles Moore

# Southeast Alabama Medical Center

**Emergency Center**
**1108 Ross Clark Circle**
**Dothan, AL 36302**
**334-793-8911**

DISCHARGE INSTRUCTIONS FOR:     **Charles Moore**
FOR TODAY'S VISIT ON:_____     **Wednesday 10/05/2005**

Thank you for using Southeast Alabama Medical Center for your care today. The emergency examination and/or treatment you have received is not intended as complete medical care. For your continued care and to avoid possible complications you are advised to follow the discharge instructions.

### X-RAYS and LAB TESTS:
If you had x-rays today they were read by the emergency physician. A radiologist will also read your x-rays within 24 hours. If you had a culture done it will take 24 to 72 hours to get results. If there is a change in the x-ray diagnosis or a positive culture we will contact you. **(Make sure we have your local phone number.)** If you had an electrocardiogram (EKG) taken for emergency evaluation, it will be interpreted initially by the physician on duty in the Emergency Department. An internist will make the final interpretation.

### MEDICATIONS:
If you received a prescription for medication(s) today it is important that when you fill this you let the pharmacists know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Thanks again for using Southeast Alabama Medical Center for your treatment today. The discharge instructions for today's visit are outlined below.**

Contusion-Upper Extremity                          RICE Routine Care for Bumps Bruises Sprains and
Strains-ec
Pain Medications Generic Instructions for-ec         Bone & Joint Southern
Call Dr. for re-evaluation in 10-14 days

### Special Notes:

If you are still having pain in 7-10 days then follow-up with Southern Bone & Joint. Wear the splint for 7-10 days.

Everyone 65 years and older needs a flu shot every fall. Contact your doctor or county Health Department for places to get the flu shot this season. Ask about the pneumonia shot too.

In our effort to provide the highest quality of care, we ask that you respond to the survey that you will be receiving in the mail. Your feedback is very important to SAMC and to our commitment to provide quality healthcare and promote wellness to those we serve.

**Patient Copy**



---

# PROBLEM(S)

## CONTUSION:  UPPER EXTREMITY

You have a CONTUSION of your UPPER extremity (arm, wrist, hand or fingers). This causes local pain, swelling and sometimes bruising. There are no broken bones. This injury takes a few days to a few weeks to heal.

<u>HOME CARE:</u>

1) Keep your arm elevated to reduce pain and swelling. This is very important during the first 48 hours.

2) Make an ice pack (ice cubes in a plastic bag, wrapped in a towel) and apply for 20 minutes every 1-2 hours the first day. Continue this 3-4 times a day until the swelling goes down.

3) You may take Tylenol or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

<u>FOLLOW UP</u> with your doctor or this facility if you are not starting to improve within the next THREE days.

[NOTE: If X-rays were taken, they will be reviewed by a radiologist. You will be notified of any new findings that may affect your care.]

<u>RETURN PROMPTLY</u> or contact your doctor if any of the following occur:
-- Pain or swelling increases
-- Redness, warmth or drainage
-- Hand or fingers becomes cold, blue, numb or tingly

# RICE: Routine Care for Bumps, Bruises, Sprains and Strains

The routine care of many injuries includes Rest, Ice, Compression, and Elevation (RICE).

Rest is required to allow your body to heal. Generally following bumps and bruises routine activities can be resumed when comfortable. Injured tendons and bones take approximately six weeks to heal.
Ice following an injury helps keep the swelling down and reduces pain. Do not apply ice directly to skin. Apply ice bags (ice in a plastic bag with a towel around it to prevent frostbite to skin) about every 2 hours for 20 minutes, while awake, to the injured area for the first 24 hours to 48 hours, then as directed by your caregiver.
Compression helps keep swelling down, gives support, and helps with discomfort. If an ace bandage (stretchy, elastic wrapping bandage) has been applied today, it should be removed and reapplied every 3 to 4 hours. It should not be applied tightly, but firmly enough to keep swelling down. Watch fingers or toes for swelling, bluish discoloration, coldness, numbness or excessive pain. If any of these symptoms occur, remove the ace bandage and reapply loosely. If these symptoms persist, contact your caregiver or return to this location.
Elevation helps reduce swelling, and decreases pain. With extremities (arms/hands and legs/feet), the injured area should be placed near to or above the heart (center of the chest) if able.

Persistent pain and inability to use the injured area for more than 2 to 3 days are warning signs indicating that you should see a caregiver for a follow-up visit as soon as possible. Initially, a hairline fracture (this is the same as a broken bone) may not be seen on x-rays. Persistent pain and swelling indicate that further evaluation, non-weight bearing (use of crutches as instructed), and/or further x-rays are needed. X-rays may sometimes not show a small fracture until a week or ten days later. **Make a follow-up appointment with your own caregiver or one to whom you have been referred.** A radiologist will re-read your x-rays. Make sure you know how you are to obtain your x-ray results. **Do not assume everything is normal if you do not hear from us.**

---

# INSTRUCTIONS

## Pain Medications, Generic Instructions For

You have been given a prescription for pain medications or other medications which may affect your judgement or your ability to perform physical activities.

After receiving these medications in the emergency department or clinic for your condition, and for the next eight hours:

- ➢ Do not drive
- ➢ Do not operate machinery
- ➢ Do not operate power tools
- ➢ Do not sign legal documents
- ➢

Also, do not drink alcohol, take sleeping pills or take other medications following the last dose of these medications for at least eight hours or as indicated by your caregiver.

If you did not receive a tetanus shot from your caregiver because you did not recall when your last one was given, make sure to check with your caregiver's office and determine if one is needed. Generally for a "dirty" wound, you should receive a tetanus booster if you have not had one in the last five years. If you have a "clean" wound, you should receive a tetanus booster if you have not had one within the last ten years.

## REFERRAL(S)

You are being referred to the following physician(s)

**Bone & Joint Southern**
1500 Ross Clark Circle
Dothan, Alabama 36301
334-793-2663

## WHEN TO FOLLOW-UP

Call Bone & Joint Southern for re-evaluation in 10-14 days.