IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-1043-WKW |
| ) | (WO) |
| LAMAR GLOVER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On March 8, 2006, the Magistrate Judge filed a Recommendation (Doc. # 12) that the defendants' motion for summary judgment (originally filed as a special report) (Doc. # 10) is due to be granted and this action dismissed without prejudice because the plaintiff has failed to exhaust administrative remedies. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 12) of the Magistrate Judge is ADOPTED.

2. The defendants' motion for summary judgment (Doc. # 10) is GRANTED to the extent defendants seek dismissal for failure to exhaust an available administrative remedy.

3. This action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 18th day of April, 2006.

　　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE